IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATHAN MCGUIRE, TRUSTEE REAL PARTY IN INTEREST ALIAH TRUST AN EXPRESS TRUST ORGANIZATION,<br>  Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE AGENCY; US DEPARTMENT OF THE TREASURY; MASSACHUSETTS DEPARTMENT OF REVENUE; FIDELITY INVESTMENTS BOARD OF TRUSTEES; KNOWN AND UNKNOWN NOMINAL AUXILIARY BENEFICIARIES,<br><br>  Defendants. | Case No. 23-cv-11782<br><br>(Formerly Civil Action No. 2384cv01124 in the Suffolk County Superior Court) |

## DEFENDANT UNITED STATES' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441, 1442, 1444, and 1446, the defendant United States of America (named and sued as "US DEPARTMENT OF THE TREASURY") hereby removes this action from the Commonwealth of Massachusetts Suffolk County Superior Court to the United States District Court for the District of Massachusetts.

The case comes within § 1441 to the extent that this civil case presents a federal question.

The case comes within § 1442(a)(1) because it is a civil action that was commenced in a State court and that is against the United States or any agency thereof.

The case also comes within § 1444 to the extent it is an attempt by the plaintiff to state an action under 28 U.S.C. § 2410 against the United States in State court.

In accordance with § 1446(a), copies of all process, pleadings, and orders served on the United States in this action, as of the date of this Notice of Removal, are attached.

1

This Notice of Removal is timely under § 1446(b) because the United States has not yet been properly served.

By filing this Notice of Removal, the United States is not waiving any arguments regarding the insufficiency of process or service or process.

The United States will provide the Suffolk County Superior Court and all other parties with prompt written notice of the filing of this Notice of Removal, as required by § 1446(d).

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

/s/ Isabelle Dietz
ISABELLE DIETZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
(202) 514-3714/Fax: (202) 514-5238
Isabelle.Dietz@usdoj.gov

Certificate of Service

I certify that on August 16, 2023, I served the foregoing Defendant United States' Notice of Removal on the following recipients via U.S. mail:

Nathan McGuire
607 Boylston Street, Suite 175
Boston, MA 02116

Commonwealth of Massachusetts Nathan Aliah McGuire Agency
607 Boylston Street, Suite 175
Boston, MA 02116

Angélica L. Durón, Esq.
Massachusetts Office of the Attorney General
One Ashburton Place
Boston, MA 02108
*Counsel for Massachusetts Department of Revenue*

Nathaniel Bruhn, Esq.
Morgan, Lewis and Bockius LLP
One Federal St
Boston, MA 02110
*Counsel for Defendant Fidelity Investments Board of Trustees*

/s/ Isabelle Dietz
ISABELLE DIETZ
U.S. Department of Justice, Tax Division