| | | |
|---|---|---|
| **Summons** | CIVIL DOCKET NO.<br><br>2384CV01124 | **Trial Court of Massachusetts**<br>**The Superior Court** |

| | | |
|---|---|---|
| CASE NAME:<br><br>Nathan McGuire, Trustee Aliah Trust<br>607 Boylston Street #175 Boston, MA 02116<br><br>vs.<br><br>US Department of the Treasury<br>in C/O Joshua S. Levy Acting US Attorney<br>1 Courthouse Way, Suite 9200 Boston, MA 02210<br>Commonwealth of Massachusetts<br>NATHAN ALIAH MCGUIRE Agency | Plaintiff(s)<br><br><br><br>Defendant(s) | John E. Powers, III,   Acting<br>Clerk of Courts<br>Suffolk **Superior** Civil, County<br><br>COURT NAME & ADDRESS:<br>Three Pemberton Square<br>Boston, MA. 02108 |

THIS SUMMONS IS DIRECTED TO   US Department of The Treasury _____   (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this Summons and the original Complaint has been filed in the Suffolk Superior Court.
**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

**1. You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the Court may decide the case against you and award the Plaintiff everything asked for in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

**2. How to Respond.**

To respond to this lawsuit, you must file a written response with the Court **and** mail a copy to the Plaintiff's attorney (or the Plaintiff, if unrepresented). You can do this by:

a) Filing your **signed original** response with the Clerk's Office for Civil Business,                    Court

_____ (address), by mail, in person, or electronically through

the web portal www.eFileMA.com if the Complaint was e-filed through that portal, **AND**

b) Delivering or mailing **a copy** of your response to the Plaintiff's attorney/Plaintiff at the following address:
607 Boylston Street #175 Boston, MA 02116

**3. What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff (referred to as "counterclaims") that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Court no more than 10 days after sending your Answer.

**3. (cont.)** Another way to respond to a Complaint is by filing a "Motion to Dismiss," if you believe that the Complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Rule 12 of the Massachusetts Rules of Civil Procedure.** If you are filing a Motion to Dismiss, you must follow the filing rules for "Civil Motions in Superior Court," available at:

www.mass.gov/law-library/massachusetts-superior-court-rules

**4. Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

**5. Required Information on All Filings.**

The "Civil Docket No." appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Heidi E. Brieger _____, Chief Justice on _____, 20 ____ . (Seal)

Acting Clerk

**Note:** The docket number assigned to the original Complaint by the Clerk should be stated on this Summons before it is served on the Defendant(s).

PROOF OF SERVICE OF PROCESS

---



**Suffolk County Sheriff's Department** · 132 Portland Street, Boston, MA 02114 · (617) 704-6999

*Suffolk, ss.*

**June 2, 2023**

**I hereby certify and return that on 5/31/2023 at 2:00 PM I served a true and attested copy of the Summons, Complaint and Exhibits in this action in the following manner: To wit, by delivering in hand to Brittany Busky, Admin Assistant, agent and person in charge at the time of service for US Department of the Treasury, at 1 Courthouse Way Suite 9200 Boston, MA 02110 . Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Conveyance ($0.30) Postage and Handling ($1.00) Travel ($1.00) Total: $37.30**

Deputy Sheriff    Terrance Williams

*Deputy Sheriff*

Date:

rev. 7/2022

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
Docket no: 2384CV01124

In the matter of:                               )
                                                )
Nathan McGuire, Trustee                         )
Real Party in Interest                          )
ALIAH TRUST                                     )
An Express Trust Organization                   )
  *Petitioner,*                       )
                                                )
     v                  )
                                                )
                                                )
COMMONWEALTH OF MASSACHUSETTS                    )
NATHAN ALIAH MCGUIRE Agency                     )
                                                )
US DEPARTMENT OF THE TREASURY                    )
                                                )
MASSACHUSETTS DEPARTMENT OF REVENUE              )
                                                )
FIDELITY INVESTMENTS BOARD OF TRUSTEES           )
                                                )
Known and Unknown Nominal Auxiliary             )
Beneficiaries                                    )
                                                )
  *Respondents*                       )

# "SUIT IN EQUITY"

# FOR DECLARATORY JUDGMENT AND PERMANENT INJUNCTIVE RELIEF AND OTHER PURPOSES

Comes Now ALIAH TRUST an Express Trust Organization, by and through the Trustee Nathan McGuire a real party in interest by special visitation and restricted appearance, the only true authorized representative of the Sole Contributing Grantor and Beneficial Owner of the COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE agency, statutory ens legis US person, *cestui que* trust originated from the creation of Record of Birth representing a Certificated Security that was monetized and securitized into a Nonmortgage Widely Held Fixed Investment Trust and represents:

## NATURE OF ACTION

1.      This is a "Suit In Equity" to petition this court for Declaratory Judgment and Permanent Injunctive relief and other purposes with respect to the Creator given absolute substantive private rights of the Petitioner to life, liberty, property and the pursuit of happiness; (1) to make and enforce contracts under equal right to law which provides for the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship and provides protection against impairment by nongovernmental discrimination and impairment under color of State law, (2) to benefit from the enjoyment of the COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE agency herein stated; and (3) to seek redress of grievances concerning certain governmental agencies; the security and protection of which is codified at 42 U.S. Code §1981, §1982 and §1983, conformable to the US Constitution, not limited to Article 1 §10 Clause 1, and laws of the United States as well as the Massachusetts Constitution and laws of the Commonwealth of Massachusetts which provides that "Every subject of the commonwealth ought to find a certain remedy, by having recourse to the laws, for all injuries or wrongs which he may receive in his person, property, or character. He ought to obtain right and justice freely, and without being obliged to purchase it; completely, and without any denial; promptly, and without delay; conformably to the laws," Massachusetts Constitution Part the First Article XI.

2.      This instant case raises the question of whether or not this Petitioner, in the exercise of the freedom of expression through contractual means with equal right to the law pertaining to the use of the COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE agency with specific activity and transactions in commerce with the US Department of the Treasury, the Massachusetts Department of Revenue and Fidelity Investments along with several other state and federal governmental agencies, has a constructive legal disability

unknown to Petitioner impeding the assertion of such rights by the Petitioner that would warrant the arbitrary and capricious disregard, denial and deprivation of such rights by the US Department of the Treasury, the Massachusetts Department of Revenue and Fidelity Investments among other state and federal governmental agencies mentioned in the Affidavit of Truth herein fully incorporated by reference in its entirety in this Suit in Equity; the security and protection of which is codified at 42 U.S. Code §1981, §1983 and M.G.L. c. 12 §11I amongst other state and federal statutes.

JURISDICTION

3.　　Therefore this court has subject-matter jurisdiction pursuant to M.G.L. c. 212 §11I and M.G.L. c. 231A §1 venue is proper in the Superior Court of Massachusetts because the primary Respondent is located in the COMMONWEALTH OF MASSACHUSETTS and the Massachusetts Department of Revenue is an official state agency and Fidelity Investments is a financial Institution in the COMMONWEALTH OF MASSACHUSETTS.

PARTIES

4.　　The primary necessary party to this suit is the COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE Agency that contains a statutory eng legis person United States vessel *cestui que* trust represented by a Birth Record Certificated Security Nonmortgage Widely Held Fixed Investment Trust with a social security account number transmitting utility.

5.　　The permissive nominal parties that may exercise an auxiliary beneficial interest in the COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE Agency are; US Department of the Treasury and the Massachusetts Department of Revenue, the Commonwealth of Massachusetts Department of Health Vital Statistics, and all other known and

unknown parties that may exercise a nominal auxiliary beneficial interest including without limitation ALL public and private business corporations, governmental offices, officers, officials, judicial, executive, legislative and otherwise in ALL States, cities, towns, counties, municipal areas in any federal area subject to the exclusive special maritime and territorial jurisdiction of the United States.

## STATEMENT OF FACTS

6. Considering the origin and creation of COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE Agency the *cestui que* trust by public officials and agents of the COMMONWEALTH OF MASSACHUSETTS UNITED STATES commercial power structure and the unconscionable particulars imposed on this Petitioner and those who are subjects to its creation through the hypothecation of future labor as security for the obligations of the United States subsequently being monetized and securitized while severely oppressing the unsuspecting to nothing short of commercial slavery, in which any attempt to deal with by anyone is a daunting fantastical feat of enormous proportions, this Petitioner, in good faith and with clean hands, has courageously with a fearless aptitude exercised a substantial amount of effort to assert Petitioner's Creator given absolute substantive private rights and has expressed this trust and exercises a complete, absolute, paramount, perfected security interest in the COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE Agency statutory ens legis US person cestui que trust, the herein stated property entity registration number 2550 state file number 2056619 and social security account number ████████, herein after trust property, that has been irrevocably conveyed into trust for the benefit of the beneficial owner and certain beneficiaries evidenced by the following evidentiary facts; UCC1 Financing Statement, duly filed with the COMMONWEALTH OF MASSACHUSETTS Secretary of State

at filing location Number: 201954411890 with the Legal/Lawful Notice and Demand Statue Staple Securities Instrument with Security Agreement and Indemnity Bond USPS Post Registered RA 579 696 575 US, Affidavit of Copyright/Claim© USPS Post Registered RA 579 696 592 US, Authenticated Record of Birth number 15017737-2, Private, Non-Negotiable Bond for Set-off, numbered: RB 714 406 288 US, in the amount of: 300,000,000,000.00 (Three Hundred Billion) US Dollars, with Certified copy of NATHAN ALIAH MCGUIRE "Certificate of Vital Record" Birth Certificate, numbered: 2550 endorsed, Form W8, Grantor Status Notice, Declaration of Trust/Fiduciary Instructions, Affidavit of Status Correction with Notice of Intent––Fee Schedule, Claim of Rights Post Certified 7016 0910 0000 9662 0562, mcguire, nathan aliah W-8BEN, Post Certified 7017 1450 0001 5717 4515, Public Notice Affidavit of Truth Post Certified 7016 0910 0000 9662 0647, NATHAN ALIAH MCGUIRE Trademark registration number 88931867, Collateral Agreement for the Return of Equity, with Affidavit of Truth in Support of Collateral Agreement for Return of Equity, Clean Irrevocable Letter of Credit 153,000,000,000.00 US dollars Post Certified 7016 0910 0000 9662 0692, Maryland State UCC1 Financing Statement 201214-1432000 and 201214-1411000, Power of Attorney, Declaration of Private Seal, Deed of Acknowledgement and Acceptance, Certification of Trust and Bill of Sale on Personal Property.(See Exhibit A – J)

7.     Pursuant to the foregoing Petitioner has exercised substantive private rights in good faith with clean hands by stipulating the terms and conditions under which Petitioner is to conduct business with any and all public officials with respect to the administration of the abovementioned trust property on July 5, 2015 in the Lawful/Legal Notice and Demand Statute Staples security instrument (Exhibit A) and updated such on October 18, 2019 with an Affidavit of Status Correction, Notice of Intent–Fee Schedule and Claim of Rights (Exhibit D) issued with

directives to correct and update certain records requiring an official response in this particular matter from the US Department of Justice Attorney General, FBI Director, Secret Service Director, Governor of Massachusetts, Attorney General of Massachusetts, Secretary of the Commonwealth of Massachusetts, Boston Police Commissioner, Superintendent of the Massachusetts State Police, the Mayor of the City of Boston, and the Suffolk County Sheriff to which only the Secretary of the Commonwealth of Massachusetts has responded. (See Exhibit D)

8.      In good faith, Petitioner deposited a Private, Non-Negotiable Bond for Set-off, numbered: RB 714 406 288 US, in the amount of: 300,000,000,000.00 (Three Hundred Billion) US Dollars, a certified copy of "Certificate of Vital Record" Birth Certificate, numbered: 2550 endorsed for deposit to the US Department of the Treasury, with a Form 56 Termination NATHAN ALIAH MCGUIRE as Co-Trustee, Form 56 Appointment and Affirmation of Substitute Fiduciaries, Form W8, Grantor Status Notice, Declaration of Trust/Fiduciary Instructions, a copy of UCC1 Financing Statement, duly filed with the COMMONWEALTH OF MASSACHUSETTS Secretary of State at filing location Number: 201954411890, (Exhibit C) evidencing the position as Secured party, post registered and received on July 29, 2016, effectively recording and registering the security interest of the Petitioner with such agency.

9.      Petitioner deposited with the US Department of Treasury a Collateral Agreement for the Return of Equity Post Certified 7016 0910 0000 9662 0692 with Affidavit of Truth in Support of Collateral Agreement for Return of Equity, Clean Irrevocable Letter of Credit 153,000,000,000.00 US dollars Post Certified 7016 0910 0000 9662 0692 which was registered received on December 31, 2020. (See Exhibit H)

10.      On November 6, 2020, in good faith, Petitioner issued a Collateral Agreement as a private contractual express trust self-executing enforceable agreement for the purpose of

settlement and closure of all accounts held by the Massachusetts Department of Revenue, herein after MDOR, as a result of an attempt by MDOR to contract with the Petitioner through a particular correspondence alleging a debt obligation without the Petitioner's expressed or implied consent. Having no previous contractual nexus to the knowledge of the Petitioner, Petitioner adequately noticed MDOR of the express trust agency's Lawful/Legal Notice and Demand Statute Staple Security Instrument Notice of Intent—Fee Schedule a matter of public record and having an absolute duty to act according to official responsibility in this particular matter MDOR neglected to perform what the law requires. (See Exhibit M)

11.     Under the terms and conditions of the private contractual express trust agreement Petitioner issued a Notice of Fault/Opportunity to Cure, Notice of Commercial Tort Claim/Affidavit of Truth, True Bill in Commerce indicating the fees associated with said violations in accordance with the Lawful/Legal Notice and Demand Statute Staple Security Instrument Notice of Intent—Fee Schedule of Petitioner, a certification of non-response/non-performance on the Collateral Agreement For The Return of Equity with Affidavit in Support of Collateral Agreement For The Return of Equity, a Bankers Acceptance for discharge, two Form 56 for fiduciary appointment, a Notice of Default, a certification of non-response/non-performance on the Notice of Fault/Opportunity to Cure, a Request For Accounting and a certification of non–response/non–performance on the Notice of Default through notary presentment certification of service, completing an official verified adjudicatory proceeding under seal that has full faith and credit in this instant case in accordance with 80TH CONG., 2D SESS.—CH. 646—JUNE 25, 1948 62 STAT. page 945 Chap 115 § 1739 and THIRTY–FIRST CONGRESS. SESS. I CH. 52 1850 page 458. (See Exhibit M)

12.     The foregoing provides the preponderance of the evidence of MDOR's neglect to acknowledge, respect and uphold the substantive rights of this Petitioner pertaining to the use of trust property without the expressed written consent of the Petitioner in violation of Petitioner's expressed will and agreement and laws of the United States which impairs the obligation of Petitioner's contract and caused Petitioner injury because of the use of trust property against the Petitioner without consent and just compensation while subjecting Petitioner to the color of law. (See Exhibit M)

13.     Petitioner, in proper capacity as a Trustee of an Express Trust, who holds the property in trust, having the full right and authority under the indenture to administrate the property confirmed the appointment of the MDOR as Trustees *de son tort* for the extinguishment, discharge, settlement and closure of all accounts held by the Massachusetts Department of Revenue under the terms of the Collateral Agreement with the Form 56 received by MDOR on February 17, 2021 and with the deposit of the bankers acceptance conformable to M.G.L. c. 266 §57, M.G.L. c. 106 § 3-303(a)(1)(3)(b), M.G.L. c. 106 §3-311, M.G.L. c. 106 §3-601(a) and §3-603(b), M.G.L. c.106 §9-210, M.G.L. c. 107 §13, that obligates MDOR's performance on the issuance of the Bankers Acceptance for the discharge of any purported obligations of the trust property. MDOR neglected to perform what the law requires. (See Exhibit M)

14.     The facts stated herein provide prima facie evidence of the negligence, omission, and malfeasance of MDOR. MDOR and its agents and public officials, without any doubt, had a statutory duty and official responsibility to act and did not, thereby breaching the fundamental duty of care which is therefore negligent as a matter of law. As an act of omission MDOR neglected to perform what the law requires by refraining taking obligatory actions and attempted

to induce the Petitioner into an agreement that the Petitioner did not consent to, forcing the Petitioner into a system of peonage and involuntary servitude classifying Petitioner as a peon in the liquidation of a debt which has been made null and void by the laws of the United States in violation of Petitioner's contracts.

15.    MDOR engaged in official misconduct by disregarding the Petitioner's expression of Petitioner's substantive rights effectively depriving Petitioner of these rights, causing serious harm and personal and commercial injury, prompting Petitioner to seek the assistance of the public office of a notary to execute a verified adjudicatory proceeding by way of a notarial presentment perfecting an official non-judicial administrative judgment as a Certification of Commercial Tort Claim and Lien binding upon MDOR through their full agreement by tacit acquiescence pursuant to the certification of their non–response/non–performance under seal which is guaranteed, secured and protected by the Massachusetts Constitution Part the First Article IV, Article IV § 1 of the US Constitution and 42 U.S.C. §1981 and §1983 that has full faith and credit in this instant case in accordance with 80TH CONG., 2D SESS.—CH. 646— JUNE 25, 1948 62 STAT. page 945 Chap 115 § 1739 and THIRTY–FIRST CONGRESS. Sess. I Ch. 52 1850 page 458. (See Exhibit M)

16.    Petitioner issued a Notice of Demand for Performance to the US Department of Treasury on April 16, 2022 for performance on the Collateral Agreement for the Return of Equity. Under the terms of the this agreement Petitioner issued a Notice of Fault/Opportunity to Cure and Certification of non-response/non-performance on the Notice of Demand for Performance on May 10, 2022 and then issued a Notice of Default and certification of non-response/non-performance on the Notice of Fault/Opportunity to Cure of which Default was certified on May 29, 2022. (See Exhibit K)

17.    Petitioner entered into a Security and Control Agreement with the Board of Trustees of Fidelity Investments on March 15, 2023. Under the terms of the agreement Petitioner submitted consideration for value to support the contract and indicated that Fidelity had every right to not accept the contract and if so were to return all value and consideration given. Under the law their silence constitutes acceptance and Petitioner is owed performance. Petitioner proceeded to issue a Notice of Fault/Opportunity to Cure and Certification of non-response/non-performance on the security agreement with a Certification of Trustee *De Son Tort* on March 21, 2023 and then issued Notice of Dishonor and Default and Certification of non-response/non-performance on the Notice of Fault/Opportunity to Cure whereby the Dishonor and Default have been certified on April 2, 2023. (See Exhibit N)

18.    The issue and ultimate fact with respect to the trust property is conclusive. Petitioner demonstrates a priority security interest in the trust property and holds the property in trust. Therefore Petitioner exercises full rights and interest in the agency so named. The issue and ultimate fact pertaining to the obligation of performance on the Petitioner's agreements to the US Department of the Treasury, the Massachusetts Department of Revenue and Fidelity Investments is conclusive. The US Constitution, laws of the United States, Massachusetts  Constitution and laws thereof secure and protect Petitioner's fundamental inalienable substantive Source and Creator God given rights which includes without limitation the right to contract. Therefore, as a result of the executed verified adjudicatory proceedings, conformable to Massachusetts Constitution Part the First Article IV and XI, as a proceeding for redress, the US Department of the Treasury, the Massachusetts Department of Revenue and Fidelity Investments and their agents are precluded from: (1) asserting rights under color of law to the detriment of the Petitioner, thus have no immunity (2)  denying, alleging, or stating certain facts contrary to the

agreed on facts contained within the Petitioner's agreements and lawfully executed administrative adjudicatory proceedings. The US Department of the Treasury, the Massachusetts Department of Revenue and Fidelity Investments and their agents are not allowed to call into question any of the foregoing facts because they are in estoppels by judgment and acquiescence and as the matter has been decided by a adjudicatory proceeding within the jurisdiction of the Commonwealth under the protection of Article IV of the Massachusetts Constitution and Article IV §1 of the Constitution of the United States, it is *res judicata* and the only controversy before this court is the issue sought to remedy the violations of this Petitioner's substantive rights.

## DEMAND FOR RELIEF

Justice and equity require that this Petitioner's substantive rights be protected in accord with the US Constitution and laws of the United States as well as the Massachusetts Constitution and the laws thereof. The US Department of the Treasury, the Massachusetts Department of Revenue and Fidelity Investments and their agents amongst other state and federal governmental agencies as well as public and private agencies have breached the basic duty of ordinary care in obstructing the obligation of this Petitioner's contracts by using trust property against the Petitioner and preventing Petitioner from exercising Petitioner's substantive rights to life, liberty and property secured and protected by the US Constitution and laws of the United States and the Commonwealth of Massachusetts Constitution and laws thereof. WHEREFORE this Petitioner, who is entitled to this remedy, humbly and respectfully demands the following relief:

1.      Enter a declaratory Judgment finding that based upon the evidentiary facts outlined in this petition and Affidavit of Truth that Nathan McGuire's status is sui juris who has obtained the age of majority and demonstrates full claim as Secured party in the

COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE agency with ALL legal disabilities removed and that there is a full restoration to the fundamental inalienable right of the Petitioner to benefit from the enjoyment of the agency property herein describe as the one and only true authorized representative of the Sole Contributing Grantor and Beneficial Owner of the COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE agency and ALL associated property therein including the transmitting utility social security account number;

2.      Enter a declaratory judgment that the herein provided evidence in this instant case represents the freewill, act and deed of the Petitioner as to the Petitioner's status and substantive rights, to ensure the protection and security of Petitioner's substantive rights and the exercise thereof under equal protection of the law and for the prevention of conspiracy against rights and deprivation of rights under color of law by any and all State and federal legislative, executive and judicial branches of government as it explicitly pertains to the use and administration of the aforementioned trust property and that NO court within the United States is able to exercise primary supervision over the administration of the trust, and that NO United States persons have the authority to control any substantial decisions of the trust without the expressed written consent of the grantor and beneficial owner for purposes of extinguishment of obligations and like matters;

3.      Enter a permanent injunction enjoining MDOR its agents and officials as well as all other known and unknown auxiliary beneficiaries to the agency, represented by ALL public and private governmental offices, officers, officials, judicial, executive, legislative and otherwise in ALL States, cities, towns, counties, municipal areas in any federal area subject to the exclusive special maritime and territorial jurisdiction of the United States, including, but not

limited, to the Commonwealth of Massachusetts and the United States, including, without limitation, the US Department of the Treasury Internal Revenue Service, Social Security Administration and ALL corporations in the domain of the public and private including, without limitation, The Depository Trust and Clearing Corporation (DTCC) and The Depository Trust Company (DTC), the Federal Reserve Bank from the use of trust property against the Petitioner and without the expressed written consent of Nathan McGuire;

4.      Enter an injunction compelling MDOR its agents and officials as well as all other known and unknown auxiliary beneficiaries to the agency including, without limitation, the US Department of the Treasury and any other federal, state, public and private agency to update and correct all records in ALL system of records across ALL agency's Computer Matching Programs to reflect to status of Nathan McGuire as Sui juris a secured party and that of the security interest of the Aliah Trust in the COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE agency;

5.      Enter an injunction compelling the performance of MDOR on the statutory legal obligations under the State and Federal statutory laws stated herein in paragraph 13 of this action including but not limited to the official fiduciary *de son tort* responsibility of MDOR to extinguish, discharge, settle and close all accounts held by MDOR with regard to trust property in accordance with Petitioner's contracts conformable to the law;

6.      Enter judgment compelling specific performance on Petitioner's contracts with the US Department of the Treasury, Massachusetts Department of Revenue and Fidelity Investments;

7.      Enter a declaratory Judgment affirming the right of the Petitioner to contract conformable to equal protection of the law and the means by which these contracts and

subsequent assessments and certifications will be registered in the court for confirmation of administrative action, assessment, award and/or judgment should there be any future violations of Petitioner's rights by the foregoing stated parties;

8.   Grant any further relief the Court finds essential to redress the deprivation of rights that have caused injury to the Plaintiff and for the preservation, security and protection of said rights.

JURAT

COMMONWEALTH OF MASSACHUSETTS        )
                                     ) SS:
PLYMOUTH COUNTY                      )

On this 15th day of May, 2023, before me, Leon Brownell, Nathan McGuire personally known to me appeared and signed the preceding document in my presence and who swore and affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

WITNESS my hand and official seal.

Leon A. Brownell
My Commission Expires June 15 2029



Respectfully Submitted,

By: _____
    Nathan McGuire, Trustee
    ALIAH TRUST
    An Express Trust Organization
    c/o 607 Boylston Street Suite 175
    Boston, Massachusetts near {02116}
    without the United States
    Non-Domestic, Non-Assumpsit
    (857) 939-7547

# Affidavit of Truth

In Support of "SUIT IN EQUITY"
(Verified Plain Statement of Fact)

Comes now Nathan McGuire, hereinafter, Affiant, in good faith with clean hands being of sound mind and of the age of majority with firsthand knowledge able to testify to the veracity of the facts stated herein and seeks the aid of this court by special visitation and restricted appearance for the purpose that justice be administered pertaining to the injustice of deprivation of rights experienced by Affiant and Declares to wit;

## NOTICE

1.      Affiant reserves ALL inherent substantive rights given by the Creator independent of all law created by any legislative body, judicial authority or otherwise;

2.      Affiant evokes equal access to the law and the right to create a remedy where none is provided by the law;

3.      Affiant evokes equity jurisdiction in this instant case in order that remedy be adjusted to render complete justice under a court of conscience applying reason and righteousness in accordance with the rules of equity;

4.      Affiant has been vigilant in Affiant's effort to assert Affiant's rights in good faith with clean hands through direct correspondences, notices, affidavits and agreements delivered, received and accepted by various state and federal agencies described in detail in paragraph six of the Suit in Equity herein fully incorporated by reference in its entirety in this Affidavit of Truth.

## STATEMENT OF FACTS

5.      Around July 5, 2015, Affiant issued a Lawful/Legal Notice and Demand Statue Staples Security Instrument as a direct expression of the Affiant's will and intent as it pertains to the administration and control of the COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE statutory ens legis US person agency, *cestui que* trust originated from the creation of Record of Birth state file number 2056619 representing a Certificated Security that was monetized and securitized into a Nonmortgage Widely Held Fixed Investment Trust with a social security account number ▮▮▮▮▮ as a transmitting utility and all associated derivatives alike including but not limited to all rights, titles, interests, securities, accounts, deposits and bonds and expressed the trust. Affiant also issued an Affidavit of Autograph, Affidavit of Copyright/copy claim to secure the property;

6.      Around May 31, 2019 Affiant deposited with the US Department of the Treasury a Private Non–negotiable bond for set–off with a Declaration of Trust, annexed authenticated Record of Birth and a Financing Statement and an endorsed record of birth giving notice of Affiant's security interest as a secured party in the COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE US person agency;

7.      Around October 18, 2019 Affiant issued a Notice of Intent–Fee Schedule, Affidavit of Status Correction and Claim of Rights and notified the US Department of Justice Attorney General, FBI Director, Secret Service Director, Governor of Massachusetts, Attorney General of Massachusetts, Secretary of the Commonwealth of Massachusetts, Boston Police Commissioner, Superintendent of the Massachusetts State Police, the Mayor of the City of Boston, and  the Suffolk County Sheriff to update their system of records to reflect Affiant's will and intent;

8.      Around June 6, 2020 Affiant issued a Public Notice/Affidavit of Truth and notified the IRS Technical Support division, Treasurer of the US and the US Secretary of the Treasury of the intent to benefit from the use of the COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE Nonmortgage Widely Held Fixed Investment Trust and to change the accounting method amongst other issues;

9.      Around August 25, 2020 Affiant issued a Collateral Agreement for the Return of Equity and deposited it at the US Department of the Treasury with a Clean Irrevocable letter of Credit;

10.     Around November 6, 2020 Affiant issued a Collateral Agreement for the Return of Equity and deposited it at the Massachusetts Department of Revenue with a Bankers Acceptance for the set–off, disposition, settlement and closure of all open accounts held with the Department of Revenue conformable to the law; the Massachusetts Department of Revenue failed to do what the law required;

11.     Around May 1, 2021 Affiant reported to the IRS an Entity Classification Election to instruct the IRS to update their records concerning the status of the COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE agency;

12.     Around April 8, 2021 Affiant received Certification of Commercial Tort Claim against the Massachusetts Department of Revenue through adjudicatory proceeding under the Massachusetts Constitution Part the First Article IV;

13.     Around April 28, 2021 Affiant notified the Massachusetts Attorney General and the US Attorney General of the violation of rights and the Commercial Tort claim;

14.     Around May 1, 2021–May 14, 2021 Affiant submitted information return reports to the IRS concerning agency claims;

15.     Around March 10, 2022 Affiant submitted Change of Responsible party information report to instruct the update of records to the IRS concerning the agency;

16.     Around April 5, 2022 Affiant issued a Notice to Correct the Record to: the Massachusetts Department of Transportation, the Massachusetts Executive Office of Administration and Finance, Massachusetts Department of Revenue, the Massachusetts Executive Office of the Trial Court, Family Court in South Carolina, and issued a courtesy Notice of Private Rights Violation to the Governor of Massachusetts, Attorney General of Massachusetts, Superior Court Massachusetts, US Department of Justice and Supreme Court in South Carolina;

17.     Around April 16, 2022 Affiant issued a Notice of Violations with Opportunity to Cure to the US Department of State for deprivation of rights;

18.     Around September 3, 2022 Affiant reported to the IRS a Certificate of Foreign Status of the Beneficial Owner to instruct the IRS to update its records;

19.     Around September 30, 2022 Affiant issued a Notice of Assessment to Registry of Motor Vehicles Massachusetts Department of Transportation, Executive Office of the Trial Court Massachusetts, South Carolina Court, Henrico County Court, Virginia, Chesterfield County Court, Virginia for use of property without consent;

20.     Around October 15, 2022 IRS was notified of the assessment of use of utility without consent;

21.     Around February 13, 2023 Affiant issued a Security and Control Agreement with Fidelity Investments of which proprietary information Collateral Securities were deposited without any official response in accordance with the agreement of the which the US Department of the Treasury was notified;

22.     Each abovementioned agency, having an official responsibility under fundamental public policy to address the fully expressed right to freedom of expression through contractual means of the COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE agency and the Affiant's clear and direct chosen condition of commercial activity in transacting business with state and federal agencies, have failed to respond and do what the law requires, of which, in the awareness and belief of the Affiant, is a direct violation of the Affiant's substantive rights to self–governance, self–determination, life, liberty, property and the pursuit of happiness.

## NEGATIVE AVERMENT

23.     The foregoing Statement of Facts is the preponderance of the evidence of the Affiant's expressed freewill, act and deed and expresses the vigilant effort of the Affiant to assert Affiant's rights therefore;

24.     Affiant is in receipt of no evidence or material facts that silence does not comprises agreement in all law venues, and therefore acceptance and believes no such evidence exists;

25.     Affiant is in receipt of no evidence or material facts that the non–response, non–performance and silence of the US Department of Treasury to the Affiant's Declaration of Trust, Collateral Agreement and Notice of Demand for Performance does not constitute tacit procuration of agreement and acquiescence and believes no such evidence exists;

26.     Affiant is in receipt of no evidence or material facts that the non–response and non–performance of the Massachusetts Department of Revenue on Affiant's issuance of Collateral Agreement and Bankers Acceptance does not constitute tacit procuration of agreement and acquiescence and believes no such evidence exists;

27.    Affiant is in receipt of no evidence or material facts that the agents of the Massachusetts Department of Revenue did not exhibit impropriety in a capricious disregard of Affiant's rights being a violation of such and believes no such evidence exists;

28.    Affiant is in receipt of no evidence or material facts that the non–response, non–performance and silence of the Massachusetts Department of Transportation, the Massachusetts Executive Office of Administration and Finance, Massachusetts Department of Revenue, the Massachusetts Executive Office of the Trial Court, Family Court in South Carolina to the Affiant's Notice to Correct the Record does not constitute tacit procuration of agreement and acquiescence and believes no such evidence exists;

29.    Affiant is in receipt of no evidence or material facts that the non–response, non–performance and silence of the Governor of Massachusetts, Attorney General of Massachusetts, Superior Court Massachusetts, US Department of Justice and Supreme Court in South Carolina to the Affiant's courtesy Notice of Private Rights Violation does not constitute tacit procuration of agreement and acquiescence and believes no such evidence exists;

30.    Affiant is in receipt of no evidence or material facts that the non–response, non–performance and silence of the Registry of Motor Vehicles Massachusetts Department of Transportation, Executive Office of the Trial Court Massachusetts, South Carolina Courts, Henrico County Court, Virginia, Chesterfield County Court, Virginia on Affiant's Notice of Assessment(s) does not constitute tacit procuration of agreement and acquiescence and believes no such evidence exists;

31.     Affiant is in receipt of no evidence or material facts that the non–performance of the US Department of State does not constitute tacit procuration of agreement and acquiescence and believes no such evidence exists;

32.     Affiant is in receipt of no evidence or material facts that the non–response, non–performance and silence of the Board of Trustees of Fidelity Investments does not constitute tacit procuration of agreement and acquiescence and believes no such evidence exists;

33.     Affiant is in receipt of no evidence or material facts that the Board of Trustees of Fidelity Investments by not returning the proprietary information and Collateral Securities have not committed securities fraud and believes no such evidence exists;

34.     Affiant is in receipt of no evidence or material facts that the adjudicatory procedure executed multiple times on behalf of the Affiant under the Massachusetts Constitution Part the First Article IV and M.G.L. ch. 222 §§ 1,1A is not valid and believes no such evidence exists;

35.     Affiant is in receipt of no evidence or material facts that the results of the adjudicatory proceedings as Certification of non–performance non–response Default or Dishonor under notary seal as prima facie evidence is not conclusive and should not have full faith and credit in this court and believes no such evidence exists;

36.     Affiant is in receipt of no evidence or material facts that Affiant is under a legal disability that prohibits and prevents Affiant from the full exercise of ALL substantive rights including the right to benefit from the enjoyment of the COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE agency and believes no such evidence exists;

37.     Affiant is in receipt of no evidence or material facts that Affiant does not have equal protection to the law in all law venues applicable and believes that no such evidence exists;

38.     Affiant is in receipt of no evidence or material facts that the foregoing agencies are not in violation of Affiant's rights secured and protected by 42 U.S. Code §§§ 1981, 1982, 1983 and are not liable under 18 U.S. Code § 241 and believes that no such evidence exists;

Further, Affiant sayeth not.


Respectfully,

Nathan McGuire


## JURAT

COMMONWEALTH OF MASSACHUSETTS          )
                                                                          ) SS:
PLYMOUTH COUNTY                                       )

On this 15th day of May, 2023, before me, Leon Brownell, the undersigned authority notary public, Nathan McGuire personally known to me appeared and signed the preceding document in my presence and who swore and affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

WITNESS my hand and official seal.

Leon A. Brownell
My Commission Expires June 15 2029




COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
Docket no: 2384CV01124

In the matter of:  )
  )
Nathan McGuire, Trustee  )
Real Party in Interest  )
ALIAH TRUST  )
An Express Trust Organization  )
  *Petitioner,*  )
  )
  v  )
  )
  )
COMMONWEALTH OF MASSACHUSETTS  )
NATHAN ALIAH MCGUIRE Agency  )
  )
US DEPARTMENT OF THE TREASURY  )
  )
MASSACHUSETTS DEPARTMENT OF REVENUE  )
  )
FIDELITY INVESTMENTS BOARD OF TRUSTEES  )
  )
Known and Unknown Nominal Auxiliary  )
Beneficiaries  )
  )
  *Respondents*  )

Interrogatories

US Department of the Treasury

Interrogatories For US Department of the Treasury Office of the Secretary of Treasury In

Care of Janet Yellen

You are required to answer fully and completely the interrogatories included in this suit

in equity and they must be served with your response. The interrogatories must be answered by

the party to whom they are directed. Each interrogatory must, to the extent it is not objected to,

be answered separately and fully in writing under oath. The grounds for objecting to an

interrogatory must be stated with specificity. Any ground not stated in a timely objection is

waived. The person who makes the answers must sign them under oath, penalty of perjury and full commercial liability, and the attorney who objects must sign any objections under oath, penalty of perjury and full commercial liability.

Guidelines for Answers to Interrogatories:

(a)     These Interrogatories are continuing in nature so as to require the filing of supplemental answers and responses without further request should additional information or information inconsistent with the information contained in the answers and responses to these Interrogatories become available to the party or parties to whom these Interrogatories are directed.

(b)     Where information or knowledge in the possession of a party is requested, such request includes knowledge in the possession of the party's agent(s), employee(s), representative(s) and the party's attorney(s).

(c)     Unless otherwise indicated, these Interrogatories refer to the impairment of the Petitioner's contracts and repeated violation of the Petitioner's substantive rights in this "Suit in Equity."

(d)     Where the name of a person or entity is requested, state the full name, home address, business address, and office and home telephone numbers.

(e)     The pronoun 'you' or 'your' refers to the party(ies) to whom these Interrogatories are addressed, and the persons and/or entities mentioned in clause (b) above. When appropriate, the masculine gender may be considered to be substituted for the feminine gender, and the singular may be considered substituted for the plural and vice versa.

(f)     When you are asked to disclose facts which support your position, state the source of those facts.

## INTERROGATORY NO. 1

Please fully identify the individual answering these Interrogatories. If they are answered on behalf of an entity, your answer is to include title, job description, responsibilities and length of employment with this entity, and state whether you are acting as an agent of this party in responding to these Interrogatories.

**Answer:**

## INTERROGATORY NO. 2

Please identify, in the manner described in paragraph (d) of the Guidelines, each person with knowledge of the facts relevant to the subject matter of this action. Separately, for each person, state a brief description of the information you contend is known by such persons.

**Answer:**

## INTERROGATORY NO. 3

Please provide the relevant evidence that you have taken the oath of office required of you under the US Constitution Article VI Clause 3 and 5 U.S. Code § 3331 - Oath of office pertaining to all parties stated in Interrogatory 2.

**Answer:**

## INTERROGATORY NO. 4

Please identify any material facts and evidence demonstrating that your authority is not given by and subject to the law and that the law does not control your performance and that an erroneous application of the law relieves you from the obligation to apply and enforce the law.

**Answer:**

## INTERROGATORY NO. 5

Please identify any material facts and evidence of any substantive and legal defects in the Private, Non-Negotiable Bond for Set-off, numbered: RB 714 406 288 US, in the amount of: 300,000,000,000.00 (Three Hundred Billion) US Dollars, the certified copy of "Certificate of Vital Record" Birth Certificate, numbered: 2550 endorsed and indorsed, Form 56 Termination NATHAN ALIAH MCGUIRE as Co-Trustee, Form 56 Appointment and Affirmation of Substitute Fiduciaries, Form W8, Grantor Status Notice, Declaration of Trust/Fiduciary Instructions, copy of UCC1 Financing Statement, duly filed with the COMMONWEALTH OF MASSACHUSETTS Secretary of State at filing location Number: 201954411890 post registered RB 714 406 288 US received in your office on July 29, 2019 evidenced by PS Form 3811 9590 9402 4956 9063 7558 09.

**Answer:**

**INTERROGATORY NO. 6**

Please identify any material facts and evidence of any substantive and legal defects in the Collateral Agreement for the Return of Equity, Affidavit of Truth in Support of the Collateral Agreement for the Return of Equity and the Letter of Credit in the amount of 153,000,000,000.00 (one hundred fifty three billion) US dollars deposited to the US Department of the Treasury on August 28, 2020 and received on December 31, 2020 evidenced by PS Form 3811 9590 9402 5404 9189 7723 76.

**Answer:**

**INTERROGATORY NO. 7**

Please identify any material facts and evidence of any substantive and legal defects in the UCC1 Financing Statement with the Power of Attorney, Declaration of Private Seal, Deed of

Acknowledgement and Acceptance filed on December 14, 2020 numbers 201214-1432000 and 201214-1411000 in the State of Maryland Department of Assessment and Taxation.

**Answer:**

**INTERROGATORY NO. 8**

Please identify any material facts and evidence of any substantive and legal defects in the Notice and Demand for Performance post certified 7021 0950 0001 1972 3157 on April 16, 2022 to your office evidenced by PS Form 3811 9590 9402 6697 1060 6943 21 and the subsequent adjudicatory proceeding under notarial presentment resulting in the certification of a non–response non–performance on the Notice of Demand for Performance and issuance of a Notice of Fault and Opportunity to Cure post certified 7021 2720 0002 2988 3203 on May 10, 2022 evidenced by PS Form 3811 9590 9402 7209 1284 7495 51 followed by certification of a non–response non–performance on the Notice of Fault and Opportunity to Cure and issuance of a Notice of Default and Dishonor with the certification of Default and Dishonor post certified 7021 2720 0002 2988 3227 on evidenced by PS Form 3811 9590 9402 7209 1284 7495 37.·

**Answer:**

**INTERROGATORY NO. 9**

Please identify the statutory law, rule, code or regulation and any material facts and evidence that provides the authority for you to neglect 28 U.S. Code § 1652 - State laws as rules of decision as a necessary and proper law created under Article 1 Section 8 Clause 18 of the US Constitution as it pertains to Massachusetts General Laws Chapter 106.

**Answer:**

**INTERROGATORY NO. 10**

Please identify the statutory law, rule, code or regulation and any material facts and evidence that provides the authority for you to neglect and disregard the evidentiary facts establishing the paramount security interest of this Petitioner as a Secured Party, evidenced by the UCC1 Financing Statement filed on December 14, 2020 numbers 201214-1432000 and 201214-1411000, in the COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE Agency statutory ens legis US person cestui que trust represented by a Birth Record Certificated Security Nonmortgage Widely Held Fixed Investment Trust entity registration number 2550 state file number 2056619 and social security account number ▮▮▮▮ as a transmitting utility and any derivative of NATHAN ALIAH MCGUIRE associated.

**Answer:**

### INTERROGATORY NO. 11

Please identify the statutory law, rule, code or regulation and any material facts and evidence that provides the authority for you to neglect and disregard this Petitioner's right to benefit from the enjoyment of the COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE Agency statutory ens legis US person cestui que trust represented by a Birth Record Certificated Security Nonmortgage Widely Held Fixed Investment Trust entity registration number 2550 state file number 2056619 and social security account number ▮▮▮▮ - ▮▮ as a transmitting utility and any derivative of NATHAN ALIAH MCGUIRE associated.

**Answer:**

### INTERROGATORY NO. 12

Please identify any material facts and evidence that the Petitioner is not the only one true authorized representative of the sole contributing Grantor and beneficial owner of the COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE Agency statutory

ens legis US person cestui que trust represented by a Birth Record Certificated Security Nonmortgage Widely Held Fixed Investment Trust entity registration number 2550 state file number 2056619 and social security account number ▇▇▇▇▇▇ as a transmitting utility and any derivative of NATHAN ALIAH MCGUIRE associated.

**Answer:**

## INTERROGATORY NO. 13

Please explain in detail why your failure to respond to the presentments stated in interrogatories 5, 6, 7 and 8 does not constitute tacit procuration of your agreement by acquiescence as a result of your silence on the matter.

**Answer:**

## INTERROGATORY NO. 14

Please identify the statutory law, rule, code or regulation and any material evidence and facts that silence in all law venues does not constitute agreement.

**Answer:**

## INTERROGATORY NO. 15

Please indentify any material facts and evidence that the Petitioner's administrative adjudicatory proceeding was not lawfully executed and did not lawfully obtain your agreement by acquiescence and that this does not constitute estoppels by judgment and acquiescence.

**Answer:**

## INTERROGATORY NO. 16

Please indentify any material facts and evidence that you should not be barred from stating certain facts and claims contrary to the agreed on facts contained within the Petitioner's agreements and lawfully executed administrative adjudicatory proceedings and that the matters

are not *res judicata* and are not within the jurisdiction of the Commonwealth under the protection of Article IV and Article XI of the Massachusetts Constitution and Article IV §1 of the Constitution of the United States.

**Answer:**

Respectfully Submitted,

By: _____

Nathan McGuire, Trustee
ALIAH TRUST
An Express Trust Organization
c/o 607 Boylston Street Suite 175
Boston, Massachusetts near {02116}
without the United States
Non-Domestic, Non-Assumpsit
(857) 939-7547

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
Docket no: 2384CV01124

In the matter of:                                    )
                                                     )
Nathan McGuire, Trustee                              )
Real Party in Interest                               )
ALIAH TRUST                                          )
An Express Trust Organization                        )
*Petitioner,*                                        )
                                                     )
                         v                           )
                                                     )
                                                     )
COMMONWEALTH OF MASSACHUSETTS                        )
NATHAN ALIAH MCGUIRE Agency                          )
                                                     )
US DEPARTMENT OF THE TREASURY                        )
                                                     )
MASSACHUSETTS DEPARTMENT OF REVENUE                  )
                                                     )
FIDELITY INVESTMENTS BOARD OF TRUSTEES               )
                                                     )
Known and Unknown Nominal Auxiliary                  )
Beneficiaries                                        )
                                                     )
         *Respondents*                               )

**Supplemental**

**JUDICIAL NOTICE OF LAW
MANDATORY UNDER
<u>MASSACHUSETTS GUIDE TO EVIDENCE SECTION 202</u>**

**JUDICIAL NOTICE
OF
ADJUDICATIVE FACTS
<u>MANDATORY UNDER PUBLIC LAW 93-595</u>**
Massachusetts Guide to Evidence Section 201

In the interest of the protection and preservation of the Petitioner's substantive rights and
to introduce the legally operative controlling law and governing principles of equity to assure the
proper outcome in this instant case this court is put on notice of the following applicable law and
adjudicative facts within the domain of the indisputable;

1.      The Petitioner, reserves without prejudice, without reservation and without the
United States all rights substantive and otherwise as Source Creator given and inherent to
Petitioner's existence independent of all law created by any legislative body, judicial authority or
otherwise conformable to 28 U.S. Code § 2072 (b);

2.      The Petitioner holds a complete, absolute, paramount, perfected security interest in the property COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE agency, statutory ens legis US person, *cestui que* trust originated from the creation of Record of Birth representing a Certificated Security that was monetized and securitized into a Nonmortgage Widely Held Fixed Investment Trust with a social security account number as a transmitting utility and all associated derivatives alike including but not limited to all rights, titles, interests, securities, accounts, deposits and bonds and has expressed the trust;

3.      The Constitution of the United States is the Supreme law of the land and pursuant to 80th CONG., 1st. SESS —CH. 388—JULY 30, 1947; page 636 § 112, 113 the Statutes At Large are legal evidence of the laws of the United States and the several States in conformity with Article VI of the Constitution of the United States, therefore this court is subject to and bound by/to the Constitution of the United States and the laws of the United States;

4.      In Massachusetts the judicial branch derives its authority from the Massachusetts Constitution and laws of the Commonwealth of Massachusetts created by the General Court therefore any presiding justice or magistrate in this instant case is subject to the Commonwealth of Massachusetts Constitution;

5.      As one of the people Petitioner specifically and specially evokes the right to self–governance and self–determination preserved at Massachusetts Constitution Part the First Article IV which provides that;

"The people of this commonwealth have the sole and exclusive right of governing themselves, as a free, sovereign, and independent state; and do, and forever hereafter shall, exercise and enjoy every power, jurisdiction, and right, which is not, or may not

hereafter, be by them expressly delegated to the United States of America in Congress assembled. "

6.      As one of the people Petitioner specifically and specially evokes the ministerial duty of any and all participating judicial officers in this instant case including without limitation to magistrates, justices and otherwise preserved at Massachusetts Constitution Part the First Article V which provides that;

"All power residing originally in the people, and being derived from them, the several magistrates and officers of government, vested with authority, whether legislative, executive, or judicial, are their substitutes and agents, and are at all times accountable to them.";

7.      Petitioner specifically and specially evokes the "right to be protected by it in the enjoyment of his life, liberty and property," preserved at Massachusetts Constitution Part the First Article X;

8.      Petitioner specifically and specially evokes the right to find a certain remedy preserved at Massachusetts Constitution Part the First Article XI which provides that;

"Every subject of the commonwealth ought to find a certain remedy, by having recourse to the laws, for all injuries or wrongs which he may receive in his person, property, or character. He ought to obtain right and justice freely, and without being obliged to purchase it; completely, and without any denial; promptly, and without delay; conformably to the laws.";

9.      All documentation submitted into to the court in this instant case is under 80TH CONG., 2D SESS.-CH. 645 – JUNE 25, 1948 page 795 Chap 101 § 2071 and shall not be concealed, removed, or mutilated generally;

10. All judicial officers and otherwise participating in this instant case are in compliance with Article VI of the Constitution of the United States of America and Massachusetts Constitution Part the Second Chapter VI Article I and have taken an oath to the Constitution of the United States and an oath to the Massachusetts Constitution and laws of the Commonwealth and the oath(s) is/are hereby accepted by the Petitioner;

11. Pursuant to 80TH CONG., 2D SESS.—CH. 646—JUNE 25, 1948 62 STAT. page 945 Chap 115 § 1739 any and all non-judicial authenticated records by the Secretary of the Commonwealth of Massachusetts are proved and admissible as evidence and given full faith and credit in this court in this instant case and serve as conclusive evidence of the facts stated therein;

12. The obligation of the following is paramount and indispensable to the administration of justice in this instant matter pertaining to the Judicial Code of Ethics;

a. Canon 1: A Judge Should Uphold the Integrity and Independence of the Judiciary;

b. Canon 2: Judge Should Avoid Impropriety and the Appearance of Impropriety in all Activities;

c. Canon 3: A Judge Should Perform the Duties of the Office Fairly, Impartially and Diligently;

13. Petitioner evokes equity jurisdiction in this instant case in order that remedy be adjusted to render complete justice under a court of conscience applying reason and righteousness in accordance with the rules of equity;

14. Equity will not suffer a wrong to be without a remedy;

15. Equitable interposition is required and necessary in order that Petitioner gain a meaningful adjudication of rights and to address the multiplicity of issues arising from the arbitrary and capricious disregard of those rights.



RECEIVED
MAIL REFERRAL UNIT

JUL 2 1 2023