# Exhibit A

SECRETARY OF THE
COMMONWEALTH

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

2019 APR -9 AM II: 35

CORPORATIONS DIVISION

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

NATHAN ALIAH MCGUIRE ESTATE
143 Dorchester Street Suite 322
South Boston, MA 02127

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| NATHAN ALIAH MCGUIRE TRUST 2550 | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 150 Vernon Street First Floor | Boston | | MA | 02125 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| UNITED STATES, INCORPORATED | | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 1600 PENNSYLVANIA AVENUE NW | WASHINGTON | | DC | 20500 | US |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| NATHAN ALIAH MCGUIRE ESTATE 98-6083102 | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 143 Dorchester Street Suite 322 | South Boston | | MA | 02127 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
The Grantor hereby expresses Trust and claims all equitable reversionary interest in the Resulting Trust created by the issuance of a RECORD OF BIRTH NATHAN ALIAH MCGUIRE Registration Record number ▮ as received by the COMMONWEALTH OF MASSACHUSSETS Vital Records Department on or by ▮, 1977 ab initio being administered as a decedant estate and the pledge representing the same including the Certificated Security/Bond issued and sold by the UNITED STATES Department of Treasury and the UNITED STATES Department of Commerce bought by the FEDERAL RESERVE BANK and held in Trust by the DEPOSITORY TRUST COMPANY, including, but not limited to, all securities, trusts, accounts, and deposits represented by, associated with, or derived from the designation NATHAN ALIAH MCGUIRE TRUST UNITED STATES Vessel and UNITED STATES Government Social Security contract employee Trust NATHAN MCGUIRE Social Security number.
Obligation of above named Debtor defined in line 1a on this form in favor of Secured Party as set forth in the express, written Security Agreement Registered Mail number RA579696575US, in possession of Secured Party, filed with the City Clerk's Office in the City of Boston amount of said obligation: $300,000,000,000.00 Three-Hundred Billion UNITED STATES Dollars of fine .999 silver/gold. All other Debtors are Trustees acting with respect to property held in Trust.

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☑ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
All Debtors excluding debtor in line 1a are Trustees acting with respect to property held in Trust.

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
|---|
| **NATHAN ALIAH MCGUIRE TRUST 2550** |

OR

| 9b. INDIVIDUAL'S SURNAME | | |
|---|---|---|
| FIRST PERSONAL NAME | | |
| ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |
|---|
| **DEPARTMENT OF THE TREASURY** |

OR

| 10b. INDIVIDUAL'S SURNAME | | | | |
|---|---|---|---|---|
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1500 PENNSLYVANIA AVENUE NW** | **WASHNGTON** | **DC** | **20220** | **US** |

11. ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☑ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME |
|---|

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| **McGuire, GRANTOR** | **Nathan** | | | . |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **22 Fernboro Street** | **Boston** | **MA** | **[02121]** | **USA** |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

1) Affidavit of Autograph© Document Id: ~AOA-04051977NAM© USPS Registered number: RA 579 696 589 US
2) Affidavit of Copyright/Claim© Document Id: ~AOCC-04051977NAM© USPS Registered number: RA 579 696 592 US
3) Certificate of Document Existence, Authority and Document Title for Affidavit of Autograph© Affidavit of Copyright/Copyclaim© Authenticated Record of Birth Document Id: ~CODE-███████ USPS Registered number: RA 579 696 601 US 4) Authenticated Record of Birth Document Identifiers:█████████Legal/Lawful Notice and Demand with Security Agreement and Indemnity Bond Document Id: ~███████AM© USPS Registered number: RA 579 696 575 US

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing |
|---|---|
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

Debtor in line 1a is a Trust and transmitting utility. Rest of Debtors are Trustees acting with respect to property held in trust.

# UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ☐

18a. ORGANIZATION'S NAME
**NATHAN ALIAH MCGUIRE TRUST 2550**

OR 18b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

19. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

19a. ORGANIZATION'S NAME
**DEPOSITORY TRUST COMPANY**

| OR 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| 19c. MAILING ADDRESS **55 WATER STREET 5TH FLOOR** | CITY **NEW YORK** | STATE **NY** | POSTAL CODE **10041** | COUNTRY **US** |

20. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

20a. ORGANIZATION'S NAME
**DEPARTMENT OF PUBLIC HEALTH REGISTRY OF VITAL RECORDS AND STATISTICS**

| OR 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| 20c. MAILING ADDRESS **150 MT. VERNON STREET FIRST FLOOR** | CITY **DORCHESTER** | STATE **MA** | POSTAL CODE **02125** | COUNTRY **US** |

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

21a. ORGANIZATION'S NAME
**INTERNAL REVENUE SERVICE**

| OR 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| 21c. MAILING ADDRESS **1111 CONSTITUTION AVENUE NW** | CITY **WASHINGTON** | STATE **DC** | POSTAL CODE **20224** | COUNTRY **US** |

22. ☑ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

22a. ORGANIZATION'S NAME
**ATONEMENT SOLUTIONS HOLDINGS**

| OR 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| 22c. MAILING ADDRESS **530 B HARKLE ROAD SUITE 100** | CITY **SANTA FE** | STATE **NM** | POSTAL CODE **87505** | COUNTRY **US** |

23. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

23a. ORGANIZATION'S NAME

| OR 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

24. MISCELLANEOUS:
Line 22a additional Secured Party is an Assignee; Additional Debtors are on an additional UCC1AP included herein as referenced. Debtor in line 1a is a Trust and transmitting utility. ALL additional Debtors are Trustees acting with respect to property held in trust. THIS FINANCING STATEMENT IS NOT TO BE TERMINATED, ALTERED, AMENDED OR ASSIGNED WITHOUT THE WRITTEN PERMISSION AND AUTHORIZATON OF THE SECURED PARTY, SECURED PARTY ASSIGNEE AND OR AUTHORIZED REPRESENTATIVE THEREOF.

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (Form UCC1AP) (Rev. 08/22/11)

## UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

| 18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐ | | |
|---|---|---|
| 18a. ORGANIZATION'S NAME **NATHAN ALIAH MCGUIRE TRUST 2550** | | |
| OR 18b. INDIVIDUAL'S SURNAME | | |
| FIRST PERSONAL NAME | | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

19. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME **COMMONWEALTH OF MASSACHUSETTS EXECUTIVE OFFICE OF THE TRIAL COURT** | | | | |
|---|---|---|---|---|
| OR 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 19c. MAILING ADDRESS **ONE PEMBERTON SQUARE** | CITY **BOSTON** | STATE **MA** | POSTAL CODE **02108** | COUNTRY **US** |

20. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME **COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE** | | | | |
|---|---|---|---|---|
| OR 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 20c. MAILING ADDRESS **100 CAMBRIDGE STREET** | CITY **BOSTON** | STATE **MA** | POSTAL CODE **02114** | COUNTRY **US** |

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME **STATE OF SOUTH CAROLINA COUNTY OF ORANGEBURG FAMILY COURT** | | | | |
|---|---|---|---|---|
| OR 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 21c. MAILING ADDRESS **P.O. BOX 9000** | CITY **SOUTH CAROLINA** | STATE **SC** | POSTAL CODE **29116** | COUNTRY **US** |

| 22. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b) | | | | |
|---|---|---|---|---|
| 22a. ORGANIZATION'S NAME | | | | |
| OR 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 23. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b) | | | | |
|---|---|---|---|---|
| 23a. ORGANIZATION'S NAME | | | | |
| OR 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

24. MISCELLANEOUS:
Additional Debtors are on an additional UCC1AP included herein as referenced. Debtor in line 1a is a Trust and transmitting utility. ALL additional Debtors are Trustees acting with respect to property held in trust. THIS FINANCING STATEMENT IS NOT TO BE TERMINATED, ALTERED, OR ASSIGNED WITHOUT THE WRITTEN PERMISSION AND AUTHORIZATON OF THE SECURED PARTY, SECURED PARTY ASSIGNEE AND OR AUTHORIZED REPRESENTATIVE THEREOF.

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (Form UCC1AP) (Rev. 08/22/11)

# UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**18a. ORGANIZATION'S NAME**
**NATHAN ALIAH MCGUIRE TRUST 2550**

OR

18b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

19. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**19a. ORGANIZATION'S NAME**
**STATE OF SOUTH CAROLINA DEPARTMENT OF REVENUE**

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **300A OUTLET POINTE BOULEVARD** | **COLUMBIA** | **SC** | **29210** | **US** |

20. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**20a. ORGANIZATION'S NAME**
**STATE OF SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES**

OR

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1535 CONFEDERATE AVENUE** | **COLUMBIA** | **SC** | **29201** | **US** |

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**21a. ORGANIZATION'S NAME**
**STATE OF SOUTH CAROLINA CLARENDON COUNTY MAGISTRATE COURT**

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **102 SOUTH MILL STREET P.O. BOX 371** | **MANNING** | **SC** | **29102** | **US** |

22. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

22a. ORGANIZATION'S NAME

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

23. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

23a. ORGANIZATION'S NAME

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

24. MISCELLANEOUS:
Additional Debtors are on an additional UCC1AP included herein as referenced. Debtor in line 1a is a Trust and transmitting utility. ALL additional Debtors are Trustees acting with respect to property held in trust. THIS FINANCING STATEMENT IS NOT TO BE TERMINATED, ALTERED, AMENDED OR ASSIGNED WITHOUT THE WRITTEN PERMISSION AND AUTHORIZATON OF THE SECURED PARTY, SECURED PARTY ASSIGNEE AND OR AUTHORIZED REPRESENTATIVE THEREOF.

Registration No. RA 579 696 575 US



**REGISTERED MAIL**

RA 579 696 575 US



THIS IS AN AFFIDAVIT OF
LAWFUL/LEGAL *NOTICE* AND DEMAND[o]
FOR ADMINISTRATIVE CLAIMS
*A Security (15 USC) A USSEC Tracer Flag Not a Point of Law*
REGISTERED FOR EXEMPTION – EXTENSION OF CREDIT
NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL
Applicable to all Successors and Assigns

*FIAT JUSTITIA, RUAT COELUM*
(Let right be done, though the heavens should fall)

TO: ALL STATE, FEDERAL AND INTERNATIONAL PUBLIC OFFICIALS, BY AND THROUGH
COMMONWEALTH OF MASSACHUSETTS SECRETARY OF STATE, WILLIAM FRANCIS GALVIN.

*TAKE NOTICE: IGNORANCE OF THE LAW IS NO EXCUSE! THIS IS A CONTRACT.*

Please! Take a moment to read this before you proceed any further! I do not wish to speak to you under any
circumstances, excluding federal judicial review!

# DISCLAIMER

THE QUOTATIONS OF THE PRIVATELY COPYRIGHTED STATUTORY LEGISLATIVELY CREATED CASE LAWS AND STATE
AND FEDERAL STATUTES AND CODES ARE REFERENCED WITHOUT INTENT TO CREATE A "USE", VIOLATE ANY PRIVATE
COPYRIGHT, OR GIVE LEGAL ADVICE TO ANYONE, AND STANDS SO UNLESS LAWFULLY PROTESTED BY ANY
CONCERNED PARTY(IES). ANY LISTING OF CASE SITES, FEDERAL OR STATE STATUTES OR CODES IN THIS DOCUMENT
ARE FOR YOUR REFERENCE ONLY, AND SHOULD NOT BE CONSTRUED AS SUBMISSION BY Nathan Aliah McGuire TO ANY
JURISDICTION OTHER THAN THAT OF THE KINGDOM OF HEAVEN. I, Nathan Aliah McGuire AM NOT A LAWYER/ATTORNEY-
AT-LAW OR PROFESS TO BE SUCH.

# THE ACT OF PIRACY

Title 18 USC Sec. 1652. Citizens as pirates. Whoever, being a citizen of the United States, commits any murder or
robbery, or any act of hostility against the United States, or against any citizen thereof, on the high seas, under color
of any commission from any foreign prince, or state, or on pretense of authority from any person, is a pirate, and shall
be imprisoned for life.

SECTION I - LAWFUL/LEGAL NOTICE AND DEMAND[c]

(1) I, One Nathan Aliah McGuire[c™], Creditor, Settlor, Surety, Private Banker and Authorized Signatory, for
"NATHAN ALIAH MCGUIRE[©™]", ARTIFICIAL ENTITY, U.S. CORPORATE VESSEL, PRIVATE CITIZEN,
TRUST, and PRIVATE BANKING ENTITY, the undersigned herein requests anything you say to me you present in
writing signed under penalty of perjury required by your law as shown in this instrument. Notice to Agent is Notice to
Principal. Notice to Principal is notice to Agent. Attachments are included and are part of this contract.

(2) This notice is in nature of a Miranda Warning. Take due heed of contents. If, for *any* reason, you do not
understand *any* of these statements or warnings, it is incumbent upon you to summon a superior officer, special

Page 1 of 29

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by
Nathan Aliah McGuire, Creditor, Settlor, Surety, Private Banker and Authorized Signatory, for "NATHAN ALIAH MCGUIRE[©™], ARTIFICIAL
ENTITY, U.S. CORPORATE VESSEL, PRIVATE CITIZEN, TRUST and PRIVATE BANKING ENTITY,

By: _____ ©_____, Creditor, Settlor, Surety,
Private Banker and Authorized Signatory, for "NATHAN ALIAH MCGUIRE[©™], ARTIFICIAL ENTITY, U.S. CORPORATE VESSEL, PRIVATE
CITIZEN, TRUST, and PRIVATE BANKING ENTITY.
~LND-04051977NAM[©]                          Compiled: 7-5-15

Registration No. RA 579 696 575 US

1  prosecutor or federal judge; or other competent lawful and/or legal counsel. To immediately explain to you, the
2  significance of this presentment as per your duties and obligations in respect to this private formal "registered" Statute
3  Staple Securities Instrument. As per [Title 11 USC 501(a), 502(a), 11 USC 7001; 7013], and [Federal Rules of Civil
4  Procedure Sections 8-A, and 13-A] the presumptions that I Nathan Aliah McGuire am a debtor to the "UNITED
5  STATES" or any of its agencies, or sub-corporations is forever rebutted, by this contract.
6
7  SECTION II - LAWFUL/LEGAL NOTICE AND DEMAND©
8
9  (3) Your failure to timely do so leaves you in the position of accepting full responsibility for any and all liabilities for
10  monetary damages, as indicated herein, that I incur by any adversely affecting injury(s) caused by your overt, or covert
11  actions, or the action(s) of any of your fellow (public) officers and agents in this or any other relevant matter(s) as
12  described herein. You have three (3) days, from the date you received this document to honor this Affidavit of Lawful
13  Notice and Demand© to avoid full commercial liability. You have Thirty (30) calendar days, from the date that this
14  document is recorded at the county recorder's office or by notary protest (whichever comes first), to respond and rebut
15  the claims of this contract by submitting to me signed, certified, authenticated documents of the laws that rebut these
16  claims point by point. On and For the Record under penalties of the law, including perjury with full commercial liability.
17  This document will be on file in the public record; and the clerk in charge of the public record is charged to distribute
18  this to any and all responsible parties, i.e., officers of the court, and/or law enforcement officers including local, state,
19  federal, international, multi-jurisdictional, or any and all officers, representatives, contractors, agencies, or any such
20  tentity or person that may bring any type of action, whether civil or criminal or other, against me, and whether in this
21  county, state, region, area, country, corporation, or federal zone or in any venue and/or jurisdiction. Your failure to
22  timely rebut the statements and warnings herein constitute your complete tacit agreement with all statements and
23  warnings contained herein. Your presumptions that I, the undersigned, am a "Corporate Fiction" or "Legal Entity" and
24  under your corporate "UNITED STATES" jurisdiction are now and forever rebutted.
25
26  (4) The undersigned tendering this document is a Private People of Posterity; a Original Living Personam Sojourn; by
27  fact; NOT a 14th amendment citizen or surety within; or subject for, or allegiance to; your corporate UNITED STATES;
28  or to any de facto compact (Corporate) commercial states contracting therein; Only to the United States, moneyless;
29  carrying with me; exclusive, original jurisdiction and venue having one supreme court and United States Court of
30  International Trade. Now being a matter of public record, tendered by way of "registered mail" to COMMONWEALTH
31  OF MASSACHUSETTS SECRETARY OF STATE.  Hence recorded with COMMONWEALTH OF
32  MASSACHUSETTS SECRETARY OF STATE, but not limited to SUFFOLK COUNTY, and PLYMOUTH,
33  BRISTOL, NORFOLK and MIDDLESEX Counties, further to all COMMONWEALTH OF MASSACHESETTS Land
34  and/or Public Notices in County Paper of Records of United States.
35
36  (5) The party now tendering this lawfully and/or legally binding "NOTICE and DEMAND" in hand is not a surety under
37  your jurisdiction; or a subject under your corporate veil "color of law venue", being acknowledged by silence and
38  acquiescence of WILLIAM FRANCIS GALVIN respectfully COMMONWEALTH OF MASSACHUSETTS
39  SECRETARY OF STATE, also but not limited to any public office(s), agent(s), contractor(s), assign(s), employee(s),
40  and subsidiaries of your office, regarding the undersigned's "NOTICE and DEMAND" tendered by registered mail no.
41  RA 579 696 575 US with COMMONWEALTH OF MASSACHUSETTS SECRETARY OF STATE. (See SECTION
42  1)
43
44
45  SECTION III - LAWFUL/LEGAL NOTICE AND DEMAND©
46
47  (6) Which silence of Corporate Office "SECRETARY OF STATE" ratifies severance(s) of any nexus or relationship to
48  de facto corporate commercial state office(s); being fraudulent conveyance by operating under "color of authority" upon
49  affiant. Let this be known by undersigned's "Good Faith (Oxford) Doctrine" to all men and women. I do not consent
50  to any warrantless search(s), or searches that are not compliant with the "Constitution for the United States " and/or all of
51  the Amendments of the Honorable "Bill of Rights" whether of my dwelling(s), car(s), landcraft, watercraft, aircraft, me,
52  mine, current location, property, hotel room(s), apartment(s), business records, business, or my machinery, vehicles,
53  equipment, supplies, buildings, grounds, land in my private possession or control, past, present, and future, now and
54  forevermore.

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying; duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire. Creditor, Senior, Surety, Private Banker and Authorized Signatory. for NATHAN ALIAH MCGUIRE©™. ARTIFICIAL ENTITY. U.S. CORPORATE VESSEL. PRIVATE CITIZEN, TRUST, and PRIVATE BANKING ENTITY.

By: _____  Creditor, Senior, Surety,
Private Banker and Authorized Signatory, for NATHAN ALIAH MCGUIRE™. ARTIFICIAL ENTITY. U.S. CORPORATE VESSEL. PRIVATE CITIZEN, TRUST, and PRIVATE BANKING ENTITY.

Compiled: 7-5-15

(7) By this record let it be known that I do not at *any* time waive *any* rights or protections, as acknowledged by the aforementioned Constitution and/or Honorable Bill of Rights, nonetheless, demanding that you protect these as you swore an oath to do so. I accept your lawfully required "Oath of Office." Bond(s) of any type, insurance policies, and property of any type for my protection and making whole. Furthermore, should you witness *any* (public) officer(s) at this time, or *any* time past, present, or future violate *any* of my rights or protections, it is your sworn duty (of oath) to immediately arrest, or have them arrested. You are lawfully required to charge them as you should *any* law breaker, regardless of (superior) officer(s) title, rank, uniform, cloak, badge, position, stature, or office. Hence, or you shall be accountable for monetary gain from, but not limited to, your monetary liability, your corporate bond, compensatory costs, punitive procurements, and sanctioned by attorney attributions.

(8) NOTE: A true and correct copy of this Statute Staple Securities Instrument is safely recorded with the COMMONWEALTH OF MASSACHUSETTS SECRETARY OF STATE, in THE CITY OF BOSTON IN THE COMMONWEALTH OF MASSACHUSETTS, and with several trusted friends accompanying sworn affidavits certifying my policy of presenting this security instrument to each and every (public) officer who approaches the undersigned violating my unalienable rights including, but not limited to, my right of liberty and free movement upon *any* common pathway of travel. I have a lawful and/or legal right to travel, by whatever means, via land, sea or air, without *any* officer, agent, employee, attorney, or judge that in *any* manner willfully *causes* adverse affects or damages upon the undersigned by an arrest, detainment, restraint, or deprivation. I will be granted the status and treatment of a foreign diplomat by all customs officials. This document or the deposited copy becomes an evidentiary document certified herein, as if now fully reproduced, should any court action be taken upon the undersigned as caused by *your act(s)* under color of law with you, your officers, and employees. Take note; you are now monetarily liable in your personal corporate capacity. Nathan Aliah McGuire, Creditor, Settlor, Surety, Private Banker and Authorized Signatory, for "NATHAN ALIAH MCGUIRE©™", ARTIFICIAL ENTITY, U.S. CORPORATE VESSEL, PRIVATE CITIZEN, TRUST, and PRIVATE BANKING ENTITY and Nathan McGuire, notwithstanding anything contrary, abides by all laws in accord with the aforementioned "Bill of Rights", and wishes no harm to any man. You agree by your non-response to uphold my "Right to Travel"; or you must rebut my claim by lawfully documented evidence in law, On and For the Record, Under Oath and penalty of Perjury, within the Thirty (30) calendar days, as aforementioned in this Contract. (Definitions as they apply to this contract are enclosed in ATTACHMENT "B", and are included as a lawful and/or legal part of this contract.

## SECTION IV - LAWFUL/LEGAL NOTICE AND DEMAND©

(9) **BE WARNED, NOTICED, AND ADVISED** that I rely upon, in addition to constitutional limits of the "Constitution for the United States" and/or the Honorable "Bill of Rights," governmental authority, the rights and protections guaranteed under Uniform Commercial Code(s), common equity law, laws of admiralty, and commercial liens and levies pursuant, but not limited to, [Title 42] (Civil Rights) [Title 18 U.S.C.A]. (Criminal Codes). [Title 28 U.S.C.A.] (Civil Codes) and additional COMMONEWEALTH OF MASSACHUSETTS constitution penal codes, in as much as they are in compliance with aforementioned Constitution and/or Bill of Rights. There can be no violation of any of these laws unless there is a victim consisting of a living man or woman who has been damaged. When there is no victim, there is no crime or law broken. Unless this is rebutted within the time limit contained herein, and the conditions of the rebuttal are met, you, or any representative in any capacity of any agency, government, corporation, or the like, agree to abide by this contract anytime you interact with me. The undersigned addresses the foregoing being of lawful and/or legal majority age, clear head, and sound mind henceforth.

(10) Remember, you took a solemn binding oath to protect and defend the original Constitution for the United States (1776) adopted circa (1787). Violation(s) of said oath is perjury being a bad-faith doctrine by constructive treason and immoral dishonor infra ¶13, ¶14 & ¶15. I accept said Oath of Office that you have sworn to uphold. I claim that any and all presumptions that I am citizen, subject, resident, participant, legal entity, legal fiction, or any such thing, of any and all jurisdictions of the UNITED STATES OR ANY OF ITS SUBDIVISIONS, AGENCIES, ENTITIES, DEPARTMENTS, SUBSIDIARIES are now and forever rebutted. You may rebut my claims by submitting certified copies of lawful and/or legal documents that have been certified by the COMMONWEALTH OF MASSACHUSETTS State attorney while under oath and on the official record and under penalty of perjury with full commercial liability and

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire, Creditor, Settlor, Surety, Private Banker and Authorized Signatory, for "NATHAN ALIAH MCGUIRE©™", ARTIFICIAL ENTITY, U.S. CORPORATE VESSEL, PRIVATE CITIZEN, TRUST and PRIVATE BANKING ENTITY. ©

By: Nathan McGuire, Creditor, Settlor, Surety, Private Banker and Authorized Signatory, for "NATHAN ALIAH MCGUIRE©™", ARTIFICIAL ENTITY, U.S. CORPORATE VESSEL, PRIVATE CITIZEN, TRUST, and PRIVATE BANKING ENTITY.

[redacted]

Registration No. RA 579 696 575 US                                      ⬛⬛⬛ AM⬛

1  waiving all immunities from prosecution. You have **Thirty (30)** calendar days to rebut my statements, as indicated
2  herein, or my statements will stand as true and lawful and/or legal.
3
4  (11) This lawful and/or legal and timely notice, and demand is prima facie evidence of sufficient Notice of Grace. The
5  terms and conditions of this presentment agreement are a quasi-contract under the Uniform Commercial Code and Fair
6  Debt Collections Act as contained herein. They are not limited to the waiver on your part of *any* and *all* immunities that
7  you may claim, should you in *any* way violate the undersigned or allow violation(s) by others. Your corporate
8  commercial act(s) against me or mine and your failures to act on behalf of me or mine are ultra vires and injurious by
9  willful and gross negligence.
10
11  (12) The liability is upon you, and/or your respondent superior, and upon others including any and all local, state,
12  regional, federal, multi-jurisdictional, international, and/or corporate agencies, and/or persons of the foregoing, involved
13  directly or indirectly with you via any nexus acting with you; and said liability shall be satisfied jointly and/or severally
14  at my discretion. You are sworn to your Oath of Office, and I accept your Oath of Office and your responsibility to
15  uphold the rights of me and mine at all times.
16
17
18  SECTION V - LAWFUL/LEGAL NOTICE AND DEMAND©™
19
20  **BILLING COSTS ASSESSED WITH LEVIES AND LIENS UPON VIOLATIONS SHALL BE:**
21
22  (13) Barratry: $50,000,000.00 /Fifty Million US Dollars, per occurrence, per officer, or agent involved.
23
24  (14) Unlawful Arrest, or Restraint, or Distraint, Trespassing/Trespass, without a lawful and/or legal correct and
25  complete 4th amendment warrant: $2,000,000.00 /Two Million US Dollars, per occurrence, per officer, or agent
26  involved.
27  Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Freedom of
28  Speech, Conspiracy, Aid and Abetting, Racketeering, and or Abuse of Authority as per [Title 18 U.S.C.A., ' 241
29  and ' 242], or definitions contained herein, encroachment: $2,000,000.00 /Two Million US Dollars, per occurrence, per
30  officer, or agent involved.
31  Assault or Assault and Battery without Weapon: $2,000,000.00 /Two Million US Dollars, per occurrence, per
32  officer, or agent involved.
33  Assault and Battery with Weapon: $3,000,000.00 (Three Million) US Dollars, per occurrence, per officer, or agent
34  involved.
35  Unfounded Accusations by officer of the court: $2,000,000.00 /Two Million US Dollars, per occurrence, per officer,
36  or agent involved.
37
38  (15) Denial and or Abuse of Due Process: $2,000,000.00 /Two Million US Dollars, per occurrence, per officer, or
39  agent involved.
40  Obstruction of Justice: $2,000,000.00 /Two Million US Dollars, per occurrence, per officer, or agent involved.
41  Unlawful Distraint, Interstate Distrain, or False Imprisonment: $5,000,000.00/Five Million US Dollars, per day,
42  per occurrence, per officer, or agent involved, plus 18% annual interest.
43  Reckless Endangerment, Failure to Identify and/or present credentials and/or Failure to Charge within 48 (Forty-
44  Eight) Hours after being detained: $2,000,000.00 /Two Million US Dollars per occurrence, per officer, or agent
45  involved.
46  Counterfeiting Statute Staple Security Instruments: $2,000,000.00/Two Million US Dollars per occurrence, per
47  officer, or agent involved.
48  Private Copyright/Copyclaim: Any Juristic Person or any agent of said Juristic Person, hereinafter jointly and
49  severally "User," consents and agrees that in any use of **"NATHAN ALIAH MCGUIRE"** other than authorized use as
50  set     forth     herein,     or     following     Nathan    Aliah    McGuire's     **NOTICE     BY     WRITTEN**
51  COMMUNICATION/LAWFUL/LEGAL NOTICE AND DEMAND©, constitutes User's indirect agreement or
52  consent or confession of judgment of unauthorized use of said signature of NATHAN ALIAH MCGUIRE, contractually
53  binds User, and signifies that User: grants Nathan Aliah McGuire, Creditor, Settlor, Surety, Private Banker and
54  Authorized Signatory, for "NATHAN ALIAH MCGUIRE©™", ARTIFICIAL ENTITY, U.S. CORPORATE VESSEL,
                                                                                              Page 4 of 29

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire, Creditor, Settlor, Surety, Private Banker and Authorized Signatory, for "NATHAN ALIAH MCGUIRE©™", ARTIFICIAL ENTITY, U.S. CORPORATE VESSEL, PRIVATE CITIZEN, TRUST, and PRIVATE BANKING ENTITY.                            ©

By: _____ Creditor, Settlor, Surety,
Private Banker and Authorized Signatory, for "NATHAN ALIAH MCGUIRE©™", ARTIFICIAL ENTITY, U.S. CORPORATE VESSEL, PRIVATE CITIZEN, TRUST, and PRIVATE BANKING ENTITY,

Compiled: 7-5-15

Registration No. RA 579 696 575 US ▬▬▬▬▬▬ AM'

1    PRIVATE CITIZEN, TRUST, and PRIVATE BANKING ENTITY a security interest in, and a distress warrant or lien
2    against User's property and interest in property in the sum certain amount of $1,000,000.00/One Million U.S. dollars
3    per each copyright/copyclaim of signature of NATHAN ALIAH MCGUIRE used, per each occurrence of use, per
4    user, per issuer, per day of such use, plus triple damages, plus costs for each such use, from the date of the
5    reception    of    the    **CERTIFICATE    OF    DOCUMENT    EXISTENCE**    for    **AFFIDAVIT    OF
6    COPYRIGHT/COPYCLAIM, AFFIDAVIT OF AUTOGRAPH,** and **LAWFUL/LEGAL NOTICE AND
7    DEMAND**, as well as for each or every use of any derivatives or variations in the spelling of the signature of
8    "NATHAN ALIAH MCGUIRE", or any variation thereof, or any derivative (including forgery) of said signature(s), or
9    autograph of Nathan Aliah McGuire, up to the sum of $300,000,000,000.00/Three Hundred Billion United States
10    silver dollars of .999 pure silver, or fiat money at par value, for the payment of Unauthorized Use and/or
11    Counterfeiting the signature of "NATHAN ALIAH MCGUIRE", and/or any part thereof whether hand-written,
12    typed, copied, electronic mail (e-mail), photographed including unauthorized viewing and sharing of the information
13    contained or any variations herein:
14
15    (16) Unlawful Detention, or Incarceration: $2,000,000.00 (Two Million) US Dollars per day, per occurrence, per
16    officer, or agent involved.
17    Incarceration for Civil or Criminal Contempt of court without lawful and/or legal, documented in law, and valid
18    reason: $2,000,000.00 /Two Million US Dollars per day, per occurrence, per officer, or agent involved.
19    Disrespect by a Judge or Officer of the Court: $2,000,000.00 /Two Million US Dollars per occurrence, per officer, or
20    agent involved.
21    Threat, Coercion, Deception, or Attempted Deception by any officer of the court: $2,000,000.00 /Two Million US
22    Dollars per occurrence, per officer, or agent involved.
23    Unnecessary Restraint: $2,000,000.00 /Two Million US Dollars, per occurrence, per officer, or agent involved.
24    Refusal of Lawful Bailment as Provided by The aforementioned Constitution and/or Honorable "Bill of Rights":
25    $2,000,000.00 /Two Million US Dollars per day of confinement, to be prorated by the hour as per [Trafficant vs.
26    Florida], per occurrence, per officer, per agent involved.
27    Coercing or Attempted Coercing the Real to take responsibility for the Corporate Legal Fiction against the Private
28    Man/Woman's Will: $2,000,000.00 Two Million US Dollars per occurrence, per officer, or agent involved.
29    The Placing of an Unlawful or Improper Lien, Levy, Impoundments, or Garnishment against any funds, bank
30    accounts, savings, accounts, retirement funds, investment funds, social security funds, intellectual property, or any other
31    property belonging to the by any agency as aforementioned herein: $2,000,000.00 /Two Million US Dollars per
32    occurrence, and $100,000.00 (One Hundred Thousand) US Dollars per day penalty until lien(s), levy(s),
33    impoundment(s), and/or garnishment(s) are ended and all funds reimbursed, and all property returned in the same
34    condition as it was when taken, with 18 % annual interest and Nathan Aliah McGuire's, claimed value of property.
35    Destruction, deprivation, concealment, defacing, alteration, or theft, of property, including buildings, structures,
36    equipment, furniture, fixtures, and supplies belonging to the will incur a penalty of total new replacement costs of
37    property, as indicated by owner and Nathan Aliah McGuire, including but not limited to purchase price and labor costs
38    for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and
39    fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office
40    equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the
41    same type, like, kind, and/or quality, and quantity as affected items. The list and description of affected property will be
42    provided by the owner and Nathan Aliah McGuire and will be accepted as complete, accurate, and uncontestable by the
43    agency, or representative thereof that caused such action. In addition to the aforementioned cost, there will be a
44    $200,000.00 (Two Hundred Thousand) US Dollars per day penalty until property is restored in full, beginning on the
45    first day after the incident, as provided by this contract.
46    Rights Held Back from any Government:   For peace and safety of all Corporate officers, etc., as well myself I have
47    identified all my guaranteed, absolute properties ("Life, Liberty, and Pursuit of Happiness", "Economic Liberties and
48    transactions" "Private International Law"), these being restrained from the same, until such time as the present Corporate
49    Government can make the necessary changes to its structure to insure the same. These identifications, presentment(s),
50    will list the International Record (Serial) Number (Great Seal No.) (Social Security) (Drivers License), as has been
51    recognized, received, recorded, and issued by the Corporate Government. This Number is the International recording
52    /registration, National authentication, State certification of a Public Document of the United States, as well as
53    identification of all guaranteed, absolute properties, whether Private or Public, are and have been in Lawful possession of

Page 5 of 29

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire, Creditor, Settler, Surety, Private Banker and Authorized Signatory, for "NATHAN ALIAH MCGUIRE", ARTIFICIAL ENTITY, U.S. CORPORATE VESSEL, PRIVATE CITIZEN, TRUST, and PRIVATE BANKING ENTITY,

By: _____  _____ _ Creditor, Settler, Surety,
Private Banker and Authorized Signatory, for "NATHAN ALIAH MCGUIRE", ARTIFICIAL ENTITY, U.S. CORPORATE VESSEL, PRIVATE CITIZEN, TRUST, and PRIVATE BANKING ENTITY.

Compiled: 7-5-15

Registration No. RA 579 696 575 US                                        AM⁰

1   me:myself. Any confiscation or seizure of any kind of any of the guaranteed, absolute Private and Public
2   properties by any of the Corporate Officers, etc. will result in damages of $10,000,000.00/Ten Million United
3   States Dollars payable in .999 pure silver, or fiat money, and or seizure of government property, to be multiplied
4   by not only the damaging party(s), but all those in concert and any causes of action. I am judge in my own affairs
5   and rights, given to none other.
6
7   Violations Not Listed In The Above Billing Costs: Unless otherwise stipulated within this LAWFUL/LEGAL
8   NOTICE AND DEMAND, a $2,000,000.00/Two Million US Dollars, per occurrence, per officer, or agent involved will
9   be accessed for all other violations listed within this LAWFUL/LEGAL NOTICE AND DEMAND that are not
10  mentioned above.
11
12  SECTION VI - LAWFUL/LEGAL NOTICE AND DEMAND⁰
13
14                                   CAVEAT
15
16  (17) The aforementioned charges are billing costs deriving from, but not limited to, Uniform Commercial Code(s) and
17  Fair Debt Collection Act and this contract. They shall be assessed against persons, government bodies, and corporate
18  entities supra, or *any* combination(s) therein by collectively and individually ignoring my natural and/or civil rights as a
19  Free Born inhabitant on the North American Continent. The aforementioned Honorable "Bill of Rights" and/or
20  Constitution establishes jurisdiction for you in your normal course of business. All violations against me, the
21  undersigned, will be assessed per occurrence, per officer, representative or agent, of any agency that is involved in any
22  unlawful action against me, each individually.
23
24  (18) By your actions, you shall lack recourse for all claims of immunity in *any* forum. Your officers' knowing consent
25  and admission of perpetrating known act(s) by your continued enterprise is a violation of my rights. This Statute Staple
26  Securities Instrument protects my Federal Article III court remedies including but not limited to [Title 42 U.S.C.A.
27  Title 18 U.S.C.A. and Title 28 U.S.C.A], exhausting all state maritime article I administrative jurisdiction(s), and [Title
28  18 U.S.C.§ 242].
29
30                          IGNORANCE OF THE LAW IS NO EXCUSE!
31
32  (19) I, One Nathan Aliah McGuire, Creditor, Settlor, Surety, Private Banker and Authorized Signatory, for "NATHAN
33  ALIAH.MCGUIRE©™", ARTIFICIAL ENTITY, U.S. CORPORATE VESSEL; PRIVATE CITIZEN, TRUST, and
34  PRIVATE BANKING ENTITY, am the principal, and you are the agent! Fail not to adhere to your oath, lest you be
35  called to answer before one The Source of Eternal First Creation :Yunasia: of the Sacred House of ONE and one
36  Supreme Court Exclusive Original Jurisdiction, which is the court of first and last resort, not excluding my "Good Faith
37  Oxford Indoctrination" by my conclusive honorable "Bill of Rights."
38
39  (20) This Statute Staple Securities Instrument is not set forth to threaten, delay, hinder, harass, or obstruct, but to
40  protect guaranteed Rights and Protections assuring that at no time my Unalienable Rights are *ever* waived or taken from
41  the undersigned against my will by threats, duress, coercion, fraud, or without my express written consent or waiver.
42  None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone. The
43  statements contained herein are to notice any persons, whether real or corporate, of their potential, personal, civil and
44  criminal liability if and when they violate my Unalienable Rights as protected by the original Constitution of (1776)
45  adopted circa (1787) and/or "Bill of Rights." A bona fide duplicate of this paperwork is safely archived with those who
46  testify under oath that it is my standard policy to ALWAYS present this NOTICE to *any* public or private officer
47  attempting to violate me and my rights. It is noted on the record that by implication of said presentment, this NOTICE
48  has been tendered by way of registered mail to COMMONWEALTH OF MASSACHUSETTS SECRETARY OF
49  STATE, WILLIAM FRANCIS GALVIN. This is prima facie evidence of your receipt and acceptance of this
50  presentment in both your personal and individual capacity jointly and severally for each and all governmental political
51  corporate bodies. Any other individuals who have been, are now being, or hereinafter, are involved in the instant
52  action(s) or any future action(s) against me shall only correspond while signing under penalty of perjury pursuant but not
53  limited to [Title 28 U.S.C.A. §1746]. This document is now on record with the COMMONWEALTH OF

Page 6 of 29

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire, Creditor, Settlor, Surety, Private Banker and Authorized Signatory, for "NATHAN ALIAH MCGUIRE©™", ARTIFICIAL ENTITY, U.S. CORPORATE VESSEL, PRIVATE CITIZEN, TRUST and PRIVATE BANKING ENTITY.                                            ©

By: _____, Creditor, Settlor, Surety,
Private Banker and Authorized Signatory, for "NATHAN ALIAH MCGUIRE©™", ARTIFICIAL ENTITY, U.S. CORPORATE VESSEL, PRIVATE CITIZEN, TRUST, and PRIVATE BANKING ENTITY.

Compiled: 7-5-15

Registration No. RA 579 696 575 US                                          AM°

1   MASSACHUSETTS SECRETARY OF STATE, in THE CITY OF BOSTON, COUNTY OF SUFFOLK,
2   MASSACHUSETTS.
3
4
5   SECTION VII - LAWFUL/LEGAL NOTICE AND DEMAND[U]
6
7                              SUMMATION
8
9   (21) Should you move against me in defiance of this presentment, there is no immunity from prosecution available to
10  you, or *any* of your fellow (public) officers, who participate in *any* action(s) or *any* officials of government, judge,
11  magistrate, district attorney, clerk or *any* other person who becomes involved in the instant action(s) or *any* future
12  action(s) by way of aiding and abetting. Take due heed and govern yourself accordingly. Any or all documents tendered
13  upon the undersigned party lacking bona-fide ink signatures or dates per [title 18 U.S.C.A. § 513-514] are counterfeit
14  security instrument(s), causing you to be liable in your corporate and individual capacity(s) by fraudulent conveyance
15  now and forevermore. If and when you cause any injury and/or damages to Nathan McGuire, by violating any of the
16  rights, civil rights, privileges, or any terms herein, you agree to willingly, with no reservation of rights and defenses, at
17  the written request of Nathan McGuire, surrender, including, but not limited to, any and all bonds; public, and/or
18  corporate insurance policies; CAFRA funds as needed to satisfy any and all claims as filed against Nathan McGuire,
19  This applies to any and all agents, or representatives, severally and individually, of the UNITED STATES or any of the
20  Subdivisions thereof, as described herein.
21
22                    NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND
23                    NOTICE TO PRINCIPAL IS NOTICE TO AGENT
24
25  (22) This document cannot be retracted by *any* employee, agent, representative, or officer of the court or any individuals
26  excluding Nathan Aliah McGuire, Creditor, Settlor, Surety, Private Banker and Authorized Signatory, for "NATHAN
27  ALIAH MCGUIRE©™", ARTIFICIAL ENTITY, U.S. CORPORATE VESSEL, PRIVATE CITIZEN, TRUST, and
28  PRIVATE BANKING ENTITY, on this "Recorded Document" for one hundred years from date witnessed on this
29  lawfully and/or legally binding Statute Staple Security Instrument. Attention:  All Agents, Representatives, or
30  Officers, or such as, of the UNITED STATES or its subdivisions including local, state, federal, and/or international or
31  multinational governments, corporations, agencies, and the like:  You have Thirty (30) calendar days to rebut any
32  portion or all of this document; or you stand in total agreement. Non-response is agreement. Partial response is
33  agreement. Rebuttal must be in written form with verified, certified documentation in law, with copies of said law
34  enclosed. Notice to Agent is Notice to Principal. Ignorance of the law is no excuse.
35
36
37  SECTION VIII- LAWFUL/LEGAL NOTICE AND DEMAND[©]
38
39  (23) Albeit all other corporations not limited to: telephone companies, cable companies, utility companies, contractors,
40  builders, maintenance personnel, investors, journeymen, inspectors, law enforcement officers, officers of the court,
41  manufacturers, wholesalers retailers, and all others, including all persons, are bound by all paragraphs, terms, and
42  conditions herein regardless of nature of limited liability corporation(s) or affiliations as "DBA's," "AKA's,"
43  incorporations, or any types of businesses in commerce as deeded by this securities agreement and decree.
44
45  (24) YOU ARE FINALLY NOTICED having been given knowledge of the law and your personal financial liability in
46  event of *any* violations of my rights and/or being.  This Statute Staple Securities Instrument now in your hand
47  constitutes timely and sufficient warning by good faith notice and grace. Addendums shall follow.
48
49  (25) Dated this  5th day of  July, in the year of our Lord, 2015.  The aforementioned artifacts are presented under the
50  Good Faith Oxford Doctrine being of Honor.  I accept the Oath of Office of all officers of the Court, including but not
51  limited to the clerk of court, all judges and attorneys from all jurisdictions, all law enforcement officers, local, state,
52  federal, international and all agents of the UNITED STATES or any subdivisions thereof.
53

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by
Nathan Aliah McGuire, Creditor, Settlor, Surety, Private Banker and Authorized Signatory, for "NATHAN ALIAH MCGUIRE©™", ARTIFICIAL
ENTITY, U.S. CORPORATE VESSEL, PRIVATE CITIZEN, TRUST, and PRIVATE BANKING ENTITY.

                    By: _____ Creditor, Settlor, Surety,
Private Banker and Authorized Signatory, for "NATHAN ALIAH MCGUIRE©™", ARTIFICIAL ENTITY, U.S. CORPORATE VESSEL, PRIVATE
CITIZEN, TRUST, and PRIVATE BANKING ENTITY.

                    Compiled: 7-5-15

Registration No. RA 579 696 575 US

(26) Any agent, law enforcement officer, employee, contractor, representative, or the like of the "UNITED STATES" or any of its subsidiaries or sub-corporations, MAY NOT ENTER ANY PROPERTY AT WHICH I AM LOCATED, LEASE, OWN, or CONTROL, AT ANY TIME, FOR ANY REASON, WITHOUT MY EXPRESS WRITTEN PERMISSION. Violation of this Notice will be considered criminal trespass and will be subject to a $2,000,000.00 (Two Million lawful and/or legal US Silver dollar penalty plus damages, per violation, per violator.'

SECTION IX - LAWFUL/LEGAL NOTICE AND DEMAND⁰

NOTICE TO:
COUNTY OF SUFFOLK CLERK COMMONWEALTH OF MASSACHUSETTS AND
SURROUNDING COUNTIES CLERKS

(27) Pursuant to [Title 18 U.S.C.A. § 2076] in applicable part, "Whoever, being a clerk (or supervisor) or employee of "UNITED STATES" charged with the duty of receiving securities or holding in trust securities on behalf of any person or makes a false report shall be fined $5,000 or imprisoned ten years or both," as synonymous with correlating COMMONWEALTH OF MASSACHUSETTS compiled laws, COMMONWEALTH OF MASSACHUSETTS and federal civil procedure laws, COMMONWEALTH OF MASSACHUSETTS rules of court, and all other COMMONWEALTH OF MASSACHUSETTS codes and uniform commercial codes separate from [Title 18 U.S.C.A. § 2076]. Also [Title 18 U.S.C.A. § 2071] (a) concealment by supervisors, secretaries, or clerk(s) verifies in part: "Whoever willfully and unlawfully conceals or attempts to do so" from any individual "shall be fined or imprisoned three years or both period." Simply Stated: All "county recorder clerks" are liable for non-compliance to the text herein under due process and obstruction of justice as described herein. After three (3) days of non-response you agree to accept full commercial liability for all damages incurred to Nathan Aliah McGuire⁶. This agreement is valid at 12:00 noon on the day that it is recorded at the county recorder's office or by notary protest (whichever comes first), unless and until rebutted as indicated herein, within Thirty (30) calendar days. After Thirty (30) calendar days this contract stands as true and lawful and/or legal.

SECTION X - LAWFUL/LEGAL NOTICE AND DEMAND⁰

(28) Finally, Any and all lending institutions, brokerage firms, credit unions, depository institutions and insurance agencies, credit bureaus and their officers, agents, and employees therein now having been given knowledge of the law as per your own personal financial liability in event of any violations upon Nathan Aliah McGuire's⁶ rights and/or being, this Statute Staple Securities Instrument constitutes timely and sufficient warning by Good Faith Notice of your liability regardless of your political affirmations. All penalties contained herein will be subject to a penalty increase of $1,000,000.00 (one million dollars) per day, plus interest, while there is any unpaid balance for the first seven (7) days after NOTICE OF DEFAULT AND ASSENT BY NON-RESPONSE. This penalty will increase by 10% per each day until balance is paid in full, plus 18% annual interest, beginning on the eight (8ᵗʰ) day after NOTICE OF DEFAULT AND ASSENT BY NON-RESPONSE. All penalties in this document are assessed in lawful and/or legal money and are to be paid in one troy ounce US Silver Dollars that are .999 pure silver or equivalent par value in legal tender or fiat paper money. Par value will be determined by the value established by a one troy ounce .999 pure silver coin at the US MINT, or by law, whichever is highest value at the time of the incident. Any dispute over the par value will be decided by Nathan Aliah McGuire or his designee. All definitions in Attachment "B" are included as a part of this contract and will be applied as written herein. Any dispute of any definition will be the decision of Nathan Aliah McGuire. UCC-1 Financial Statement shall follow with articles and attachments as set forth thereon. There is no contradiction of terms as written within confines of this title pursuant to the "Constitution for the United States." If any contradiction is found, the meaning will be determined by Nathan Aliah McGuire.

SECTION XI - LAWFUL/LEGAL NOTICE AND DEMAND⁶

All property belonging to the Debtor, "NATHAN ALIAH MCGUIRE⁶ᵀᴹ," as listed and described on the enclosed LAWFUL/LEGAL NOTICE AND DEMAND™ ATTACHMENT "C" - COMMERCIAL SECURITY AGREEMENT recognizes the security interests in said property belongs to Nathan Aliah McGuire, Creditor.

Page 8 of 29

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE/:

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire, Creditor, Settlor, Surety, Private Banker and Authorized Signatory, for "NATHAN ALIAH MCGUIRE⁶ᵀᴹ", ARTIFICIAL ENTITY, US CORPORATE VESSEL, PRIVATE CITIZEN, TRUST, and PRIVATE BANKING ENTITY.

By: _____ , Creditor, Settlor, Surety,
Private Banker and Authorized Signatory, for "NATHAN ALIAH MCGUIRE⁶ᵀᴹ," ARTIFICIAL ENTITY, U.S. CORPORATE VESSEL, PRIVATE CITIZEN, TRUST, and PRIVATE BANKING ENTITY.

Compiled: 7-5-15

Registration No. RA 579 696 575 US                                          AM·

1   Settlor, Surety, Private Banker and Authorized Signatory, for "NATHAN ALIAH MCGUIRE©™," ARTIFICIAL
2   ENTITY, U.S. CORPORATE VESSEL, PRIVATE CITIZEN, TRUST, and PRIVATE BANKING ENTITY.
3
4   (29) ATTACHED HEREIN TO THIS LAWFUL/LEGAL NOTICE AND DEMAND©™ TESTIFIES THAT Nathan
5   Aliah McGuire, IS A Creditor, Settlor, Surety, Private Banker and Authorized Signatory, for "NATHAN ALIAH
6   MCGUIRE©™," ARTIFICIAL ENTITY, U.S. CORPORATE VESSEL, PRIVATE CITIZEN, TRUST, and PRIVATE
7   BANKING ENTITY:
8
9   I, the undersigned witness, affirm and do hereby swear or affirm that it is the policy of Nathan Aliah McGuire, to present this
10  "LAWFUL/LEGAL NOTICE AND DEMAND©™," to all law enforcement officers, agents, or representatives of the
11  "UNITED STATES" anytime that he has any interaction with them.  On this 5th day of July, 2015 AD before me, the
12  undersigned witness, appeared Nathan Aliah McGuire, known to me or proved to me on the basis of satisfactory evidence to
13  be the man whose name is subscribed on this Statute Staple Securities Instrument. Witness our hand and signature with or
14  by private registered/certified mail now and forever more; drafted by the above Nathan Aliah McGuire, Creditor, Settlor,
15  Surety, Private Banker and Authorized Signatory, for "NATHAN ALIAH MCGUIRE©™," ARTIFICIAL ENTITY, U.S.
16  CORPORATE VESSEL, PRIVATE CITIZEN, TRUST, and PRIVATE BANKING ENTITY, with attached property
17  description.
18
...
21  By:_____   Date 7/5/15
22  Nathan Aliah McGuire, Creditor, Settlor, Surety, Private Banker
23  and Authorized Signatory, for "NATHAN ALIAH MCGUIRE,"
24  ARTIFICIAL ENTITY, U.S. CORPORATE VESSEL, PRIVATE
25  CITIZEN, TRUST, and PRIVATE BANKING ENTITY.
...
28  Betty McGuire      Character Witness      Character Witness
...
36  ATTACHMENTS:
37              ATTACHMENT "A" - INDEMNITY BOND
38              ATTACHMENT "B" - DEFINITIONS
39              ATTACHMENT "C" - COMMERCIAL SECURITY AGREEMENT

Page 9 of 29

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE
Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by
Nathan Aliah McGuire, Creditor, Settlor, Surety, Private Banker and Authorized Signatory, for "NATHAN ALIAH MCGUIRE©™," ARTIFICIAL
ENTITY, U.S. CORPORATE VESSEL, PRIVATE CITIZEN, TRUST, and PRIVATE BANKING ENTITY. ©
By:_____ Creditor, Settlor, Surety,
Private Banker and Authorized Signatory, for "NATHAN ALIAH MCGUIRE©™," ARTIFICIAL ENTITY, U.S. CORPORATE VESSEL, PRIVATE
CITIZEN, TRUST, and PRIVATE BANKING ENTITY.
Compiled: 7-5-15

# Exhibit B





RA 579 696 592 US

~AOCC-04051977NAM~

RA  579  696  592  US

Label 200, July 1999          [102505] 99-M-1304

# AFFIDAVIT OF COPYRIGHT/COPYCLAIM©

*A Security (15 USC) A USSEC Tracer Flag Not a Point of Law*

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
Applicable to all Successors and Assigns/Assignees

In the matters of commerce, all commerce operates in truth. Demand for truth is made of all parties for full disclosure.

Verified Claim in the Nature of an Affidavit for Truth in Commerce and Contract Presented by me, addressee, **:nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire**©™, a manifest Energetic Essence of the One Supreme Divine Spirit, The Holy Order of the **:Yunasia:** under The Universal Sacred House Of One Jurisdiction of the Eternal Unified Field of Infinite Energy Potential and International Private Contracts.

## DISCLAIMER

THE QUOTATIONS OF THE PRIVATELY COPYRIGHTED STATUTORY LEGISLATIVELY CREATED CASE LAWS AND STATE AND FEDERAL STATUTES AND CODES ARE REFERENCED WITHOUT INTENT TO CREATE A "USE", VIOLATE ANY PRIVATE COPYRIGHT, OR GIVE LEGAL ADVICE TO ANYONE, AND STANDS SO UNLESS LAWFULLY PROTESTED BY ANY CONCERNED PARTY(IES). ANY LISTING OF CASE SITES, FEDERAL OR STATE STATUTES OR CODES IN THIS DOCUMENT ARE FOR YOUR REFERENCE ONLY, AND SHOULD NOT BE CONSTRUED AS SUBMISSION BY **:nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire** ©, TO ANY JURISDICTION OTHER THAN THAT OF THE ETERNAL UNIFIED FIELD OF INFINITE ENERGY POTENTIAL. I **:Nathan-Aliah: McGuire,** ©™ AM NOT A LAWYER/ATTORNEY AT LAW OR PROFESS TO BE SUCH.

To: whom it may concern,

In the Matter of the fictions known as **"NATHAN ALIAH MCGUIRE"**, and all derivatives thereof, including but not limited to: **"NATHAN A. MCGUIRE"**, **"NATHAN MCGUIRE"**, **"MCGUIRE, NATHAN"**, **"MCGUIRE, NATHAN A."**

I, me, addressee **:nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire©**, an Essence of the Great Divine manifest as a Private Spiritual Living Soul, herein after the undersigned Private Man, natural born Private Spiritual Living Soul, the Posterity, born upon the land in the one of several counties within the one of the several States united of America, the undersigned Posterity, and Claimant, hereinafter "Private Spiritual Living Soul," do hereby solemnly claim, say, and state:

1.   I, me, the Private Spiritual Living Soul is competent to state the matters set forth herewith.
2.   I, me, the Private Spiritual Living Soul has personal knowledge of the facts stated herein.
3.   All the facts stated herein are true, correct, complete, and certain, admissible as evidence, and if testifying I, me, the Private Spiritual Living Soul shall so state.

### Plain Statement of Facts

A matter must be expressed to be resolved.
In commerce truth is supreme.
Truth is expressed in the form of an Affidavit.
An unrebutted Affidavit stands as Truth in commerce.
An unrebutted Affidavit becomes the judgment in commerce.
An Affidavit for Truth, under commercial law, can only be satisfied: by a rebuttal Affidavit for truth, by payment, by agreement, by resolution, by a jury according to the rules of Common Law.

I, me, **:nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire©** Private Spiritual Living Soul, am expressing truth by this Verified Claim in the Nature of an Affidavit for Truth in Commerce and Contract Presented by me, addressee, **:nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire©**, private spiritual living soul, under the Universal Law of One Jurisdiction of the Eternal Unified Field of Infinite Energy Potential and United States Contracts, the Constitutions.

WHEREAS, the public record is the highest form of evidence, I, me, **:nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire©**, am hereby timely creating public record by this Verified Claim in the Nature of an Affidavit for Truth in Commerce and Contract Presented by me, addressee, **:nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire©**, Private Spiritual Living Soul, under the Universal Law of One Jurisdiction of the Eternal Field of Infinite Energy Potential and united States of America via Private Law Regarding Contracts, and the Constitutions.

COPYRIGHT/COPYCLAIM NOTICE (CONTRACT)
No Consideration given, displeasure, sanctions, private party, possession in any, waiver of due discretion, contract, produced without consideration approved by means discoverable. USSEC Tracer Flag - Not A Point of Law

By: _____ © Grantor and Living Beneficiary
~AOCC-04051977NAM~     COPYRIGHT/COPYCLAIM DATE: 07-05-13  FILE #: RA 579 696 592 US
**THIS DOCUMENT IS PREPARED BY: nathan aliah mcguire**

**1. Fact:** The person known as **"NATHAN ALIAH MCGUIRE"** (and all derivatives thereof) is a fiction (hereinafter Fiction) without form or substance, and any resemblance to any natural born body living or dead is entirely intentional in commercial fraud by acts of Genocide of me, the Spirit Essence manifest and embodied in the flesh; physical form, by the alleged Government officials and Agents of the Commercial Corporation and Commercial Courts for the purpose of disfranchising my Life, Liberty, Property, and Pursuit of Happiness for their self enrichment using their State Rule [Massachusetts Rules of Civil Procedure Rule 52], outside the authority of law and our Courts of original jurisdiction.

**2. Fact:** I, me, :nathan-aliah: mcguire/.Nathan-Aliah: McGuire/nathan aliah mcguire©, manifest Essence of the Great Divine Spirit of Creation and Existence, The Original Private Spiritual Living Soul, the private lawful freeborn solvent private man upon the free soil of ~massachusetts state, whose original given name is, nathan aliah mcguire, born on April fifth, nineteen hundred and seventy seven Anno Domini by Mother, betty lou mcguire and Fathered by, john david mcguire have placed a Copyright/Copyclaim Trademark/Tradename on any and all expressed derivatives and variations of me including any associated names, not excluding my given name nathan aliah mcguire, that is associated with the Birth Certificate registered in the county of suffolk, identified with Social Security No. ▮▮▮▮▮▮ Record of Birth Number: 2550  including but not limited to :nathan-aliah: mcguire/.Nathan-Aliah: McGuire/nathan aliah mcguire©™ Upon default of NATHAN ALIAH MCGUIRE , via a Third Party Default Process, NATHAN ALIAH MCGUIRE ESTATE TRUST, on the behalf of :nathan-aliah: mcguire/.Nathan-Aliah: McGuire/nathan aliah mcguire©/Nathan Aliah McGuire, claims control of any and all pre-existing copyright on the name of NATHAN ALIAH MCGUIRE identified with SS# ▮▮▮▮▮▮, via perfected security interest. A derivative is that which comes from the original. Variations are changes in the original or in the derivative(s), such as its spelling.

**3. Fact:** :nathan-aliah: mcguire/.Nathan-Aliah: McGuire/nathan aliah mcguire©, reserves the nature and character of my exact and proper designation as:

### :nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire©

which shall be spelled, written, formatted, printed, engraved and inscribed now and in perpetuity in all media exactly and precisely as just above-written with a first and second given name separated from, and joined to, a family name by a mark of punctuation or the words "of the family"; with the first letter of each given and family name being capitalized and all other letters being written in lower case fully in accord with the Rules of English Grammar or the first letter of each given and family name being lowercase and all other letters being written in lower case with or without marks of punctuation, as precisely written above.

**4. Fact:** My signature is my perfected security and is in my possession. The certificate of Affidavit of Copyright Document Existence, Authority, Creator and Document Title Holder is the official notice of record that this Affidavit of Copyright exists being my recorded copyright/copyclaim, Trademark/tradename by this claim, for 100 (One Hundred) years is the private property of me, :nathan-aliah: mcguire/.Nathan-Aliah: McGuire/nathan aliah mcguire©, successors and/or assignees for the protection of my Estate, my Posterity, my Beneficiaries, my Life, and Liberty etc.

**5. Fact:** Use of my private/personal signature on any document, or associated in any manner including but not limited to: email, voicemail, phone calls, written correspondence, postal mail, facsimile (fax) or photocopy or any form of duplication, with my Estate or me, the holder in due course, without my written prior consent is strictly forbidden and chargeable to each user and issuer in the amount of the sum certain of $1000.00 (One Thousand) dollars of silver specie in lawful coinage of the United States per user and per issuer per Fiction.

**6. Fact:** Use of my private/personal Signature and/or Autograph for the intent of gains for themselves, the issuers or users, or for others of any of my Rights, my private property or any part of my Estate without full disclosure and my written prior consent is strictly forbidden and chargeable to each of the users and issuers in the amount of the sum certain of one million U.S. dollars/$1,000,000.00 per each copyright/copyclaim, trade-name/trade-mark used, per each occurrence of use, per user, per issuer, plus triple damages, from the date of the reception of this notice, as well as for each or every use of any derivatives or variations in the spelling of the autograph of :nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire© at par value per my private/personal Signature and/or Autograph including any past, present or future use, as well as for each or every use of any derivatives or variations in the spelling of the signature of **"NATHAN ALIAH MCGUIRE"©™**, or any variation thereof, or any derivative (including forgery) of said signature(s), or autograph of **Nathan Aliah McGuire** up to the sum of **$300,000,000,000.00 (Three Hundred Billion) United States silver dollars of .999 pure silver, or fiat money at par value, at par value per use including any past, present or future use,** for the payment of Unauthorized Use and/or **Counterfeiting/Forgery** of the signature of **"NATHAN ALIAH MCGUIRE"**, or the autograph of **:nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire©** and/or any part thereof whether hand-written, typed, copied, electronic mail (e-mail), photographed including unauthorized viewing and sharing of the herein listed copyright/copyclaim property or any variations herein; (1) authenticates a Lawful Notice and Demand©™ or Commercial Security Agreement©™ wherein User is Debtor, and **:nathan-aliah: mcguire©/**NATHAN ALIAH MCGUIRE ESTATE TRUST©™, Title Holder, and User pledges any of User's property or interest in property as collateral for securing User's contractual obligation; (2) authenticates a UCC Financing Statement wherein User is Debtor, and **:nathan-aliah: mcguire©/** NATHAN ALIAH MCGUIRE ESTATE TRUST © is Title Holder; (3) consents and agrees that said Financing Statement is a continuing financing statement authorizing the Secured Party's filing of any continuation statement necessary for maintaining Authorized Secured Party's attached and perfected security

COPYRIGHT/COPYCLAIM UNDER REGISTRATION

Any unauthorized copying, duplicating, screening, private or public presentation in any form of this document, is strictly prohibited without express written approval by nathan aliah mcguire, ESTATE/TRUST©   A security IS USE, A US S.E.C. Tracer Flag – Not A Point of Law

By: _____ © Grantor and Living Benificary
~AOCC-04051977NAM©   COPYRIGHT/COPYCLAIM DATE: 07-05-15  FILE #: RA 579 696 592 US
***THIS DOCUMENT IS PREPARED BY: nathan aliah mcguire***

interest in any of User's property or rights in property pledged as collateral in the aforementioned Lawful Notice and Demand© or Commercial Security Agreement© until User's contractual obligation is fully satisfied; (4) authorizes the filing of the aforementioned UCC Financing Statement or Lawful Notice and Demand© or Commercial Security Agreement© in the UCC filing office by Authorized Secured Party; (5) consents and agrees that any such filings referenced in item "(4)" above are not, or may not be considered, bogus and that User waives any claim(s) in any such filings; and (6) waives any defenses. Further, User also consents and agrees in any Payment Terms, Default Terms, and Terms for Curing Default, and Terms of Strict Foreclosure as set forth with particularity in this **AFFIDAVIT OF COPYRIGHT/COPYCLAIM, ~AOCC-04051977NAM©, Registration No. RA 579 696 592 US; AFFIDAVIT OF AUTOGRAPH No. ~AOA-04051977NAM©, Registration No. RA 579 696 589 LAWFUL/LEGAL NOTICE AND DEMAND© No. ~LND-04051977NAM©, Registration No. RA 579 696 575 US.**

7. **Fact:** Use of the Fiction on any document associated in any manner with my Estate or me, the holder in due course, without my written prior consent is all of the evidence required for enforcement of this agreement/contract and evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract under the condition and terms so stated and set forth herein and is due and payable under the terms and conditions set forth herein this agreement/contract.

**THE FOLLOWING ITEMS OF ACTUAL AND INTELLECTUAL PROPERTY ARE HEREBY COPYRIGHTED/COPYCLAIMED:**

A. All :nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire's© Private Documents including and not limited to: Lawful Notice and Demand No. ~LND-04051977NAM©; ~Affidavit of Autograph No. ~AOA-04051977NAM©; ~Affidavit of Copyright/Copyclaim No. ~ACCC-04051977NAM©; Affidavit of Tax-Exempt Foreign Status; Affidavit Regarding Resolution Revocation and Separation of Franchise Relationship; Declaration of Trust and Grantor Intent; Live Birth Claim of Life and Inheritance Certificate; All Appointment of Fiduciary©; All Negative Averments©; All Non-Negotiable Commercial Security Agreements©; All Copyright Packages©; All Affidavit of Political Status Packages©; All U.S. Department of the Treasury Packages©; All Bond Packages©; All UCC-Lien-Trust-Packages© All 1099 Packages©; All Presentment/Debt Packages©; All Debt Recovery Packages©; All Notarial Protest Packages©; All Lien Packages©; All Lawful Packages©; All Indictment/Incarceration Packages©. All collateral information supplied on UCC 1 and UCC 3's; **The Use of the above items in any manner with my Estate or me, the holder in due course, without my written prior consent is strictly forbidden and chargeable to each user, and issuer in the amount of the sum certain of $5000.00 (Five Thousand) dollars of silver specie in lawful coinage of the United States per user, per user and per issuer and a tort claim in favor of "NATHAN ALIAH MCGUIRE" by violator per occurrence, per use, per issue; per fiction;**

B. All documents originally created by :nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire's©, Nathan Aliah McGuire©, or NATHAN ALIAH MCGUIRE, including but not limited to all derivatives and variations of said document such as the following: Constructive Notice(s) In Form of Affidavit; Letter(s) of Credit/Constructive Notice(s) & Negative Averment; Administrative Notice(s) For Standard Form 28, 90 and 91; Constructive Notice(s) In Nature Of Trust Expression Affidavit(s); Termination and Re-Appointment Of Trustee By Affidavit(s); Treaty(s) Of Peace; Notice(s) And Declaration(s) Of Trustee; Termination(s) And Re-Appointment(s) Of Trustee; Notice(s) Of Debt; Affidavit(s) Regarding Deed Of Trust/Mortgage Deed and Promissory Note; Good Faith Statement(s) Of Account; Demand Notice(s) To Stop Illegal Foreclosure Sale; Verified Appointment(s) of Attorney; Revocation(s) Of Power Of Attorney; Notice(s) For Payment; Notice(s) Of Signature Copyright; Copyright Addendum(s); Copyright/Copyclaim Affidavit(s) Under Constructive Notice; Notice(s) Of Non-Abandonment; Notice(s) Of Corporate Expression And Right Of Claim; Notice(s) of Modification of Deed Of Trust; Notice(s) Of Qualified Written Request; Notices Of Felony; Lawful Notice(s) And Demand; Rescission(s) Of Signature; Notice(s) Of Correction For Fraud; Notice(s) To Cease And Desist; Notice(s) Fraud And Intent To Litigate; Affidavit(s) Of Information In Support Of A Criminal Complaint; Verified Felony Complaint(s); Criminal Complaint(s); Affidavit(s) Of Information In Report Of Criminal Felonies; Affidavit(s) In The Nature Of Supplemental Rules Regarding Copyright/Copyclaim Notice Of Infringement; Notice(s) Of Tort Claim; Notice(s) Of Full Disclosure As To Commercial Lien Process; Affidavit(s) In Support Of Tort Claim; Affidavit(s) Of Negative Averment; Notice(s) Of Fault And Opportunity To Cure; Notice(s) Of Default; Certificate(s) Of Non-Response; Affidavit(s) In Support Of Claim Lien; Affidavit(s) Of Obligation; Affidavit(s) Of Certificate Of Non-Response; Notice(s) Of Default And Entry For Notarial Process; Notice(s) Of Acceptance to Contract; Certificate of Document Existence, Authority, Creator And Document Title Holder; Invoices;

C. All photographs; All voice replications; All finger prints; All total/full body scans, All partial body scans; My Physical Body including any part of my physical body and stamping/recording of date of birth 04/05/1977 or any variation thereof, as it applies to "NATHAN ALIAH MCGUIRE", DEBTOR or :nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire's© **The Use of the above items in any manner with my Estate or me, the holder in due course, without my written prior consent is strictly forbidden and chargeable to each user, each fiction and issuer in the amount of the sum certain of $50,000.00 (Fifty Thousand) dollars of silver specie in lawful coinage of the United States or its equivalent in U.S. fiat currency per user, per fiction and per issuer and a tort claim in favor of "NATHAN ALIAH MCGUIRE"© by violator per occurrence, per use, per**

COPYRIGHT/COPYCLAIM UNDER REGISTRATION

Any unauthorized copying, duplicating, screening, private or public presentation in any form of this document, is strictly prohibited without express written approval by nathan aliah mcguire, ESTATE/TRUST© A security UCC1 US S.E.C. Tracer Flag - Not A Point of Law.

By: _____ ©, Grantor and Living Benificiary

~AOCC-04051977NAM©   COPYRIGHT/COPYCLAIM DATE: 07-05-15 FILE #: RA 579 696 592 US

**THIS DOCUMENT IS PREPARED BY: nathan allah mcguire**

**issue, per fiction;**

D. All Email Accounts, Websites & URL addresses; Domain Names;

E. All actual signatures of/for "NATHAN ALIAH MCGUIRE", NATHAN ALIAH MCGUIRE including but not limiting to any derivatives or variations of:

_[signature]_ © Date: 7/5/15 , including but not limiting to all derivatives or variations of the Private Copyright name: :nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire©™. **Unauthorized use of my private Signature for the intent of gains for themselves, the issuers or users, or for others of any of my Rights, my private property or any part of my Estate without full disclosure and my written prior consent is strictly forbidden and chargeable to each of the users and issuers in the amount of the sum certain of one million U.S. dollars/$1,000,000.00 per each copyright/copyclaim, trade-name/trade-mark used, per each occurrence of use, per user, per issuer, plus triple damages, from the date of the reception of this notice,** as well as for each or every use of any derivatives or variations in the spelling of the autograph of :nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire©™ **at par value per Fiction including any past, present or future use,** as well as for each or every use of any derivatives or variations in the spelling of the signature of **"NATHAN ALIAH MCGUIRE"** ©™, or any variation thereof, or any derivative (including forgery) of said signature(s)or of **Nathan Aliah McGuire**© up to the sum of **$300,000,000,000.00 (Three Hundred Billion) United States silver dollars of .999 pure silver, or fiat money at par value, at par value per use including any past, present or future use,** for the payment of Unauthorized Use and/or **Counterfeiting** the signature of **"NATHAN ALIAH MCGUIRE"** of :nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire© and/or any part thereof whether hand-written, typed, copied, electronic mail (e-mail), photographed including unauthorized viewing and sharing of the herein listed copyright/copyclaim property or any variations herein;

F. All autographs of the real private man :nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire©™, or any derivatives or variations of:

_[signature]_ © Date: 7/5/15 , including but not limiting to all derivatives or variations of the autograph(s) :nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire©™. **Unauthorized use of my private Autograph for the intent of gains for themselves, the issuers or users, or for others of any of my Rights, my private property or any part of my Estate without full disclosure and my written prior consent is strictly forbidden and chargeable to each of the users and issuers in the amount of the sum certain of one million U.S. dollars/$1,000,000.00 per each copyright/copyclaim, trade-name/trade-mark used, per each occurrence of use, per user, per issuer, plus triple damages, from the date of the reception of this notice,** as well as for each or every use of any derivatives or variations in the spelling of the autograph of :nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire© **at par value per Fiction including any past, present or future use,** as well as for each or every use of any derivatives or variations in the spelling of the private Autograph of :nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire©, or any variation thereof, or any derivative (including forgery) of said private Autograph(s), of :nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire© up to the sum of **$300,000,000,000.00 (Three Hundred Billion) United States silver dollars of .999 pure silver, or fiat money at par value, at par value per use including any past, present or future use,** for the payment of Unauthorized Use and/or **Counterfeiting** the private Autograph of :nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire and/or any part thereof whether hand-written, typed, copied, electronic mail (e-mail), photographed including unauthorized viewing and sharing of the herein listed copyright/copyclaim property or any variations herein;

G. **The Use of the above signature and/or autograph in any manner with my Estate or me, the holder in due course, without my written prior consent is strictly forbidden and chargeable to each user, each fiction and issuer in the amount of the sum certain of $5000.00 (Five Thousand) dollars of silver specie in lawful coinage of the United States per user, per fiction and per issuer and a tort claim in favor of "NATHAN ALIAH MCGUIRE" by violator per occurrence, per use, per issue, per fiction.**

**PLEASE TAKE SPECIAL NOTICE:**

a) I, me, :nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire©, the Private Spiritual Living Soul, am not an expert in the Law, however I do know right from wrong. If there is any living man or woman that is being unjustly damaged by any statements herein, if he/she will inform me by facts, I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceeding justly determined. If any living man or woman has information that will controvert and overcome this Claim, since this is a commercial matter, please advise me IN WRITING by DECLARATION /AFFIDAVIT FORM within 3 (Three) days from recording hereof,

COPYRIGHT/COPYCLAIM UNDER REGISTRATION

Any unauthorized copying, duplicating, screening, private or public presentation in any form of this document, is strictly prohibited without express written approval by nathan aliah mcguire. ESTATE/TRUST © A security UCC © U.S SEC Tracer Flag - Not A Point of Law.

~AOCC-04051977NAM© By: _[signature]_ © Grantor and Living Benificiary
COPYRIGHT/COPYCLAIM DATE: 07-05-15  FILE #: RA 579 696 592 US
**THIS DOCUMENT IS PREPARED BY: nathan aliah mcguire**

RA 579 696 592 US                                                          -AOCC-04051977NAM-

1         providing me with your counter Declaration/affidavit, proving with particularity by stating all requisite
2         actual evidentiary fact and all requisite actual law, and not merely the ultimate facts of conclusions of
3         law that this affidavit by Claim is substantially and materially false sufficiently to change materially my
4         or the fictions' status and factual claim. Your silence stands as consent to, and tacit approval of, the
5         factual claims here being established as fact as a matter of law and this affidavit by Claim will stand
6         as final judgment in this matter; and for the sum certain herein stated and will be in full force and
7         effect against all parties, due and payable and enforceable by contract law. The criminal penalties for
8         commercial fraud to be determined by jury, by law, the monetary value is set by me for violation of my
9         rights and for breach of the law of this contract, as outlined herein the Affidavit of Copyright/Copyright.

10    b)  Unauthorized User(s) agrees to waive all rights to raise a controversy or claim immunity from
11         collection proceedings, having declined the opportunity to rebut with valid evidence that such User
12         has not used the herein listed copyrighted/copyclaimed property of :nathan-aliah: mcguire/ Nathan-
13         Aliah: McGuire/nathan aliah mcguire©, or NATHAN ALIAH MCGUIRE.

14    c)  It will also be deemed that Unauthorized User(s) agrees and tacitly accepts by confession,
15         admission, knowledgeable consent, intent, and tacit procuration the truth and correctness of the
16         declarations made herein, in their entirety, as lawfully and legally binding on all parties as ultimate
17         facts, and that Unauthorized User(s) irrevocable agreement shall be fully binding in any court in the
18         UNITED STATES without future protest or objection by you or by any other representative(s) or agent
19         who represents your concern.

20
21    d)  Unauthorized User(s) and/or agents may not argue, controvert, or protest the finality of the
22         administrative findings to which Unauthorized User(s) has agreed. Any such argument or controversy
23         will constitute Unauthorized User(s)'s confession to Perjury, Enticement to Slavery and various
24         crimes against humanity. Unauthorized User(s) further agrees to actual cost for any herein mentioned
25         Copyright/Copyclaim infringement, including but not limited to compensatory and punitive damages,
26         via an *ex parte* application in the appropriate court for a public summary or declaratory judgment.

27          The Undersigned, I, me, :nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah
28         mcguire©, the Private Spiritual Living Soul, holder in due course of original copyright/copyclaim
29         property, do herewith claim, state and say that I, :nathan-aliah: mcguire/:Nathan-Aliah:
30         McGuire/nathan aliah mcguire©, Private Spiritual Living Soul, issue this with sincere intent in truth,
31         that I, :nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire©, Private Spiritual Living
32         Soul, the undersigned, am competent to state the matters set forth herein, that the contents are true,
33         correct, complete, and certain, admissible as evidence, and reasonable and just to the best of my
34         knowledge by me the undersigned addressee.

35

36  **Notice to the Agent is notice to the Principal and Notice to the Principal is notice to the Agent applies**
37  **to this notice. Notice to the county clerk for the county of Suffolk, Massachusetts and court of record**
38  **of original jurisdiction, is notice to all.**
39
40  DNA-BLOOD/SALIVA:    FINGERPRINT       By_____ © Date _____
41                             By me, addressee :nathan-aliah: mcguire/:Nathan-Aliah:
42                             McGuire/nathan aliah mcguire©, the Private Spiritual Living
43                             Soul, holder in due course. ALL RIGHTS AND POWERS
44                             RESERVED.
45
46                    3c  USA
47
48  Attached herein to this Affidavit of Copyright/Copyclaim©™ are the, Character Witness/Fingerprint/Seal and
49  DNA sample, representative of :nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire© and
50  testifies that :nathan-aliah: mcguire/:Nathan-Aliah: McGuire/nathan aliah mcguire© is a Neutral, Living, i.e.
51  Natural, Biological, And Private Spiritual Man:
52
53
54  _____
55  Betty McGuire        Character Witness
56
57
58  _____
59
60  Teresina McGuire       Character Witness
61
62
63
64
65
66

COPYRIGHT/COPYCLAIM UNDER CO-AUTHORSHIP

Any unauthorized copying, duplicating, releasing, private or public presentation, in any form of this document, in whole, prohibited without contribution or written approval by nathan aliah mcguire. 1873-73-1791-93        A security 115 USC) & US S.L.C. Tracer Flag – Not A Point of Law

-AOCC-04051977NAM-       By _____ © Grantor and Living Beneficiary
                    COPYRIGHT/COPYCLAIM DATE: 07-05-15   FILE #: RA 579 696 592 US
                    **THIS DOCUMENT IS PREPARED BY: nathan aliah mcguire**

RA 579 696 592 US                                                                 ~AOCC-04051977NAM°

NOTARY ACKNOWLEDGEMENT

COMMONWEALTH OF MASSACHUSETTS          )
                                       ) SS:   ACKNOWLEDGMENT
PLYMOUTH COUNTY                        )

On July 5, 2015, before me, Leon Brownell

personally appeared **Nathan McGuire**, who proved to me on the basis of satisfactory evidence a man woman or person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their autograph(s) affixed on the instrument the man and woman or person(s) known to me did appear in true character or the entity upon behalf of which the man or woman or person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the Commonwealth of Massachusetts that the foregoing paragraph is true and correct.

*NOTICE: Notary Public is **not** an attorney licensed to practice law and has not given legal advice or accepted fees for legal advice, provided no assistance in the preparation of the above referenced documents, and has **no interest** in any issue referenced therein. Notary is not a party to this action and is only acting in an authorized capacity as liaison to communications between the parties. Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.*

WITNESS my hand and official seal.

_Leon A. Brownell_
Notary Signature

_Leon A. Brownell_
Notary Printed Name

_July 9, 2015_
My Commission Expires                                        Seal:

COPYRIGHT/COPYCLAIM RETURN & REGISTRATION

Any unauthorized copying, duplicating, altering, printing or public presentation in any form of this document is usually prohibited without express notice approval by nathan aliah mcguire IN I A 51 CRO, SA        A security (15 USC) 4 US U.C. Tracer-Flag · Not A Point of Law

By: _nathan aliah mcguire_        ©   Grantor and Living Beneficiary
COPYRIGHT/COPYCLAIM DATE: 07-05-15  FILE #: RA 579 696 592 US
**THIS DOCUMENT IS PREPARED BY: nathan aliah mcguire**

-AOCC-04051977NAM°

# LEGAL *NOTICE*

**The Certifying Notary is an independent contractor and not a party to the claim.** In fact the Certifying Notary is a Federal Witness pursuant to: TITLE 18 , PART I , CHAPTER 73 , Sec. 1512. *Tampering with a witness, victim, or an informant.* **(b)** Whoever knowingly uses intimidation or physical force, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to - **(1)** influence, delay, or prevent the testimony of any person in an official proceeding; **(2)** cause or induce any person to - **(A)** withhold testimony, or withhold a record, document, or other object, from an official proceeding; **(B)** alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding; **(C)** evade legal process summoning that person to appear as a witness, or to produce a record, document, or other object, in an official proceeding; or **(D)** be absent from an official proceeding to which such person has been summoned by legal process; or **(3)** hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceedings; shall be fined under this title or imprisoned not more than ten years, or both. The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of The Executive Department.* Intimidating a Notary Public under color of law is a violation of **Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This statute makes it a crime for any person acting under the color of law to willfully deprive any individual residing in the United States those rights protected by the Constitution and U.S. laws. Other related federal statutes include Title 18, U.S. Code, Section 241, "Conspiracy Against Rights"; Title 18, U.S. Code, Section 1512, "Obstruction of Justice"; and Title 18, U.S. Code, Section 1001, "False Statements." Federal statutes generally restrict color of law investigations to official actions taken by police officers, federal agents, sheriff's deputies, correctional officers, and other public safety officials. However, off-duty officers who assert their official status also may face prosecution. In rare cases, the actions of security guards, private citizens, judges, defense attorneys, and prosecutors who willfully participate with federal, state, or local law enforcement officials in the commission of color of law violations fall within the purview of the federal statutes.**

*Postal Inspectors are federal law enforcement officers with investigative jurisdiction in all criminal matters involving the integrity of the mail and the security of the U.S. Postal Service Criminal Investigations Service Center, 222 South Riverside Plaza suite 1250, Chicago, IL 60606, phone# (800) 372-8347.

The Notice below is included for purpose of FULL DISCLOSURE as per UCC, and as a warning noted by the flag for commercial grace that appears at the top of the Notice of Tort Claim.

## NOTICE OF FULL DISCLOSURE AS TO COMMERCIAL/MARITIME LIEN PROCESS, AGREEMENT OF THE PARTIES, NOTICE OF LIEN, UCC-1 AND NOTICE OF COMMERCIAL GRACE

**REF: Registered Mail No.**
**RA 579 696 592 US**

**A SECURITY (15 USC)**
THIS IS A U.S.S.E.C. TRACER FLAG
NOT A POINT OF LAW

*One definition of "A SECURITY" is "any evidence of debt."*

The Lien Claimant does NOT rely on Title 15 USC as a basis for the "commercial lien." All commercial processes, by using or relying upon notes or paper in commerce (for example; Federal Reserve Notes), must bear some sort of Federal tracking code, a State Recorder's number, or a serial number, which process must be accessible for inspection at the nearest relevant State Recorder's Office or be widely advertised. When a lien matures by default of the Lien Debtor as a result of the Lien Debtor's failure to rebut the affidavit of obligation point-for-point categorically, it becomes an accounts receivable in the ordinary sense of a collectable debt upon which assignments, collateralization and other commercial transactions can be based, hence it becomes a Security subject to observation, tracking, and regulation by the United States Securities and Exchange Commission (hereinafter U.S.S.E.C.). The notation "A Security 15 USC" is a flag in commerce telling the U.S.S.E.C. that a speculation account is being established to enforce the lien. The U.S.S.E.C. can then monitor the process. As long as the process is truthful, open, and above board (full disclosure), The U.S.S.E.C. has no jurisdiction over it, for even the U.S.S.E.C. has no jurisdiction over the truth of testimony, depositions, affidavits and affidavits of obligations/commercial liens, and an unrebutted affidavit stands as the truth in commerce.

## LEGAL AUTHORITY:

Hebrew/Jewish commercial code-corollary, this Hebrew/Jewish commercial process is to Exodus 20:16. This Hebrew/Jewish commercial process is the best known commercial process in America. The biggest user is the Internal Revenue Service. The Internal Revenue Service uses all three tracking codes. The federal tracking code is the tax-payer's IRS document file number. The next stronger code is the State Recorder's number. The strongest most important and most universal code is the tax-payer's identification number (TIN), also known as the Social Security Number (SSN). The IRS collection process is legitimate however, the IRS assessment/lien process is a commercial fraud because it is not supported by commercial affidavits (of Truth) of obligation/commercial liens. The IRS issues only Notices of liens, but has those Notices fraudulently recorded on a "Tax Lien index" at the County Recorder's Office. Notices are not required to contain commercial affidavits, but a lawful Lien must contain a commercial affidavit with an itemized obligation/damages ledger.

COPYRIGHT/COPYCLAIM UNDER REGISTRATION

Any unauthorized copying, duplicating, screening, private or public presentation in any form of this document, is strictly prohibited without express written approval by nathan allah mcguire. ESTATE/TRUST*        A security is a U.S.C. U.S.S.E.C. Tracer Flag – Not A Point of Law.

By: _____        © _____ , Grantor and Living Benificiary
~AOCC-04051977NAM©        COPYRIGHT/COPYCLAIM DATE: 07-05-15   FILE #: RA 579 696 592 US
**THIS DOCUMENT IS PREPARED BY: nathan allah mcguire**

**NOTICE:**

1
2    The foundation of law, commerce, and the whole legal system consists of "telling the truth, the whole truth and nothing
3    but the truth," either by testimony, deposition, and/or by affidavit. One sworn to tell the truth is compelled by high
4    principles to protect truth and do nothing to tamper with that truth, either directly or indirectly, either in person or by
5    proxy, or by subornation of an affiant or other person. Any judge or officer or government employee or otherwise who
6    tampers with testimony, deposition, or affidavit is a threat to the Commercial Peace and Dignity of the County, State,
7    and United States of America, and acting in the nature of a foreign enemy agent, committing a Mixed War!
8    **WHOSOEVER** acts against Commercial Affidavits without executing the necessary Commercial Paperwork under
9    affidavit is subject to being charged criminally for fraud. Commercial processes are fundamentally ***non-judicial and pre-***
10   ***judicial***. No judge, court, law, or government can invalidate the Commercial Process, i.e. a Private Security Agreement,
11   True Bill, or Lien based upon an affidavit, because no third party can invalidate an affidavit of TRUTH. Any action
12   against Tort Claim/Lien/Affidavit process creates MIXED WAR. No one can rebut an affidavit except the proper party
13   (lien debtor) who alone must rebut by affidavit within the established time limits. (Violations of Oaths of Office and
14   constitutions, laws, codes, statutes, etc., equals Mixed War by them; 'foreign agents' in any office, at any level of
15   government. **THEREFORE**, when a Tort Claim/Lien/Affidavit is so flagged in Commerce, it becomes a Federal
16   Document because it can be translated into a Security (by being attached in support to a Commercial Lien UCC-1... filed
17   under necessity). NOTICE; NON-ACCEPTANCE and/or NON FILING of a Commercial Lien/Affidavit is a Federal
18   Offense.
19
20           NOTICE TO PRINCIPAL IS NOTICE TO AGENT - NOTICE TO AGENT IS NOTICE TO PRINCIPAL.
21                              **THIS CONSTITUTES FULL DISCLOSURE.**

COPYRIGHT/COPYCLAIM UNDER REGISTRATION

Any unauthorized copying, duplicating, screening, private or public presentation in any form of this document, is strictly prohibited without express
written approval by nathan aliah mcguire, ESTATE/TRUST.          A security (15 USC) US S.E.C. Tracer Flag - Not A Point of Law

~AOCC-04051977NAM©

By: _____  © Grantor and Living Beneficiary
COPYRIGHT/COPYCLAIM DATE: 07-05-15  FILE #: RA 579 696 892 US
***THIS DOCUMENT IS PREPARED BY: nathan aliah mcguire***

Exhibit C

# SAFE KEEPING RECEIPT

1. Private, Non-Negotiable Bond for Set-off, numbered: **RB 714 406 288 US**, in the amount of: 300,000,000,000.00 (Three Hundred Billion) US Dollars,
2. A certified copy of my "Certificate of Vital Record" Birth Certificate, numbered: 2550 endorsed and indorsed,
3. Form 56 Termination NATHAN ALIAH MCGUIRE as Co-Trustee,
4. Form 56 Appointment and Affirmation of Substitute Fiduciaries,
5. Form W8,
6. Grantor Status Notice,
7. Declaration of Trust/Fiduciary Instructions,
8. A copy of my UCC1 Financing Statement, duly filed with the COMMONWEALTH OF MASSACHUSETTS Secretary of State at filing location Number: 201954411890, evidencing my position as Secured party



Issued by:   Nathan-Aliah; McGuire, Principle
             In c/o 143 Dorchester Street Suite 322
             South Boston, Massachusetts, near [02127]
             Non-domestic without the US

Bond number:  RB ████████ US

Bond Value:  300,000,000,000.00 Dollars

Issue date:  May 30, A. D. 2019.

Issued for:  Steven Mnuchin, Secretary of the Treasury
             Department of the Treasury
             c/o 1500 Pennsylvania Ave NW
             Washington, D.C. 20220

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**
**REGISTERED NO. RB ███████ US**

## PRIVATE BOND FOR SET-OFF, NON-NEGOTIABLE
### Value of Bond is 300,000,000,000.00 (Three Hundred Billion) US Dollars

In the matter of:   Certificate of Birth Registration Number ████, Accepted for Value and Exempt from Levy
                    Credit to the Department of the Treasury and Charged to: NATHAN A. MCGUIRE, ██████████

          The undersigned Principle, Nathan McGuire, herewith **accepts for value** the enclosed instrument entitled: "Record of Birth" Registration number ████ and all indorsements front and back.  The Principal is (1) the only legitimate acceptor of said instrument, (2) the only party to have put any value to said instrument, and (3) the contributing Grantor and Beneficial Interest Holder of the same.  This is done in full accord with Public Law found at Chapter 48, 48 Stat. 112, Public Policy found at House Joint Resolution: 192 of June 5, 1933, and the Uniform Commercial Code.

### BOND ORDER

          Please deposit this bond as a credit to an account, bearing the Registered Mail tracking number: RR ██████████ US for future identification purposes, to be used as a set-off against any bills, taxes, or claims, and the like, against the NATHAN ALIAH MCGUIRE Trust, as listed on said "Record of Birth" Registration number ████ or any bills, taxes, or claims, and the like, against the Debtor: NATHAN A. MCGUIRE, ██████████ (NATHAN A. MCGUIRE is Debtor to Nathan McGuire, Grantor, Secured Party, as listed on the enclosed UCC1 Financing Statement), with said claim(s) being "accepted" and endorsed by the Principal: Nathan McGuire, Grantor.

          Please set-off any bills, taxes, or claims, and the like, issued against the NATHAN ALIAH MCGUIRE Trust, as listed on said "Record of Birth" Registration number 2550, or issued against NATHAN A. MCGUIRE, ██████████ to zero or to a balance favorable to me, the Principal.

          Steven Mnuchin, Secretary of the Treasury, Department of the Treasury, has thirty (30) days from the date of delivery of this non-negotiable, private bond for set-off, as witnessed by the signature affixed to the United States Postal Service "PS Form 3811" [Return Receipt], to dishonor this Bond by returning it to the Principal at the exact, mailing location shown above.  Failure to return this Bond within the time stated above shall constitute Secretary Mnuchin's acceptance of this bond, his agreement to honor this Bond, and his agreement to set-off all associated transactions and claims submitted to the Department of the Treasury by the Principal and/or the Principal's appointed Fiduciaries, as they occur, in full accord with Public Law, Public Policy, and the terms and conditions contained herein.

          This Bond shall be ledgered as an asset as best suits the needs of the Department of the Treasury, and expires at the moment the Principal: Nathan McGuire, Grantor, dies.  All Rights Reserved.

By: _____
                 Principal: Nathan-Aliah; McGuire, Grantor

Witness #1: _____    Witness #2: _____
         Laura Creeden                            Philipheous Foster

# Exhibit D

Document Identifier ~NOI-04051977NAM
Annexed Reference LND-04051977NAM RA No. 579 696 575

To Whom It May Concern:

The annexed <u>Notice of Intent – Fee Schedule</u> to the **Lawful/Legal Notice and Demand** is a schedule of mandatory fees instated by Nathan McGuire, Grantor, Authorized Signatory, Attorney-in-fact on behalf of NATHAN ALIAH MCGUIRE Estate 2056619, and social security account number ▮▮▮▮▮ a transmitting utility. Nathan McGuire's **Declaration of Status** and **Claim of Right** are herein NOW fully incorporated in its entirety in this Notice of Intent by reference thereby annexing the terms and conditions of response to this Notice of Intent under Demands (see **Declaration of Status** 54 – 62). I, Nathan McGuire, do hereby set forth fees to be instated in any business dealing with NATHAN ALIAH MCGUIRE Estate 2056619, and social security account number ▮▮▮▮▮ for any business conducted relevant to this schedule. Fees are due and MUST be paid before said business can commence. In the event that invoicing becomes necessary, invoiced amounts are due fifteen days after day of receipt. If said fees are not met, it is the right of the Grantor, Nathan McGuire, to refuse or void any form of business interaction and/or transaction. Fees are subject to change at any time without prior notice. Grantor, Nathan McGuire, authorizes Atonement Solutions LLC., Atonement Solutions Holdings as the only agency authorized to alter, void, and/or enforce said fees and may do so at any time.

All Rights Reserved Without Prejudice,

By: _____
Nathan McGuire, Grantor

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH COUNTY

) SS:

On, March 30, 2023, before me, Leon Brownell, Public Notary

personally appeared Nathan McGuire, personally known to me whose name is subscribed within this instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature affixed on the instrument the man known to me did appear in true character or the entity upon behalf of which the man acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the Commonwealth of Massachusetts that the foregoing paragraph is true and correct.

Leon G. Brownell
Leon A. Brownell
My Commission Expires June 15, 2029





## Private Easements Schedule

| | | |
|---|---|---|
| Penalty for Private Use | $ | 250000.00 |

## Public Easements Schedule

| | | |
|---|---|---|
| Penalty for Public Use | $ | 250000.00 |

These fees will be mandated upon the informant listed on the traffic citation
ticket(s), arrest warrants, detention orders, seizure orders.

**Produce name materials**:

| | | | |
|---|---|---|---|
| a. | Name | $ | 50000.00 |
| b. | Driver's License Number | $ | 50000.00 |
| c. | Social Security Number | $ | . 100000.00 |
| d. | Retinal Scans | $ | 5000000.00 |
| e. | Fingerprinting | $ | 200000.00 |
| f. | Photographing | $ | 200000.00 |
| g. | DNA | | |
| | 1. Mouth swab | $ | 5000000.00 |
| | 2. Blood samples | $ | 5000000.00 |
| | 3. Urine samples | $ | 5000000.00 |
| | 4. Breathalyzer testing | $ | 5000000.00 |
| | 5. Hair samples | $ | 5000000.00 |
| | 6. Skin samples | $ | 5000000.00 |
| | 7. Clothing samples | $ | 5000000.00 |
| | 8. Forced giving of fluids/samples | $ | 5000000.00 |

**Use of name protected material under threat, duress, and/ or coercion:**

| | | | |
|---|---|---|---|
| a. | Name written by the informant | $ | 250000.00 |
| b. | Driver's License written by informant | $ | 150000.00 |
| c. | Social Security Number written by informant | $ | 150000.00 |
| d. | Miscellaneous Material written by informant | $ | 500000.00 |

**Requirement to produce any personal information for any kind of business interaction**

| | | | |
|---|---|---|---|
| a. | Financial Information | $ | 100000.00 |
| b. | Driver's License | $ | 10000.00 |
| c. | Social Security Number | $ | 250000.00 |

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document.                                          *Document prepared by :nathan-aliah:mcguire*

Certified Mail Number                                Document Identifier ~NOI-04051977NAM
Annexed Reference LND-04051977NAM RA No. 579 696 575

| | | | |
|---|---|---|---|
| d. Documents produced by me | $ | 10000.00 per document |
| e. Property inside of motor vehicle | $ | 150000.00 |

**Use of name material**

A. Name ·

| | | |
|---|---|---|
| a. Under protest and duress: | $ | 25000.00 |
| b. Voluntarily | $ | 10000.00 |
| B. Driver's License | $ | |
| a. Under protest and duress | $ | 25000.00 |
| b. Voluntarily | $ | 10000.00 |
| C. Social Security Number | $ | |
| a. Under protest and duress | $ | 25000.00 |
| b. Voluntarily | $ | 10000.00 |
| D. Miscellaneous Material | $ | 25000.00 |

**Kidnapping (If an alleged officer removes free soul more than 5 feet from free soul's property without just cause, it IS kidnapping)** $ 5000000.00

**Services to others and/or Corporation(s) Per hour):** ·

| | | | |
|---|---|---|---|
| a. | **Studying** | $ | 500.00 |
| | While under threat, duress, coercion | $ | 75000.00 |
| b. | **Analyzing** | $ | 500.00 |
| | While under threat, duress, coercion | $ | 75000.00 |
| c. | **Research** | $ | 500.00 |
| | While under threat, duress, coercion | $ | 75000.00 |
| d. | **Preparing Documents** | $ | 500.00 |
| | While under threat, duress, coercion | $ | 75000.00 |
| e. | **Answering Questions** | $ | 500.00 |
| | While under threat, duress, coercion | $ | 75000.00 |
| f. | **Providing Information** | $ | 500.00 |
| | While under threat, duress, coercion | | |

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE
Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document.          *Document prepared by :nathan-aliah:mcguire*

## TRAFFIC AND COURT ISSUES:

These fees MUST be paid immediately after my case is finished. Failure to pay fines and fees will have an additional fee of $5000.00 for breach of contract.

**Issuance of Traffic citations and tickets of any traffic nature:**

| | | |
|---|---|---|
| a. Citations | $ | 60000.00 |
| b. Warning issued on Paper Ticket | $ | 25000.00 |

**Time Usage for traffic stops by Traffic Officer:**

| | | |
|---|---|---|
| a. 30 minutes | $ | 5000.00 |
| b. 60 minutes | $ | 10000.00 |
| c. 90 minutes | $ | 15000.00 |

**Appearance in court because of traffic citations:**

| | | |
|---|---|---|
| a. Time in court | $ | 75000.00 /hr with 1 hour min |
| b. If Fine is imposed | $ | 500000.00 |

**Demand for My Appearance in court: (per hour)**

| | | |
|---|---|---|
| a. Under protest and duress: | $ | 75000.00 |
| b. Voluntarily | $ | 10000.00 |
| **Time usage for court appearances** | $ | |
| 30 Minutes | $ | |
| a. Under Protest and Duress | $ | 33500.00 |
| b. Voluntarily | $ | 10000.00 |
| c. 60 minutes | $ | 75000.00 |
| d. Voluntarily | $ | 20000.00 |
| 90 minutes or more | $ | |
| a. Under Protest and Duress | $ | 100000.00 |
| b. Voluntarily | $ | 30000.00 |
| | $ | 75000.00 |

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE
Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document. *Document prepared by :nathan-aliah:mcguire*

## Transgressions-Fee Schedule

**Transgressions** by public official(s), police officer(s), judge(s), attorney(s), and all other who desire to contract including Car / Personal Property Trespass, Carjacking, Theft, Interference with Commerce,

| | | | |
|---|---|---|---|
| 1. | Abuse or Denial of Due Process | $ | 2000000.00 |
| 2. | Accusations, unfounded | $ | 2000000.00 |
| 3. | Agency by Estoppel | $ | 50000.00 |
| 4. | Arbitration/Mediation/Foreclosure etc...Hearing(s) | $ | 5.000.00 per hour |
| 5. | Assault or Assault and Battery Without Weapon With Weapon | $ $ | 2000000.00 3000000.00 |
| 6. | Attempted extortion of funds from birth certificate account, Social security account or any other associated accounts by fraud, deception and or Forgery by any agent, entity or corporation | $ | 6000000.00 per count or charge |
| 7. | Attempted extortion of signature | $ | 6000000.00 per count or charge |
| 8. | Barratry | $ | 50000000.00 |
| 9. | Breach of Trust | $ | 2000000.00 |
| 10. | Coercion by Officer of the Court | $ | 2000000.00 |
| 11. | Color of Law | $ | 150000.00 |
| 12. | Confiscation/kidnapping of a body not a US Citizen | $ | 1600000.00 per day |
| 13. | Concealment | $ | 2000000.00 |
| 14. | Conspiracy To Commit Fraud | $ | 2000000.00 |
| 15. | Constitutional Rights Violations (per violation) | $ | 100000.00 |
| 16. | Corporate State continuing a mortgage for more than five years in violation of Banking Act of 1864 which takes precedence over current Statutes at large | $ | 100000.00 per day |
| 17. | Counterfeiting Statute Staple Security Instruments | $ | 2000000.00 |
| 18. | Criminal Coercion | $ | 500000.00 |
| 19. | Criminal Contempt of court | $ | 500000.00 |
| 20. | Cruel and Unusual Punishment | $ | 2000000.00 |
| 21. | De son tort | $ | 300000000.00 |

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE
Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document. *Document prepared by :nathan-aliah:mcguire*

| | | | |
|---|---|---|---|
| 22. | Deception or Attempted Deception by Officer of the Court | $ | 2000000.00 |
| 23. | Defacing Documents | $ | 10000.00 |
| 24. | Default By Non Response or Incomplete Response | $ | 100000.00 |
| 25. | Destruction, deprivation, concealment, defacing, alteration, or theft of property including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Grantor | $ | 200000.00 |
| 26. | Detention from Free Movement and/or cuffed | $ | 75000.00 Minimum or/Hour |
| 27. | Dishonor in Commerce | $ | 1000000.00 |
| 28. | Disrespect by Judge or Officer of the Court | $ | 2000000.00 |
| 29. | Electronic Communication | $ | 2000.00 |
| 30. | Equitable Estoppel | $ | 500000.00 |
| 31. | Estoppel by Election | $ | 350000.00 |
| 32. | Estoppel by Laches | $ | 350000.00 |
| 33. | Excessive Bail | $ | 20000000.00 |
| 34. | Failure to Charge within 48 hours of detainment | $ | 2000000.00 |
| 35. | Failure to Follow Federal and/or State Statutes, | $ | 500000.00 |
| 36. | Failure to honor / No Bond | $ | 5000.00 |
| 37. | Failure to honor Constitutional Oath | $ | 50000.00 |
| 38. | Failure to honor God given Rights | $ | 20000.00 |
| 39. | Failure to honor Oath of Office | $ | 50000.00 |
| 40. | Failure to honor Written and/or Oral Word | $ | 5000.00 |
| 41. | Failure to Identify | $ | 2000000.00 |
| 42. | Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as set forth herein | $ | 1000000.00 |
| 43. | Failure to Present a Living Injured Party | $ | 100000.00 |
| 44. | Failure to Provide Contract Signed by the Parties | $ | 100000.00 |
| 45. | Failure to Provide IRS 1099OID(s), and Other IRS Reporting Form(s) Requirements upon Request | $ | 100000.00 |
| 46. | Failure to Respond or Acquiescence | $ | 10000.00 |

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE
Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval of Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© Lawful/Legal Notice and Demand Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document.          Document prepared by :nathan-aliah:mcguire

| 47. | Failure to State a Claim upon which Relief Can Be Granted | $ | 250000.00 |
|---|---|---|---|
| 48. | False Imprisonment | $ | 5000000.00 |
| 49. | False Sworn Affidavit | $ | 100000.00 |
| 50. | Forced giving of body fluids | $ | .5000000.00 per day |
| 51. | Forced injections/inoculations, vaccines | $ | 5000000.00 per day |
| 52. | Forced separation from marriage contract | $ | 160000.00 per day |
| 53. | Fraud | $ | 1000000.00 |
| 54. | Fraud in the Concealment | $ | 2000000.00 |
| 55. | Fraud in the Inducement | $ | 2000000.00 |
| 56. | Fraud in the Intent | $ | 2000000.00 |
| 57. | Fraud upon the Court | $ | 2000000.00 |
| 58. | Fraudulent Bond | $ | 2000000.00 |
| 59. | Fraudulent Cohesion | $ | 2000000.00 |
| 60. | Fraudulent Conversion | $ | 2000000.00 |
| 61. | Grand Larceny | $ | 250000.00 |
| 62. | Human Rights Violations (per violation) | $ | 20000.00 |
| 63. | Implied Color of Law | $ | 150000.00 |
| 64. | Intentional Infliction of Emotional Stress | $ | 5000.00 |
| 65. | Larceny | $ | 250000.00 |
| 66. | Larceny by Extortion | $ | 1000000.00 |
| 67. | Larceny by Trick | $ | 1000000.00 |
| 68. | Non-Disclosure | $ | 100000.00 |
| 69. | Obstruction of Justice | $ | 2000000.00 |
| 70. | Obtaining Property by False Pretenses | $ | 1000000.00 |
| 71. | Phone call to telephone number used by Grantor including from alleged debt collectors | $ | 5000.00 |
| 72. | Racketeering | $ | 1000000.00 |
| 73. | Reckless Endangerment | $ | 2000000.00 |
| 74. | Refusal to provide adequate and proper nutrition while incarcerated | $ | 50000.00 per day |
| 75. | Refusal to provide proper dental care while Incarcerated | $ | 50000.00 per day |
| 76. | Refusal to provide proper exercise while Incarcerated | $ | 50000.00 per day |

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document. *Document prepared by :nathan-aliah:mcguire*

Certified Mail Number

Document Identifier ~NOI-04051977NAM
Annexed Reference LND-04051977NAM RA No. 579 696 575

| 77. | Rights Held Back from any Government | $ | 10000000.00 |
|---|---|---|---|
| 78. | Seizure of Motor Conveyance | $ | 100000.00 |
| 79. | Silence/Dishonor/Default | $ | 5000.00 |
| 80. | Simulating Legal Process | $ | 1000000.00 |
| 81. | Slander of Title | $ | 50000.00 per incident |
| 82. | Telephone message left on Grantor phone Service or equipment | $ | 5000.00 |
| 83. | Theft of License Plate | $ | 10000.00 |
| 84. | Theft of Public Funds | $ | 1000000.00 |
| 85. | Threat by Officer of the Court | $ | 2000000.00 |
| 86. | Time waiting for Scheduled Service | $ | 2500.00 Minimum or/Hour |
| 87. | Trampling upon Human Rights | $ | 20000.00 |
| 88. | Trespass upon Motor Conveyance | $ | 100000.00 |
| 89. | Unauthorized Relocation of Motor Conveyance | $ | 100000.00 |
| 90. | Unauthorized Use of Copyright/Copyclaim Signature – per use | $ | ˙1000000.00 Up to 300000000.00 |
| 91. | Unlawful Arrest, Restraint, Distraint, Trespass | $ | 2000000.00 |
| 92. | Unlawful Determination | $ | 25000.00 |
| 93. | Unlawful Incarceration or Detention | $ | 20000000.00 |
| 94. | Unlawful Lien on Motor Conveyance | $ | 50000.00 |
| 95. | Unlawful or Improper Lien, Levy, Impound or Garnishment of any funds, bank accounts, savings, accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property of Grantor | $ $ | 2000000.00 Per Occurrence and 100000.00 Per Day |
| 96. | Unsubstantiated Claims | $ | 1000000.00 |
| 97. | Use of Street Address/Mailing location of Grantor | $ | 5000.00 |
| 98. | Vexatious Litigation | $ | 5000000.00 |
| 99. | Violation of Treaties | $ | 100000.00 |

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document. *Document prepared by :nathan-aliah:mcguire*

## Violations Not Listed In The Above Billing Costs:

Unless otherwise stipulated within this Notice of Intent – Fee Schedule regarding NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth file # 2550, D.B.A. Nathan A. McGuire or under the control of Nathan McGuire, a $2,000,000.00/Two Million US Dollars, or present U.S. currency in use, per occurrence, per officer, or agent involved, will be accessed for all other violations not listed within this document.

NOTE:

*Per Occurrence and Includes any Third Party Defendant

** All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.

***Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document.                                    *Document prepared by :nathan-aliah:mcguire*

Certified Mail Number                                 Document Identifier ~NOI-04051977NAM
                                                     Annexed Reference LND-04051977NAM RA No. 579 696 575

**BY-LAWS & DEFINITIONS WHICH ESTABLISH THE LAW OF NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth file # 2550, D.B.A. Nathan A. McGuire or under the control of Nathan McGuire:**

a.   **Barratry**: Means, "the offense of frequently exciting and stirring up quarrels and suits, either at law or otherwise. Common barratry is the practice of exciting groundless judicial proceedings". {Black's Law Dictionary, 4th Edition}

b.   **Unlawful Detention**:  Means restraining Nathan McGuire, The Grantor or agent's freedom of movement, and/or Right to Travel, against his will for more than sixty (60) seconds without a properly authorized lawful 4th amendment warrant signed by a judge of competent jurisdiction while under oath. This includes routine traffic stops, raids, random identification checks, security checks, only after the officer, Agent, or Representative has been notified by Nathan McGuire, The Grantor, or agent of his status and after the officer has been given documents to prove said status, along with up to ten (10) minutes for officer to examine said documents.

c.   **Unlawful Distraint**:  Means seizure or taking of any property that is lawfully owned or in possession of Nathan McGuire, The Grantor, or the NATHAN ALIAH MCGUIRE TRUST, certificate of live birth # 2550 D.B.A. Nathan A McGuire, without proper probable cause, and/or due process, and lawful 4th amendment warrant.  This includes any seizure by any officer, agent, representative, in any capacity, or relationship with the "UNITED STATES" or any of its agencies, contractors, subdivisions, subsidiaries, or the like.

d.   **Lawful 4th Amendment Warrant**:  Means a warrant that follows the provisions of the fourth amendment to the original "Constitution for the United States." This warrant must not deter from the exact procedures as outlined by the Fourth Amendment.

e.   **Right to Speedy Trial**: Means trial will commence within 90 days of the date of arrest.

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document.                              *Document prepared by :nathan-aliah:mcguire*

Certified Mail Number

Document Identifier ~NOI-04051977NAM
Annexed Reference LND-04051977NAM RA No. 579 696 575

f.   **Interstate Detainer**:   Means the same as unlawful detainer as when involving Nathan McGuire, The Grantor or agent and involving more than one agency or state of the corporation, or any representative, agent, or officer who has any agreement with, contract with, or permission to act on behalf of any municipal corporation of the "UNITED STATES" or any subsidiary or sub-corporation thereof.

g.   **Unlawful Restraint**:   Means any action by any officer, agent, representative, contractor, associate, officer of the court, or the like, to prevent, coerce, intimidate, hinder, or in any way limit the right of Nathan McGuire, The Grantor or agent, from any type of freedom of lawful and/or legal speech, travel, movement, action, gesture, writing, utterance, or enjoyment of any right or privilege that is commonly enjoyed by any member of the public, or by me.

h.   **Freedom of Speech**:   Means the right to speak open and plainly without the fear of reprisal.  This includes the right of Nathan McGuire, The Grantor or agent, to speak at hearings and trials, before magistrates, judges, officers of the court, agents, representatives, or the like, of the UNITED STATES.  It also means that no attempt to suppress this right will be made by any officer of the court or of the "UNITED STATES" CORPORATION.  No judge or officer of any court or tribunal will threaten contempt of court for free speech by any Private Man or Woman, such as agent for this office.

i.   **US Dollars**:   Means the currently recognized medium of exchange as used by the general public at the time of offense, at par value, equal to one ounce silver dollar equivalent per each dollar unit, as represented in a claim.  All claims and damages will be paid at par value as indicated. Par value will be established by written law or the value established by the US MINT for the purchase of an official one troy ounce 99.999% Pure Silver Coin, whichever is higher at the time of the offense.

j.   **Obstruction of Justice**:   Means any attempt by any officer of the court or representative of any agency that represents the "UNITED STATES," or any of its subdivisions, agencies, contractors, etc., to deprive, hinder,

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE
Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by <u>Nathan Aliah McGuire Estate</u>, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© <u>**Lawful/Legal Notice and Demand**</u> Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document.                     *Document prepared by :nathan-aliah:mcguire*

conceal, coerce, threaten Nathan McGuire, The Grantor, in an attempt to prevent his any and every opportunity to lawfully and/or legally defend the office by attempting to produce and file lawful and/or legal documents, and or testimony, to agents, officers, judges, magistrates, the court, clerk of court, representatives, investigators, in order to settle any lawful and/or legal controversy.  This also includes any attempt by a judge or officer of the court from hindering Nathan McGuire, The Grantor from filing, admitting, presenting, discussing, questioning, or using any evidence, document, paper, photographs, audio and/or video recordings, or any other type of evidence that they desire to submit as evidence in any type of court proceeding.  The determination of what is evidence and what will be admitted is to be solely determined by Nathan McGuire, The Grantor.  Any evidence will be tried on merits of the lawful and/or legal content and validity.  Any judge, or officer of the court who attempts to suppress or dismiss lawful and/or legal evidence will voluntarily surrender all bonds, insurance, property, corporate property, bank accounts, savings accounts, or any corporate property of value to Nathan McGuire, The Grantor, upon written demand and surrender all rights to and defenses against said property.  This also includes evidence that is supported by case law.  This includes attempts by any officer of the court from making motions, order such as Gag Orders or any other means of keeping information suppressed from the public or the official record.  The determination of whether the acts of the court are an attempt to suppress evidence will be solely determined by Nathan McGuire, The Grantor.  This also includes the provision as indicated under Item "q" "**Racketeering**".

k.     **Excessive Bail**: Means any amount of bail set at an unreasonable rate as per the 8th amendment of the Constitution for the United States.  This also means bail in excess of the amount of the fine, penalty, or penal sum that is associated with the alleged crime committed.  This also means that if Nathan McGuire, The Grantor or agent, has lived in a community or has lived in one community or area for more than one

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document.                     *Document prepared by :nathan-aliah:mcguire*

year, provided that agent has not recently moved within a year, or is a member of or involved with a church group, civic group, community enterprise, or can produce at least two affidavits from members of his community or area stating that the office is involved with his community, the office cannot be held without bail as a flight risk, or a threat to society. If Nathan McGuire, The Grantor can produce at least four (4) affidavits stating that the office is involved in his community.

l.      **Cruel and Unusual Punishment**: Means physical violence of any type or form that is used against Nathan McGuire, The Grantor or agent that causes visible physical injury, i.e., marks, scrapes, scratches, bruises, abrasion, avulsions, fractures, sprains, restraint marks, dislocations, punctures, cuts, loss of blood, loss of body fluids, or any other type of physical stress to the body; or any chemically induced altered mental state of Nathan McGuire, The Trustee or agent. This also includes any attempt to incarcerate, restrain, question, detain, withholding food when requested, withholding drink when requested, withholding medications as requested, withhold use of bathroom facilities and supplies when requested, withhold reading and writing materials, withholding communication with friends, family, lawful counsel, and religious counsel, withholding proper clothing as needed for comfort, withholding blankets when requested, withholding hot and cold water for showers, withholding freedom when requested. This also includes ridicule, coercion, threats, verbal insults, rude and offensive language, veiled threats, or any other type of mental stress or anguish.

m.      **Conspiracy**: Means the cooperation of two or more persons working together to, restrict, suppress, inhibit, or in any way deprive Nathan McGuire, The Grantor or agent of any right, benefit, or privilege that would ordinarily be offered by the Constitution for the United States, and/or the Bill of Rights, and/or to any member of the general American public, or to the The OFFICE OF GRANTOR. This also includes the provisions under Item "q", "**Racketeering**".

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document.                    *Document prepared by :nathan-aliah:mcguire*

n.   **Victim**:  Means Nathan McGuire, The Grantor or agent who has received
     direct damages to themselves or their property as the result of an
     unlawful act by another.

o.   **Victimless Laws**:   Means any law that is passed or presumed to be
     passed that creates a violation of law where Nathan McGuire, The
     Grantor, has been damaged.   This includes any statute, ordinance,
     regulation, policy, or color of law provision.  These types of laws will not
     be used in any action, of any kind, against any Private Man or Woman.

p.   **Aiding and Abetting**:    Means the efforts of any officer, agent, or
     representative of the UNITED STATES or officer of the court to assist
     another of the same to hinder, coerce, restrict, resist, suppress, or
     deprive in any way, Nathan McGuire, The Grantor from receiving any and
     all rights, benefits, privileges, as provided by the organic Constitution for
     the United States of America, and/or the Bill of Rights, or that would
     normally be offered to the general American public, or to The Grantor.
     This  also  includes  the  provisions  as  provided  under  Item  "q".
     "**Racketeering**" and suppression of evidence.

q.   **Racketeering**:  Means any attempt by any two or more officers of the
     corporation to restrict, suppress, coerce, manipulate, inhibit, or in any
     way deprive Nathan McGuire, The Grantor or agent from receiving every
     right, benefit, or privilege that is outlined by the Constitution for the
     United States , and/or the Bill of Rights.  This also includes any effort by
     the officers of the court to hinder in any way the introduction of
     evidence, law, facts, affidavits, statements, witness testimony, or any
     information that is considered relevant by Nathan McGuire, The Grantor,
     or any attempt to prevent a jury from hearing this evidence.  This also
     includes any attempt to prevent this evidence from being heard in a
     public forum and before any and all members of the general public, as
     many as can be accommodated by the main courtroom.  All hearings,
     tribunals, or trials will be held in a public place; and any and all
     members of the general public will be allowed to attend, without

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document.                                    *Document prepared by :nathan-aliah:mcguire*

Certified Mail Number

Document Identifier ~NOI-04051977NAM
Annexed Reference LND-04051977NAM RA No. 579 696 575

restriction.  This also includes questioning and/or interrogation by police officers before, during, and after an arrest of the trustee.

r.    **Federal Zone**:  Means any land, property, building, area, zone, 911 zone, or postal zone that is presumed to be within the territorial jurisdiction of the "UNITED STATES," or any of its representatives as defined herein. This does not include any land, property, building, structure, dwelling, area, zone that is held by deed, title, warranty deed, contract, or any written or verbal agreement, or any such thing, by Nathan McGuire, The Grantor who is located outside of "WASHINGTON, D.C." proper.    All privately held properties, of any type that are being held by NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth file # 2550, D.B.A. Nathan A. McGuire or under the control of Nathan McGuire, The Grantor are excluded from any federal zone or any jurisdiction of any representatives of the "UNITED STATES" or any of it's territories.  This is fact and may be presented in any court by affidavit presented by Nathan McGuire, The Grantor NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth file # 2550, D.B.A. Nathan A. McGuire, involved in any interaction of the "UNITED STATES" or any of its representatives, as outlined in this contract.

s.    **State**:    Means any of the fifty areas known as states of the "United States" which is not the same as the "UNITED STATES" corporation. These are designated by UPPER CASE spelling vs. Upper and Lower Case spelling of the name of each State.  The all UPPER CASE NAME denotes that this STATE is a part of the "UNITED STATES" corporation, whereas the spelling of the Upper and Lower Case Name denotes that it is not a part of the "UNITED STATES."   This will be determined by Nathan McGuire, The Grantor, as a condition of this contract.  Nathan McGuire, The Grantor has also determined that the NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth file # 2550, D.B.A. Nathan A. McGuire is NOT a part of the jurisdiction of the "UNITED STATES," and will never/nor can be challenged by any representative of the "UNITED STATES." Nathan McGuire, The Grantor, will determine if the alleged

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document.                    *Document prepared by :nathan-aliah:mcguire*

offense occurred within the limits of the "UNITED STATES." ·A violation of this provision will be Unlawful Determination and punishable as indicated by this contract agreement.

t.    **Trespassing/Trespass**: Means the entry into, or onto the domain, property, residence, area, location, grounds, dwellings, buildings, barns, sheds, caves, structures, lands, storage areas, tunnels, automobiles, trucks, safe houses, underground shelters, automobiles, motor vehicles, recreational vehicles, boats, planes, trains, ships, containers, vans, heavy equipment, farm implements, culverts, driveways, trees, yards, real property, real estate, land, or any estate property etc., of NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth file # 2550, D.B.A. Nathan A. McGuire or under the control of Nathan McGuire, The Grantor or agent, without the office's express written permission/authorization, or without a lawfully executed fourth (4th) amendment warrant, by any and all agents, or representatives of the corporation willfully and completely ignore the observations of any and all protections as outlined in the organic Constitution for the United States of America and/or the Bill of Rights. Any personal property that is damaged, lost, stolen, or misplaced, etc., will be recoverable as indicated in this document. Any and all officers, agents, and representatives of the corporation will be held individually liable for the full amount of damages as outlined in this document for trespassing.

u.    **Private Man or Woman**: Means any flesh and blood, living, breathing Man or Woman, created by: The Source God of Existence and Creation, who notifies any representative of the corporation, verbally or in writing, that the office is the Grantor, or the offices' agent is a Non "UNITED STATES" corporate citizen, and not subject to the jurisdiction of the corporation or any of its representatives. This is not to be confused with the Fictitious Legal Entity that was created by the state and is represented by an ALL CAPITAL LETTER NAME. Any attempt to notify any officer, agent, and representative, of the status of Nathan McGuire, The Grantor will be sufficient notice. Sufficient notice will be determined

Page **16** of **28**

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document. *Document prepared by :nathan-aliah:mcguire*

by oath, statement, or affidavit by Nathan McGuire, The Grantor; and the validity of such will not be challenged by any officer of the court.

v.    **County or City**:   Means any subdivision of any State of the "United States."   This term excludes any jurisdiction, zone, or territory of the "UNITED STATES" corporation unless described by Nathan McGuire, The Grantor in all CAPITAL letters.   Any dispute over any errors contained in spelling or grammar will be resolved at the discretion of Nathan McGuire, The Grantor and will not be challenged by any representative of the corporation.

w.    **Agency, Entity, Department, Sub Division, Subsidiary, Contractor, Employee, Inspector, Investigator, Organization, Officer, Agent, Authorized Representative, Policeman, Participant**:    Means any person, corporation, or entity of any kind, which officiate as public trustees/fiduciaries for the People which works for, is compensated all or in part by, receives funds, or collects funds for, contracts with, receives any benefit from, receives any privilege from, participates with, has allegiance to, or in any way has a relationship with, the "UNITED STATES" or any of its subsidiaries, sub- corporations, departments, or agencies, etc.

x.    **Contract**:   Means any agreement in writing that has been offered for review and acceptance by another party wherein the offering party has ten (10) days or more, or as stipulated in the contract, to review and respond, accept or rebut, any provisions of the contract, as indicated in the contract.  Non-Response on the part of the receiving party or agent of the receiving party will be a lawful and/or legal offer and acceptance of all the terms and conditions contained in said contract.  Rebuttal by the receiving party of any provision of the contract by any other means as is indicated in the contract will be non-response.  Return of the contract unopened and/or without review will be acceptance of all conditions of said contract.  Recording the contract with the clerk of court or any public records officer will be a lawful and/or legal offer, notification, COURT OF RECORD and will be presentment to all officers of the court

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document.                                             *Document prepared by :nathan-aliah:mcguire*

in that state or county. Notice to Agent is Notice to the Principal and Notice to the Principal is notice to the Agent.

y.   **False Imprisonment**: Means any attempt by any officer of the court or corporation to incarcerate Nathan McGuire, The Grantor or agent, against their will and/or against any and all protections of the laws and provisions of the organic "Constitution for the United States of America" and/or the Honorable "Bill of Rights."

z.   **Representative**:   Means any agent, agency, department, officer, investigator, entity, subsidiary, sub-corporation, contractor, employee, inspector, individual or corporation that has any affiliation, association, collects or distributes funds for, does any task for, receives any benefit or privilege from, etc., of or for the "UNITED STATES" or anyone, or anything that represents the interests of, or is being funded by, or receives funds from, or has any attachment to the "UNITED STATES" or any of its sub divisions or sub-corporations.

aa.   **Corporation**:   Means any representative, agency, sub-corporation, contractor, or any person or entity that is employed by, receives or distributes funds for, receives any benefit or privilege from, or has any relationship of any kind with the "UNITED STATES" corporation.

bb.   **Interpretation**: Means if any conflict arises concerning the definition of any of the terms and or conditions of this contract, the conflict concerning the meaning of the term or condition will be decided by Nathan McGuire, The Grantor. The occupant of the office's decision will be final and not subject to review or argument. No liability or penalty will be incurred by Nathan McGuire, The Grantor due to his interpretation of such terms and or conditions.

cc.   **Corporate Capacity**: Means acting for, or on behalf of, a corporation, or government entity, while under law or color of law.

dd.   **Counsel**: Means anyone that Nathan McGuire, The Grantor chooses to have as lawful and/or legal assistance of counsel, whether counsel is licensed or not, or members of the Bar Association or not. Counsel may assist, represent, speak on behalf of, write cases for, or perform any act

Page **18** of **28**

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RÅ 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document. *Document prepared by :nathan-aliah:mcguire*

Certified Mail Number

Document Identifier ~NOI-04051977NAM
Annexed Reference LND-04051977NAM RA No. 579 696 575

in or out of court for Nathan McGuire, The Grantor or agent without any hindrance, threat, prosecution, charge, repercussion from any officer of the court, or representative of the "UNITED STATES" corporation, or any representative, officer, or agent thereof.

ee.   **Abuse of Authority**:   Means anyone who denies, withholds, refuses, deprives, limits, inhibits, counteracts, conceals, any right, benefit, protections, or privilege, as protected by the organic "Constitution for the United States of America " and/or the Honorable "Bill of Rights." This includes arrest or detainment without documented evidence that aunlawful and/or illegal crime has been committed by Nathan McGuire, The Grantor or agent. This includes use of restraint devices on Nathan McGuire, The Grantor or agent and/or physical abuse that makes any marks, scars, cuts, abrasions, or the like.  This also includes denial of lawful and/or legal Due Process, Habeas Corpus, Excessive Bail, Unlawful Arrest, Unlawful Detention, or the like, as outlined in this contract.

ff.   **Verbal Abuse**:  Means the use of offensive, and /or threatening verbal words, body language, and non-verbal gestures or actions by any representative of the corporation, as defined herein, upon Nathan McGuire, The Grantor or agent.   If a controversy arises about an incident, the version told by Nathan McGuire, The Grantor will be accepted as truth and will not be contested.

gg.   **Assault and Battery with Weapon**:  Means any use of, threatened, or perceived use of any weapon, against me or mine, by any representative of the "UNITED STATES" corporation that creates an atmosphere of fear for Nathan McGuire, The Grantor, or agent. This includes non-lethal weapons, such as tazers, stun guns, mace, pepper spray, any chemical used to incapacitate, rubber bullets, shock force weapons, electronic weapon or any other type of weapon that may be used to control or to create fear.  If a conflict arises about the events, the version told by Nathan McGuire, The Grantor will be accepted as truth and will not be contested.

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE
Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document.                    *Document prepared by :nathan-aliah:mcguire*

hh.   **Unfounded Accusations**:  Means any accusation, charge, or claim, civil or criminal, or in admiralty that is alleged or made by any representative of the "UNITED STATES" corporation, as defined herein, that is not proven by written documented evidence presented under oath and penalty of perjury by an authorized agent or representative of the corporation.  The accuser has eight (8) hours to provide said documents to be reviewed and in possession of Nathan McGuire, The Grantor; and failure to do so will be unfounded accusations and subject to the penalties contained herein.

ii.   **Encroachment**:  Means to invade, intrude, or in any way prevent Nathan McGuire, The Grantor or agent, the full and complete use of property, and any and all Estate property held by NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth # 2550, D.B.A. Nathan A. McGuire or under the control of Nathan McGuire, including trespass, impeding ingress or egress to the said property of Nathan McGuire, The Grantor and/or NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth # 2550, D.B.A. Nathan A. McGuire,  to limit the ability of Nathan McGuire The Grantor and/or Estate, to freely access, claim, hold, possess, use, convey, sell, rent, lease, barter, exchange, or in any way make full and unfettered use of his property.  This includes the application of unlawful liens and encumbrances of any and all property including wages, salaries, stocks, bonds, bank accounts (foreign or domestic), savings accounts, contents of safety deposit boxes, gold, silver, notes, insurance funds, annuities, retirement accounts, social security benefits, motor vehicles, automobiles, recreational vehicles, land, real estate, homes, structures, roads, driveways, personal property of any kind that is held by title, deed, contract, agreement (written or verbal), or is in possession of Nathan McGuire, The Grantor and/or NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth # 2550, D.B.A. Nathan A. McGuire . This includes, but is not limited to, traffic stops, searches of vehicles, home invasion, confiscation of any lawful and/or legal property owned by, or in possession of NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth

Page **20** of **28**

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by <u>Nathan Aliah McGuire Estate</u>, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document.                          *Document prepared by :nathan-aliah:mcguire*

# 2550, D.B.A. Nathan A. McGuire or under the control of Nathan McGuire, The Grantor.

jj. **Assault and Battery without a Weapon**:  Means the verbal abuse or physical contact, of any kind, upon Nathan McGuire, The Grantor or agent, without their express voluntary written consent.  If a conflict arises about the facts involving the incident, the version as told by Nathan McGuire, The Grantor, will be accepted as truth, without question, and will not be contested.

kk. **Abuse of Due Process**:  Means any action against Nathan McGuire, The Grantor, when said action does not abide by all the rights and defenses contained in or represented by the "Constitution for the United States " and/or the Honorable "Bill of Rights" and/or "By-Laws" presented herein.  This includes any charge, or claim, civil or criminal, or in admiralty, that is alleged or made by any representative of the "UNITED STATES" corporation.

ll. **Denial of Due Process**:  Means any attempt by any officer of the court and or corporation to deny, deprive, restrict, prevent, or in any way inhibit the proper Due Process to Nathan McGuire, The Grantor or agent, as outlined in the organic "Constitution for the United States of America "and/or the Honorable "Bill of Rights" established for the protection of the people.  Any public law, statute, regulation, ordinance, home rule, etc., that is incompatible with the aforementioned original dejure organic Constitution and/or Honorable "Bill of Rights" is null and void and will not be used in any action against Nathan McGuire, The Grantor or agent.

mm. **Unlawful Detainer**:  Means any attempt by any officer of the court or representative of the corporation to arrest, check, hinder, delay, possess, hold, keep in custody, restrain, retard, stop, withhold Nathan McGuire, The Grantor or agent without affording him every protection as outlined by the original dejure organic "Constitution for the United States " and/or the Honorable "Bill of Rights."  Any public law, statute, regulation, ordinance or the like will be null and void and will not be used in any action in which Nathan McGuire, The Grantor is involved.

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document. *Document prepared by :nathan-aliah:mcguire*

Certified Mail Number                          Document Identifier ~NOI-04051977NAM
                                          Annexed Reference LND-04051977NAM RA No. 579 696 575

nn.  **Reckless Endangerment**:  Means any attempt by any officer of the court
     or corporation, as defined herein, to endanger, attempt, or threaten to
     attempt to endanger the life or property of Nathan McGuire, The Grantor,
     including but not limited to NATHAN ALIAH MCGUIRE TRUST,
     Certificate of Live Birth # 2550, D.B.A. Nathan A. McGuire.   This
     includes dangerous driving in a car, use or threatened use of lethal or
     non-lethal weapons or chemicals, improper use of restraint devices, use
     of restraint devices on Nathan McGuire, The Grantor or agent.   If a
     conflict arises as to whether or not reckless endangerment has occurred,
     the version of Nathan McGuire, The Grantor, will be considered as truth.

oo.  **Failure to Respond**:  Means any attempt by any officer or representative
     of the corporation to ignore, inhibit, withhold, delay, or deny a request
     for information from Nathan McGuire, The Grantor.

pp.  **Failure to discharge within Forty Eight (48) Hours**:   Means any
     attempt by any officer or representative of a corporation to delay, inhibit,
     prevent, or in any way stop Nathan McGuire, The Grantor or agent, from
     being lawfully discharged by the court within forty eight (48) hours of
     arrest.

qq.  **Failure to Identify**:  Means any time Nathan McGuire, The Grantor or
     agent has interaction with any officer or representative of the court or
     corporation, the officer or representative must, upon request of Nathan
     McGuire, The Grantor, or agent provide proper identification, written
     proof of authority, state what his/her business is with Nathan McGuire,
     The Grantor, complete a public servants questionnaire in advance of
     arrest or detention, provide documentation properly identifying the
     officer or respondent superior's name and contact information, and any
     other relevant information as requested by Nathan McGuire,   The
     Grantor or agent.   The officer may not detain Nathan McGuire, The
     Grantor or agent for more than ten (10) minutes while the office obtains
     this information.

rr.  **Counterfeiting Statute Staple Securities Instruments**:   Means any
     attempt by any officer or representative of a corporation to copy,

                                                                      Page **22** of **28**

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express
written approval by Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative
thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on
File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its
entirety by reference to this document.                              *Document prepared by :nathan-aliah:mcguire*

duplicate, replicate any document that has "Statute Staple Securities Instrument" typed, printed, or hand written anywhere on the document, without the express written voluntary permission of the document's owner which is NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth # 2550, D.B.A. Nathan A. McGuire which filed said document in the public record, or is in possession of said document, or who is the maker of said document. If a dispute about permission to duplicate arises, the statements of Nathan McGuire, The Grantor or the herein mentioned NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth # 2550, D.B.A. Nathan A. McGuire will be accepted as fact without question and will not be contested.

ss. **Coercion or Attempt to Coerce**: Means any attempt by any officer or representative of a corporation to threaten, intimidate, deprive, conceal, or in any way prevent Nathan McGuire, The Grantor from receiving and/or enjoying any right, or privilege that is granted, outlined, or secured by the original dejure organic "Constitution for the United States" and/or the Honorable "Bill of Rights" or allow another to do so.

tt. **Purchase Price**: Means the new replacement costs of items of property at the time of replacement. This includes locating, packing, shipping, handling, delivery, set up, installation, and any other fee associated with total replacement of property.

uu. **Destruction of Property**: Means any alteration, damage, deprivation, defacing, removing, changing, breaking, separating, removing parts from, erasing of files from, throwing, shooting, kicking, stomping, smashing, crushing, or the like of any property belonging to or in possession of the NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth # 2550, D.B.A. Nathan A. McGuire or under the control of Nathan McGuire, The Grantor.

vv. **Deprivation of Rights or Property**: Means the concealment, keeping from, hiding, obstructing of any rights, property, or privileges that are outlined or protected by the original dejure organic "Constitution for the United States " and/or the Honorable "Bill of Rights."

Page **23** of **28**

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE
Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document. *Document prepared by :nathan-aliah:mcguire*

ww. **Concealment**: Means withholding or keeping information, which should normally be revealed, about property and/or rights from Nathan McGuire, The Grantor or agent. This includes keeping evidence or law from a jury that could favorably alter the outcome of a case to the benefit of Nathan McGuire The Grantor, which includes the herein mention NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth # 2550, D.B.A. Nathan A. McGuire. No officer of any court or representative of any corporation may conceal any law and/or any evidence of any kind that is considered relevant by Nathan McGuire, The Grantor, and/or fail to disclose any law that benefits Nathan McGuire, The Grantor which includes the property of NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth # 2550, D.B.A. Nathan A. McGuire.

xx. **Defacing**: Means the changing or altering the appearance of an item. This also includes changing or altering the meaning of laws, rights, property, documents, or any other thing that has value as determined by the OFFICE OF GENERAL EXECUTOR for NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth # 2550, D.B.A. Nathan A. McGuire.

yy. **Constitution**: Means, for the purpose of this contract, "The" original dejure organic "Constitution For The United States" circa 1787, as opposed to the "Constitution of the UNITED STATES" corporation circa 1868.

zz. **Bill of Rights**: Means, for the purposes of this contract, the original dejure organic "Bill of Rights" circa 1791.

aaa. **Rights and Defenses**: Means one's lawful and/or legal right and/or ability to defend the office in any action. Upon agreement, the defendant in an action may give up the offices right to defend in a given action. This includes tacit agreement or agreement by default; and Grantor's agent is never the defendant.

bbb. **Willingly**: Means that Nathan McGuire the Grantor only upon full disclosure and willful conscious consent without threat and/or duress is in full knowledge, understanding, agreement, and full consent, at all times, without fear of reprisal, threat, or coercion, lack of full disclosure,

Page **24** of **28**

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document. *Document prepared by :nathan-aliah:mcguire*

during any interaction in which the office is involved with any agent, officer, or representative of any court or corporation, including incorporated governments.

ccc. **Individual Capacity**:  Means acting on one's behalf to do a thing.  The officer, representative, agent, or the like may be acting under law or color of law and go outside of the capacity of the law and take on a personal liability.                                                              .

ddd. **Artificial Person**:  Means a fictitious entity that was created by the state for transacting commerce.     This artificial Man or Legal fiction is represented by the all capital letter name and/or its derivatives that appears to be spelled the same as the name of Nathan McGuire The Grantor.   When the Artificial Person is used in commerce by Nathan McGuire The Grantor, it is a transmitting utility.

eee. **Written or Verbal Agreement**:   Means any agreement entered into by Nathan McGuire, The Grantor, written or verbal, which is private non-statutory contract law.  Any question of any contract will be resolved by an affidavit from Nathan McGuire the Grantor or agent is the property of NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth # 2550, D.B.A. Nathan A. McGuire.  The office's affidavit will be considered fact in any action or dispute, without question of any officer, agent, or representative of any corporation, including incorporated governments.

fff. **Unlawful Determination**:    Means any statement, speech, gesture, writing, presentment, or the like that suggests an idea that negatively represents the character, actions, plans, procedures, customs, ways of Nathan McGuire, the Grantor, or agent which includes the herein mentioned foreign estate and the property of NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth # 2550, D.B.A. Nathan A. McGuire, or group of Men or Women, that is not proven by documented authorized certified evidence, on and for the record are done so under penalty of perjury.  This includes off color statements, accusations, or remarks by a judge or other officer of the court and any other representative of any corporation including incorporated governments.

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document.                    *Document prepared by :nathan-aliah:mcguire*

ggg. **Statute Staple Securities Instrument**: Means a registered (by way of the post office registered mail) bond, statute, that is a security for a debt, which establishes a procedure for settlement of commercial debt or obligation of record. This also establishes the law as it relates to Nathan McGuire, the Grantor, which includes the herein mentioned foreign estate and the property of NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth # 2550, D.B.A. Nathan A. McGuire.

hhh. **Clerk of the Public Record**: Means any clerk who records documents on the public record and who is employed by a city, county, state, municipality, federal government, international, multi-national, multi-jurisdictional corporation.

iii. **Public Record**: Means any record or document recorded into the public by Nathan McGuire, the Grantor which includes the herein mentioned foreign estate and the property of NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth # 2550, D.B.A. Nathan A. McGuire. For example, when this document is recorded at the MASSACHUSETTS SECRETARY OF COMMONWEALTH office as a NON FILING UCC1 in Boston, Massachusetts or any state, it becomes a public record and a court of record.

jjj. **Presumption**: Means legal assumption or inference that places the burden of proof or burden of production on the other party, but never on Nathan McGuire, the Grantor which includes the herein mentioned foreign estate and the property of NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth file # 2550, D.B.A. Nathan A. McGuire. No presumption shall prevail against Nathan McGuire, the Grantor, without lawful and/or legal, documented evidence that supports the presumption, which is certified by the officers of the court, on and for the record, under penalty of perjury.

kkk. **Unalienable Rights**: Means Private Rights given by :The God Source of Existence and Creation as acknowledged by the Law of Nations and incorporated into the "Bill of Rights," such as, but not limited to, Right to Bear Arms; Freedom of Speech; Right to Trial by a Jury of your peers;

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document. *Document prepared by :nathan-aliah:mcguire*

Right to Due Process; Right of Habeas Corpus; Right to be Secure in my private papers and effects; Right to be Exempt from Levy as Nathan McGuire, the Grantor or agent which includes the herein mentioned foreign estate and the property of NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth # 2550, D.B.A. Nathan A. McGuire.

lll. **Right to Travel**:  Means the right to freely move about and exercise liberty on the common ways and/or control any type of craft by whatever means, via land, sea, or air, without any interference by any officer, agent, employee, attorney, or judge that in any manner willfully causes adverse affects or damages upon Nathan McGuire, the Grantor or agent which includes the herein mentioned foreign estate NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth # 2550, D.B.A. Nathan A. McGuire by an arrest, inhibition, detainment, restraint, deprivation or prevention.

mmm. **Disrespect**:  Means anything said or written to Nathan McGuire, the Grantor which includes the herein mentioned foreign estate NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth  # 2550, D.B.A. Nathan A. McGuire, about the office that the office does not like, including body language, or anything that makes the office or agent, or any reasonable man uncomfortable, or have fear.

nnn. **The Placing or Filing of an Unlawful Lien, Levy, Garnishment, or Attachment**:  Means any attempt by any officer, agent, or representative of a corporation to place a lien, levy, garnishment, or attachment on the property or collateral of Nathan McGuire,  hereinafter referred to as The Grantor.

ooo. **Peers**:  Means the same as the definition of Nathan McGuire, the Grantor.

ppp. **Ignore**:  Means to refuse or in any way to deny a lawful and/or legal request for an officer to complete documents that will provide information when requested by Nathan McGuire, the Grantor and/or the herein mentioned foreign estate NATHAN ALIAH MCGUIRE TRUST, Certificate of Live Birth # 2550, D.B.A. Nathan A. McGuire.

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE

Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by <u>Nathan Aliah McGuire Estate</u>, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document.                *Document prepared by :nathan-aliah:mcguire*

qqq.   **Debtor**: Means the Fictitious Legal Entity that was created by the STATE
       and that is represented by NATHAN ALIAH MCGUIRE and/or any
       derivatives of said name.

All such violations are trespassing upon the foreign NATHAN ALIAH MCGUIRE
TRUST, Certificate of Live Birth # 2550, D.B.A. Nathan A. McGuire. All
executors/trustees/fiduciaries operating in such capacity as trespassers are
operating in **de son tort** capacity against Nathan McGuire, the grantor/OFFICE OF
GRANTOR and/or the herein mentioned foreign estate NATHAN ALIAH˙ MCGUIRE
TRUST, Certificate of Live Birth # 2550, D.B.A. Nathan A. McGuire and are liable for
unauthorized trespassing, theft by deception and damages.

The Grantor accepts the oaths of all public officers and binds them to it. This
public record under the seal of a competent court is guaranteed full faith and credit
per Article 4 Section 1 of the original dejure organic Constitution for the United
States. Any officer of the public who does not immediately carry out these lawful
orders acknowledges warring with the original dejure organic constitution, violating
international treaties and committing treason. So let it be written, so let it be done.

If invoiced, payment is due 15 days
after receipt date. Make all payments to:

Atonement Solutions LLC.
607 Boylston Street Suite 175
Boston, MA 02116
857-939-7547
atonementsolutions@gmail.com

COPYRIGHT/COPYCLAIM INFRINGEMENT NOTICE
Any unauthorized copying, duplicating, screening, private or public presentation in any form, is strictly prohibited without express written approval by Nathan Aliah McGuire Estate, Atonement Solutions LLC., Entitlement Holder or any authorized representative thereof. This document is annexed to ~LND-04051977NAM© **Lawful/Legal Notice and Demand** Registration No. RA 579 696 575 on File with the City of Boston and The Secretary of Commonwealth of Massachusetts UCC1 File No 201954411890 fully incorporated in its entirety by reference to this document.                    *Document prepared by :nathan-aliah:mcguire*

# Declaration of Status
# Claim of Right

**PRIVATE NON-NEGOTIABLE BETWEEN THE PARTIES**

*Silence is Acquiescence - Agreement - Dishonor.*

This is a Self-Executing Agreement.
NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL
(Verified Plain Statement of Fact)

*T*o ALL Public and Private Officials, Trustees and Servants of the International Global Estate Trust and Elected United States Officials, Trustees and Public Servants of Federal, State, City, and Municipal Governments, Personnel and Corporate Entities;

*Know All Men by These Presents*: I :nathan-aliah:mcguire do squarely affirm to tell the truth, the whole truth, and nothing but the truth; and having knowledge and firmly - established belief upon the historical facts contained herein. Being competent to Attest to this Affidavit upon which I place my autograph; Whereas, I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit:

## *Proclamations of Maxims*

1. *I* declare and proclaim that all are equal under the law. Therefore equality under the law is paramount.

2. *I* declare and proclaim that all matters must be expressed to be resolved.

3. *I* declare and proclaim that all men and women know that the foundation of law and commerce exists in the telling of the truth, the whole truth, and nothing but the truth.

4. *I* declare and proclaim that the truth as a valid statement of reality is sovereign in commerce.

5. *I* declare and proclaim that an unrebutted affidavit stands as truth in commerce.

6. *I* declare and proclaim that an affidavit must be responded to by a sworn affidavit on a point-by-point basis under penalty of perjury and under respondent's full commercial liability.

7. *I* declare and proclaim that an unrebutted affidavit is acted upon as the judgment in commerce.

8. *I* declare and proclaim authority pursuant to The Treaty of Peace and Friendship of 1787 and The Declaration of Indigenous Rights enacted by the Organization American States which the United States and all its Departments are subject to All Articles Incorporated and the United Nations Declaration of the Rights of Indigenous Peoples UN 61/195 All Articles Incorporated.

*Plain Statement of Facts*
*Historical Foundations*

9. **WHEREAS,** the creation of the Vatican Global Estate Trust through the Unam Sanctum Papal Bull issued by Pope Boniface VIII November 18, 1302 laid claim to the entire planet, the living beings on it and all the souls in perpetuity (all Eternal Essence Embodied) instituting three separate *cestui que vie* trusts representing three realms of enslavement---the literal claim of ownership of the body, the property, and the soul of living beings;

10. **WHEREAS,** the federal corporate democracy United States government franchise, through its debt obligatory relationship to the English Crown Empire represented by the Federal Reserve Bank being agents and subjects of the Vatican Global Estate Trust and through various organized, legal, political, commercial, economic institutions, trusts, and corporations throughout history control the inhabitants of this planet through the various installed governments in direct participation with an agenda to control humanity;

11. **WHEREAS,** the federal corporate democracy United States government franchise acting as a direct agent of the Vatican Global Estate Trust establishes the maritime salvage lien (constructed by the Vatican Global Estate Trust) through an elaborate system whereby the body, labor and soul of a child is portaled into the legal system and over laid at birth for administration and management of an Estate Trust that has been deemed abandoned because the owner is consider dead or lost at sea;

12. **WHEREAS,** the three (3) central instruments and mechanisms used as the means of attachment are the Certificate of Live birth, Social Security number, and Fourteenth amendment citizenship creating a contractual nexus, through which consent is manufactured, that materializes as an artificial person, legal fiction, US vessel, corporate franchise in commerce as a sub-corporation, slave and subject associated with and whereby the energy of the real body and soul of a living being is hypothecated and collateralized to act as surety for the debt obligations of the federal corporate democracy United States government franchise placing the people in a system of perpetual debt and subject to a series of debt liabilities under the doctrine of "limited liability";

13. **WHEREAS,** the legal infrastructure used to accomplish this charade extends from Roman law that evolved into International Law Merchant and eventually codified in the Uniform Commercial Code (UCC) which are the governing rules for international commerce and has been adopted by all fifty subsidiaries which are district states of the federal corporate democracy United States government franchise as distinct from the Continental united States of America, the American Republic Union of States;

14. **WHEREAS,** when a child is born in this country a hospital birth record is created with the child's right footprint impressed on it to signify a public testimony of the child's "birth" on the continent and status as an "owner" of the United States, whereby the act of registering the child with the federal corporate democracy United States government franchise comprises THE OWNER'S PLEDGE OF FUTURE LABOR, "voluntarily" given by the mother under unconscionable, manipulative and deceitful tactics, which represents the "full faith and credit" that underwrites all U.S. currency and public debt under the ancient doctrine that ownership equals liability;

15. *W*HEREAS, the hospital birth record is delivered to the incorporated County for the purpose of transmitting the infant's pledge into the "legal" system effectually resulting in an account being open at the incorporated County as the receiving institution, logging it into the County books as a financial asset being generally deposited, whereby the County then issues a Certificate of Live birth securing an interest in the transfer through the issuance of a Title Document also representing a Certificated Security;

16. *W*HEREAS, the Registrar certifies the deposit of the pledge by issuing a Record of Birth, Certificate of Live Birth or Certificate of Birth which identifies the child, the parents, the date of birth and the date of certification legalizing the pledge by converting the presumption of pledged labor into a security. By issuing the Certificate, the Registrar is confessing that the hospital birth record is a certificated security, and the County is the depository institution which has taken title to the instrument thereof;

17. *W*HEREAS, the Certificate of Live Birth as a Certificated Security TRUST INSTRUMENT is used to form an unrevealed adhesion unconscionable contract allegedly placing me who received one under the jurisdiction of the federal United States as a fourteenth amendment citizen with its regulating authority originating from the Department of Commerce *inter alia* pursuant to the authority of the Constitution for the United States of America (1791), and under the jurisdiction of the equity, admiralty, or maritime jurisdictions of the federal court system and the Uniform Commercial Code (UCC) and the Uniform Trust Code (UTC);

18. *W*HEREAS the Certificated Security Trust Instrument iss monetized and securitized into a Nonmortgage Widely Held Fixed Investment Trust;

19. *W*HEREAS, since 1933 the corporate United States has been bankrupt and insolvent and has prohibited its citizens and subjects from settling debts with lawful money of exchange.

## Official Proclamations

20. *Know All Men by These Presents*, as a result of the above stated facts as understood by me, I, Nathan-Aliah:McGuire, hereinafter I, me, my do hereby state, assert, avow, aver and affirm all of the following:

21. *I* am a living breathing free man upon the free soil, situated on the Northern American continent, an American national, a national of the American Republic termed united States of America, a national of the Massachusetts Commonwealth Republic, also known as Non-citizen (of the) US national, beneficiary to the Original Jurisdiction and shall enjoy the status of Sui Juris as a living autochthonous indigenous man who is a spiritual being having a human experience in Flesh and Blood and is not dead, and claims equitable/common law/foreign jurisdiction or otherwise to the United States corporation at every moment and all time[s];

22. *I* am the only true authorized representative of the Sole Contributing Grantor and Beneficial Interest Holder and a Trust Interest Holder in behalf of the COMMONWEALTH OF MASSACHUSETTSNATHAN ALIAH MCGUIRE Estate Record of Birth registration number: 2550, state file: 2056619 number which is an ARTIFICIAL ENTITY, U.S. CORPORATE VESSEL,

PRIVATE CITIZEN, TRUST, and PRIVATE BANKING ENTITY D.B.A. as NATHAN ALIAH MCGUIRE Social Security account number trust ███████;

23. *J* terminate NATHAN ALIAH MCGUIRE /Nathan Aliah McGuire/nathan aliah mcguire and myself as the Co-Trustee(s) for the COMMONWEALTH OF MASSACHUSETTSNATHAN ALIAH MCGUIRE Estate d/b/a NATHAN ALIAH MCGUIRE Social Security trust number ███████ *nunc pro tunc* from April fifth nineteen hundred and seventy seven;

24. *J*, out of necessity and in the absences of reasonable alternatives, will appear specially as needed in the capacities of the Offices of: Governor, Grantor, Settlor, Creditor, Surety, Private Banker, Attorney-in-fact, Private Attorney General, Federal Government Executive Law Enforcement Agent – Bounty Hunter, Authorized Representative and Authorized Signatory of the COMMONWEALTH OF MASSACHUSETTSNATHAN ALIAH MCGUIRE Estate, ARTIFICIAL ENTITY, U.S. CORPORATE VESSEL, PRIVATE CITIZEN, TRUST, and PRIVATE BANKING ENTITY D.B.A. NATHAN MCGUIRE social security trust ███████ to resolve, settle and conclude any matters involving and concerning the public trust and such and any other capacity that may be needed;

25. *J* appoint the **NATHAN ALIAH MCGUIRE ESTATE EIN 98-6083102** as a Co-Trustee to oversee and administer estate affairs including but not limited to reaffirming the DEPARTMENT OF TREASURY 1500 Pennsylvania Avenue NW Washington, DC 20220, INTERNAL REVENUE SERVICE 1111 Constitution Avenue NW Washington DC 20224, DEPOSITORY TRUST COMPANY 55 Water Street 5th Floor New York, NY 10041, DEPARTMENT OF PUBLIC HEALTH REGISTRY OF VITAL RECORDS AND STATISTICS 150 MT Vernon Street First Floor Boston, MA 02125 as "Substitute Fiduciaries" acting as "Debtor Trustees", De Son Tort executors, administrators, and <u>anyone</u> who is an "Accommodating Party", "Usufructuary" as a result of receiving a transfer of property as a recipient including, but not limited to, ALL UNITED STATES subsidiaries and agencies such as Courts in all States of the United States federal territory, State Governments, municipal governments, all political subdivisions thereof whether judicial, administrative, municipal, county and the like including but not limited to COMMONWEALTH OF MASSACHUSETTS;

26. *J* confirm **Atonement Solutions LLC., Atonement Solutions Holdings EIN 83-3891758**, its agents and authorized representatives as Entitlement Holder exercising a paramount interest and security entitlement in ALL securities issued from the COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE Estate as evidenced by the assignment of security interest to Atonement Solutions Holdings by Secured Party Grantor Nathan McGuire and **NATHAN ALIAH MCGUIRE ESTATE EIN 98-6083102** on the UCC1 Financing Statement filed with the Secretary of the Commonwealth of Massachusetts Number 201954411890. This is the Secured Party and Entitlement Holder's claim fully expressed;

27. *J* am not a United States Citizen, subject, vessel or "person" as defined in Title 26 United States Code, Section 7701 or elsewhere, or any other *ens legis* artificial person, individual, entity, fiction of law, procedural phantom or juristic personality, notwithstanding the reproduction of any such fictions in any media, computer, record or instrument, written or electronic. I am separate from the DOMESTIC FRANCISE, and will no longer be associated with it except as necessary, in the above stated capacities, to EXTINGUISH presumed debt liabilities;

28. *J* am **NOT** any of the following: in commerce or involved in any commercial activity within the federal corporate United States government federal territory or any subsidiary, a fourteenth amendment United States citizen of the federal corporate democracy government franchise, lost at

sea, a decedent vessel in commerce, liable for maritime liens being enforced against the COMMONWEALTH OF MASSACHUSETTSNATHAN ALIAH MCGUIRE Estate and securities being taken out of the estate. All maritime liens currently being enforced are hereby claimed invalid, null and void *ab initio – nunc pro tunc*;

29. *I* hereby rebut any and all presumptions: that I am deceased, that I am incompetent, that I am NOT of the age of majority, that I have abandoned control and claim over my body, that I have abandoned control over the COMMONWEALTH OF MASSACHUSETTSNATHAN ALIAH MCGUIRE Estate and all derivatives thereof, that I am a fourteenth amendment citizen, subject to the United States Corporate Democracy operating under 'colorable law' through the use of various legal devices presuming to gain (fictional) *in rem* and *in persanum* jurisdiction over nathan-aliah:mcguire, that I have granted permission to be administered/probated under Interstate Commission for Adult Offender Supervision (ICAOS) a COMPACT, U.S.C. title 4 section 112(a);

30. *I* do hereby forthwith establish this court of record, documenting, declaring, acknowledging this warranty/grant/Deed[s] as a lawful right;

31. *I* am aware of no law that allows any Human (self-aware or not) to exercise authority over another Human (self-aware or not), and I am a self-aware, conscience human being and will never submit to any jurisdiction at any time or in any situation and my human-right(s) are never to be trampled and for each instance as well as offence against my Unalienable secured rights, a penalty and fee will be assessed (see Notice of Intent). I accept the Secured United States Constitutionally protected Right(s) of the Legal-Person and all protections associated with such right(s), and assess the same penalty and fee for the violation of such right(s) (each instance and or incident), (see Notice of Intent fee Schedule);

32. *I* am foreign to the United States federal territory and jurisdiction and retain official authority within my chosen jurisdiction. As beneficiary to the Original Jurisdiction, I am not subject to nor do I volunteer to submit to or contract with any *ens legis* artificial or corporate jurisdiction to which a United States person may be subject;

33. *I* do not volunteer, consent or contract to being identified as, of, or connected by any nexus to, any institutional, bifurcated, public *cestui que* trust or other artificial or fictional construction of law or *ens legis* entity of a political state or subdivision thereof, in any capacity including, without limitation, as trustee, co-trustee, surety, co-surety, officer, co-officer, fiduciary or co-fiduciary;

34. *I* affirm that all Public servants are just that, Public servants, and trustees and that said Public servants and trustees have no jurisdiction, dominion, authority or rule over the COMMONWEALTH OF MASSACHUSETTSNATHAN ALIAH MCGUIRE Estate or me;

35. *I* and the NATHAN ALIAH MCGUIRE TRUST waive all compelled benefits of every type and kind;

36. *I* do not waive any rights of the legal person/Legal-Name of the COMMONWEALTH OF MASSACHUSETTSNATHAN ALIAH MCGUIRE Estate (or any variation thereof) or of the NATHAN ALIAH MCGUIRE social security account number trust ████████;

37. *I* do not waive any rights, and reserve all secured/equitable rights, common and human rights and forever assert my and the COMMONWEALTH OF MASSACHUSETTSNATHAN ALIAH MCGUIRE Estate's Rights whatever they may be and that of the legal person NATHAN ALIAH MCGUIRE (or any variation thereof);

38. *I* and the COMMONWEALTH OF MASSACHUSETTSNATHAN ALIAH MCGUIRE Estate do not surrender any equitable, common or human rights in any proceeding, discussion, in any venue, or under any circumstances at any time or in any manner;

39. *I* and the COMMONWEALTH OF MASSACHUSETTSNATHAN ALIAH MCGUIRE Estate do not nor will ever waive time;

40. *I* and COMMONWEALTH OF MASSACHUSETTSNATHAN ALIAH MCGUIRE Estate do not and will not ever plead to courts of contracts voluntarily, or otherwise;

41. *I* REVOKE all powers, including, but not limited to, Powers of Attorney and Agency;

42. *I* CLAIM all rights and hereditaments associated with my life Estate that is being administered by the United States Trustees and demand a full accounting;

## Negative Averment

43. *I* am in receipt of no evidence or material facts that corporations and Courts DO NOT operate under presumption of law and believes that no such evidence exists;

44. *I* am in receipt of no evidence or material facts that statutory law and or its authority DO apply to me and the COMMONWEALTH OF MASSACHUSETTSNATHAN ALIAH MCGUIRE Estate and believes that no such evidence exists;

45. *I* am in receipt of no evidence or material facts that the rules of any non-common law tribunal DO apply to me and the COMMONWEALTH OF MASSACHUSETTSNATHAN ALIAH MCGUIRE Estate and believes that no such evidence exists;

46. *I* am in receipt of no evidence or material facts that I and the COMMONWEALTH OF MASSACHUSETTSNATHAN ALIAH MCGUIRE Estate are bound by any so-called order/ruling/decision of any non-common law tribunal, body, fiduciary, trustee, Court and or servants and believes that no such evidence exists;

47. *I* am in receipt of no evidence or material facts I am a public servant and believe that no such evidence exists.

48. *I* am in receipt of no evidence or material facts that any and all public employee/state employee/federal employee and or servant, officers of any corporation/court CANNOT only maintain the role of public servant, public trustee/fiduciary and believes that no such evidence exists;

*49.* I am in receipt of no evidence or material facts that ministerial clerks/servants, being public trustees/fiduciary(ies), HAVE authority over me and the COMMONWEALTH OF MASSACHUSETTSNATHAN ALIAH MCGUIRE Estate or any other self-aware human being and believes that no such evidence exists;

*50.* I am in receipt of no evidence or material facts that all Statutes, ACT'S of congress, Codes and United States Codes are NOT in violation of my equitable, common and human rights and ARE applicable to the COMMONWEALTH OF MASSACHUSETTSNATHAN ALIAH MCGUIRE Estate (or any variation thereof), and believes that no such evidence exists and welcomes any claims to the contrary, and if any unsubstantiated claims are false, there will be assessment for each instance and every occurrence. (see Notice of Intent fee schedule);

*51.* I affirm that any and all public employee/state employee/federal employee and or servant, officers of any corporation/court can only maintain the role of public servant, public trustee/fiduciary and cannot officiate as Executors/Administrators/Fiduciaries of the aforementioned Equitable Estate D.B.A. COMMONWEALTH OF MASSACHUSETTSNATHAN ALIAH MCGUIRE Estate accept otherwise instructed for the sole purpose of extinguishment, settlement or closures of obligations and accounts per the settlement of debt;

*52.* I accept that all public employee/state employee/federal employee and or servant, officers of any corporation/court can only maintain the role of public servant, public trustee/fiduciary. If there are attempts to perform such duty(ies) that trespass against the herein mentioned Estate/Trust, including its property, you are operating in *De Son Tort* capacity, creating liability and infringement(s) that may result in compensatory and punitive damages. (see Notice of Intent Fee Schedule).

*53.* I accept that all public employee/state employee/federal employee and or servant, officers of any corporation/court can only maintain the role of public servant, public trustee/fiduciary do not have jurisdiction over COMMONWEALTH OF MASSACHUSETTSNATHAN ALIAH MCGUIRE Estate d/b/a NATHAN ALIAH MCGUIRE Social Security trust number ███████

## Demands

*54.* Anyone refuting any of the aforementioned and or stated issues must do so on the public record, in writing, by way of sworn affidavit on a point-by-point basis under penalties of perjury of an assessment of $100,000.00 for each issue and occurrence of perjury/false and misleading information, and or unproven misleading statements/assertions. (see Notice of Intent Fee Schedule) No other refuting documents will be accepted. (see Notice of Intent Fee Schedule) Failure to respond within 30 days will be agreement and estoppel.

*55.* The aforementioned is true and correct, attested to and submitted by Governor, Grantor, Settlor, Creditor, Surety, Private Banker, Attorney-in-fact, Private Attorney General, Federal Government Executive Law Enforcement Agent – Bounty Hunter, and Authorized Signatory of the NATHAN ALIAH MCGUIRE, ARTIFICIAL ENTITY, U.S. CORPORATE VESSEL, PRIVATE CITIZEN, TRUST, and PRIVATE BANKING ENTITY D.B.A. NATHAN MCGUIRE on this 11th day of October, 2019.

*56.* All public officials in receipt of this notice are required by their Oath of Office to answer. Notification of legal responsibility is "the first essential of due process of law" Connally *v. General*

*Construction Co.,* 269 U.S. 385,391. "Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading." U.S. V. Tweel, 550 F.2d.297. It is the ministerial fiduciary/trustee duty of each and every government official, officer, agent, contractor and assign of the UNITED STATES, the COMMONWEALTH OF MASSACHUSETTS, the Federal Reserve Banks/System, the International Monetary Fund, the International Finance Corporation, the International Bank for Reconstruction and Development, the Inter-American Development Bank, the World Bank, the Commission of the European Communities, the Organization for Economic Co-operation and Development, the United Nations and any and all other obligors who view this notice ("Respondents") to timely and fully answer, Federal Crop Insurance v Merrill (1947) 332 US 380., 92 L Ed 10, 68 S Ct 1, 175 ALR 1075.

57. **The period for Respondents to respond to this notice is thirty (30) days.** Any party or public official wishing to answer, respond, refute, rebut, deny, object or protest any statement, term, declaration, denial or provision in this presentment must do so by Lawful Protest within thirty (30) days of the date of issuance or forever lose all rights, titles, interests, and the opportunity to plead. All such responses must be verified and have exhibitions and factual evidence in support annexed thereto.

58. **Respondents may agree with all statements, terms, declarations, denials and provisions herein by remaining silent.** Failure to timely respond to all such terms and provisions with which Respondents disagree comprises Respondents' stipulation and confession jointly and severally to acceptance of all statements, terms, declarations, denials and provisions herein as facts, the whole truth, correct and fully binding on all parties.

59. **This document serves as Notice of Fault** in the event Respondents fail to timely respond.

60. **Notice of Default shall be issued no sooner than three (3) days after Notice of Fault.** Default is final three (3) days after Notice of Fault is issued. Default comprises Respondents consent jointly and severally to be named as defendant(s) in various actions, administrative and judicial.

61. **Upon Default, all matters are settled *res judicata* and *stare decisis*.**

62. **Default comprises an estoppel of all actions, administrative and judicial,** by Respondents against:nathan-aliah:mcguire,3J. Pomeroy, Equity Jurisprudence Section 805, p. 192, Restatement 2d of Torts Section 894 (1) (1979), and now reasonably relied on, Wilbur National Bank v US 294 US 120, 124-125 (1935), due to misconduct by Government agents Heckler v Community Health Services, 467 US 51, at 59, 60, Federal Crop Ins., *supra.* "It [the doctrine of Estoppel by Silence] arises where a person is under duty to another to speak or failure to speak is inconsistent with honest dealings." In Re McArdles Estate, 140 Misc. 257, et seq., and Silence, to work estoppel, must amount to bad faith. Wise v USDC Ky., 38 F Supp 130, 134, where duty and opportunity to speak, Codd v Westchester Fire Ins. Co. 14 Wash. 2d 600, 128 P 2d 968, 151 ALR 316, creating ignorance of facts, Cushing v US Mas s, 18 F Supp 83, inducing person claiming estoppel to alter his position, Braunch v Freking, 219 Iowa 556, 258 NW 892, knowledge of facts and of rights by person estopped, Harvey v Richard, 200 La. 97, 7 So. 2d 674, willful or culpable silence, Lenconi v Fidelity Trust & Savings Bank of Fresno, 96 Cal. App. 490, 273 P. 103 et seq., "Silence" implies knowledge, and an opportunity to act upon it, Pence v Langdon, 99 US 578 @ 581, et seq.

# Claim of Right

I, Nathan McGuire, am of the age of majority and competent to testify to the facts stated herein;

1. I declare I am a private breathing free man living upon the free soil, situated on the Northern American continent, in a non-corporate, non-statutory status declare, I am an American national, a national of the American Republic termed united States of America, a national of the Massachusetts Commonwealth Republic, also known as Non-citizen (of the) US national, beneficiary to the Original Jurisdiction and shall enjoy the status of Sui Juris as a living autochthonous indigenous man who is a spiritual being having a human experience in Flesh and Blood and is not dead, and claims equitable/common law/foreign jurisdiction or otherwise to the United States corporation at every moment and all time[s];

2. ALL of my rights come from the Source of Existence, Source of Creation and I hereby claim ALL of my absolute substantive private rights pertaining to life, liberty and property and I hereby claim ALL of my Rights as a real man with sentient consciousness at all time and I waive none of them at any time for any cause or reason;

3. I hereby claim my Right(s) to self-determination thus my right to autonomous self-government, by virtue of which I will/can freely determine my political status and freely pursue my economic, social and cultural development under the Laws and Principles of existence of the Universe, the Laws of the Source of Existence, Source of Creation natural laws exercising them in conformity to international law and the Law of Nations and fundamental maxims that govern reasonable and respectful human interaction conformable to the US Constitution and laws of the United States;

4. As a foreigner to the United States federal territory and jurisdiction, I retain my official authority within my chosen jurisdiction as beneficiary to the Original Jurisdiction situated on this North American continent and thus proclaim my status as an Internationally Protected Person;

5. I hereby claim my Right to benefit from the enjoyment of the COMMONWEALTH OF MASSACHUSETTSNATHAN ALIAH MCGUIRE Estate to which I exercise a paramount security interest in the commercial essence of such as it is derived;

6. I hereby claim my Right to contract;

7. I hereby claim my Right to freedom of expression and speech through contractual means;

8. I hereby claim my Right to Travel; to freely move about and exercise liberty on the common ways and/or control any type of craft by whatever means, via land, sea, or air, without interference, restriction, permission or license in any conveyance of my choosing on any public roadway on the North American Continent;

9. I hereby claim my Right to bear, buy, sell, own, carry freely, and use any weapon of choice in any manner that does not infringe upon the Source of Existence, Source of Creation given rights of others for the protection of my family, friends and neighbors without restriction;

10. I hereby claim my Right to establish a court of record common law rule of decision wherever I am at all time;

11. I hereby claim my Right to seek redress of grievances;

12. I hereby claim my Right to a trial by jury of my peers, the definition of which is fully incorporated herein by reference from my Notice of Intent—Fee Schedule, under common law if any valid cause of action may arise against me;

13. I hereby claim my Right to be silent whenever a choose;

14. I hereby forever assert ALL of my rights, and reserve all secured, equitable, common and human rights;

15. I waive no Rights, Remedies or Defenses nor yield imprescriptible Rights.

## SO IT HAS BEEN DECLARED; SO SHALL IT BE.

> Please direct all correspondence to:
>
> NATHAN ALIAH MCGUIRE ESTATE
> Atonement Solutions LLC.
> 607 Boylston Street Suite 175
> Boston, MA 02116
> 857-939-7547
> atonementsolutions@gmail.com

ALL RIGHTS RESERVED WITHOUT PREJUDICE

By: _nathan-aliah: mcguire_
:nathan-aliah: mcguire

JURAT

Commonwealth of Massachusetts }
} **ss**
County of Plymouth }



Before me, the undersigned authority, on this 30th day of March, 2023, Nathan McGuire personally known to me appeared and signed the preceding document in my presence and who swore and affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

I certify under PENALTY OF PERJURY under the laws of the Commonwealth of Massachusetts that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Leon A. Brownell
Commission Expires: June 15, 2029

