# UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF MASSACHUSETTS

Case no: 1:23-cv-11872

| | |
|---|---|
| In the matter of: | ) |
| | ) |
| Nathan McGuire, Trustee | ) |
| Real Party in Interest | ) |
| ALIAH TRUST | ) |
| An Express Trust Organization | ) |
| *Petitioner,* | ) |
| | ) |
| v | ) |
| | ) |
| | ) |
| COMMONWEALTH OF MASSACHUSETTS | ) |
| NATHAN ALIAH MCGUIRE Agency | ) |
| US DEPARTMENT OF THE TREASURY | ) |
| MASSACHUSETTS DEPARTMENT OF REVENUE | ) |
| FIDELITY INVESTMENTS BOARD OF TRUSTEES | ) |
| Known and Unknown Nominal Auxiliary | ) |
| Beneficiaries | ) |
| | ) |
| *Respondents* | ) |

Interrogatories

US Department of the Treasury

## Interrogatories For US Department of the Treasury Office of the Secretary of Treasury In Care of Janet Yellen

You are required to answer fully and completely the interrogatories included in this suit in equity and they must be served with your response. The interrogatories must be answered by the party to whom they are directed. Each interrogatory must, to the extent it is not objected to, be answered separately and fully in writing under oath. The grounds for objecting to an interrogatory must be stated with specificity. Any ground not stated in a timely objection is waived. The person who makes the answers must sign them under oath, penalty of perjury and full commercial liability, and the attorney who objects must sign any objections under oath, penalty of perjury and full commercial liability.

Guidelines for Answers to Interrogatories:

(a)     These Interrogatories are continuing in nature so as to require the filing of supplemental answers and responses without further request should additional information or information inconsistent with the information contained in the answers and responses to these Interrogatories become available to the party or parties to whom these Interrogatories are directed.

(b)     Where information or knowledge in the possession of a party is requested, such request includes knowledge in the possession of the party's agent(s), employee(s), representative(s) and the party's attorney(s).

(c)     Unless otherwise indicated, these Interrogatories refer to the impairment of the Petitioner's contracts and repeated violation of the Petitioner's substantive rights in this "Suit in Equity."

(d)     Where the name of a person or entity is requested, state the full name, home address, business address, and office and home telephone numbers.

(e)     The pronoun 'you' or 'your' refers to the party(ies) to whom these Interrogatories are addressed, and the persons and/or entities mentioned in clause (b) above.  When appropriate, the masculine gender may be considered to be substituted for the feminine gender, and the singular may be considered substituted for the plural and vice versa.

(f)     When you are asked to disclose facts which support your position, state the source of those facts.

## INTERROGATORY NO. 1

Please fully identify the individual answering these Interrogatories.  If they are answered on behalf of an entity, your answer is to include title, job description, responsibilities and length

of employment with this entity, and state whether you are acting as an agent of this party in responding to these Interrogatories.

**Answer:**

**INTERROGATORY NO. 2**

Please identify, in the manner described in paragraph (d) of the Guidelines, each person with knowledge of the facts relevant to the subject matter of this action.  Separately, for each person, state a brief description of the information you contend is known by such persons.

**Answer:**

**INTERROGATORY NO. 3**

Please provide the relevant evidence that you have taken the oath of office required of you under the US Constitution Article VI Clause 3 and 5 U.S. Code § 3331 - Oath of office pertaining to all parties stated in Interrogatory 2.

**Answer:**

**INTERROGATORY NO. 4**

Please identify any material facts and evidence demonstrating that your authority is not given by and subject to the law and that the law does not control your performance and that an erroneous application of the law relieves you from the obligation to apply and enforce the law.

**Answer:**

**INTERROGATORY NO. 5**

Please identify any material facts and evidence of any substantive and legal defects in the Private, Non-Negotiable Bond for Set-off, numbered: RB 714 406 288 US, in the amount of: 300,000,000,000.00 (Three Hundred Billion) US Dollars, the certified copy of "Certificate of Vital Record" Birth Certificate, numbered: 2550 endorsed and indorsed, Form 56 Termination

NATHAN ALIAH MCGUIRE as Co-Trustee, Form 56 Appointment and Affirmation of Substitute Fiduciaries, Form W8, Grantor Status Notice, Declaration of Trust/Fiduciary Instructions, copy of UCC1 Financing Statement, duly filed with the COMMONWEALTH OF MASSACHUSETTS Secretary of State at filing location Number: 201954411890 post registered RB 714 406 288 US received in your office on July 29, 2019 evidenced by PS Form 3811 9590 9402 4956 9063 7558 09.

**Answer:**

### INTERROGATORY NO. 6

Please identify any material facts and evidence of any substantive and legal defects in the Collateral Agreement for the Return of Equity, Affidavit of Truth in Support of the Collateral Agreement for the Return of Equity and the Letter of Credit in the amount of 153,000,000,000.00 (one hundred fifty three billion) US dollars deposited to the US Department of the Treasury on August 28, 2020 and received on December 31, 2020 evidenced by PS Form 3811 9590 9402 5404 9189 7723 76.

**Answer:**

### INTERROGATORY NO. 7

Please identify any material facts and evidence of any substantive and legal defects in the UCC1 Financing Statement with the Power of Attorney, Declaration of Private Seal, Deed of Acknowledgement and Acceptance filed on December 14, 2020 numbers 201214-1432000 and 201214-1411000 in the State of Maryland Department of Assessment and Taxation.

**Answer:**

### INTERROGATORY NO. 8

ALIAH TRUST US District Court Filing "SUIT IN EQUITY" Case no 23-cv-11872
Interrogatories – US Department of the Treasury

Page 4 of 8

Please identify any material facts and evidence of any substantive and legal defects in the Notice and Demand for Performance post certified 7021 0950 0001 1972 3157 on April 16, 2022 to your office evidenced by PS Form 3811 9590 9402 6697 1060 6943 21 and the subsequent adjudicatory proceeding under notarial presentment resulting in the certification of a non–response non–performance on the Notice of Demand for Performance and issuance of a Notice of Fault and Opportunity to Cure post certified 7021 2720 0002 2988 3203 on May 10, 2022 evidenced by PS Form 3811 9590 9402 7209 1284 7495 51 followed by certification of a non–response non–performance on the Notice of Fault and Opportunity to Cure and issuance of a Notice of Default and Dishonor with the certification of Default and Dishonor post certified 7021 2720 0002 2988 3227 on evidenced by PS Form 3811 9590 9402 7209 1284 7495 37.

**Answer:**

**INTERROGATORY NO. 9**

Please identify the statutory law, rule, code or regulation and any material facts and evidence that provides the authority for you to neglect 28 U.S. Code § 1652 - State laws as rules of decision as a necessary and proper law created under Article 1 Section 8 Clause 18 of the US Constitution as it pertains to the assertion of the Petitioner's rights of self–governance and self–determination  secured and protected by the Massachusetts Constitution and the exercise thereof preserved at Massachusetts General Laws Chapter 106.

**Answer:**

**INTERROGATORY NO. 10**

Please identify the statutory law, rule, code or regulation and any material facts and evidence that provides the authority for you to neglect and disregard the evidentiary facts establishing the paramount security interest of this Petitioner as a Secured Party, evidenced by

the UCC1 Financing Statement filed on December 14, 2020 numbers 201214-1432000 and 201214-1411000, in the COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE Agency statutory ens legis US person cestui que trust represented by a Birth Record Certificated Security Nonmortgage Widely Held Fixed Investment Trust entity registration number 2550 state file number 2056619 and social security account number 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 as a transmitting utility and any derivative of NATHAN ALIAH MCGUIRE associated.

**Answer:**

**INTERROGATORY NO. 11**

Please identify the statutory law, rule, code or regulation and any material facts and evidence that provides the authority for you to neglect and disregard this Petitioner's right to benefit from the enjoyment of the COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE Agency statutory ens legis US person cestui que trust represented by a Birth Record Certificated Security Nonmortgage Widely Held Fixed Investment Trust entity registration number 2550 state file number 2056619 and social security account number 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 as a transmitting utility and any derivative of NATHAN ALIAH MCGUIRE associated.

**Answer:**

**INTERROGATORY NO. 12**

Please identify any material facts and evidence that the Petitioner is not the only one true authorized representative of the sole contributing Grantor and beneficial owner of the COMMONWEALTH OF MASSACHUSETTS NATHAN ALIAH MCGUIRE Agency statutory ens legis US person cestui que trust represented by a Birth Record Certificated Security Nonmortgage Widely Held Fixed Investment Trust entity registration number 2550 state file

number 2056619 and social security account number 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 as a transmitting utility and any derivative of NATHAN ALIAH MCGUIRE associated.

**Answer:**

## INTERROGATORY NO. 13

Please explain in detail why your failure to respond to the presentments stated in interrogatories 5, 6, 7 and 8 does not constitute tacit procuration of your agreement by acquiescence as a result of your silence on the matter.

**Answer:**

## INTERROGATORY NO. 14

Please identify the statutory law, rule, code or regulation and any material evidence and facts that silence in all law venues does not constitute agreement.

**Answer:**

## INTERROGATORY NO. 15

Please indentify any material facts and evidence that the Petitioner's administrative adjudicatory proceeding was not lawfully executed and did not lawfully obtain your agreement by acquiescence and that this does not constitute estoppels by judgment and acquiescence.

**Answer:**

## INTERROGATORY NO. 16

Please indentify any material facts and evidence that you should not be barred from stating certain facts and claims contrary to the agreed on facts contained within the Petitioner's agreements and lawfully executed administrative adjudicatory proceedings and that the matters are not *res judicata* and are not within the jurisdiction of the Commonwealth under the

protection of Article IV and Article XI of the Massachusetts Constitution and Article IV §1 of the Constitution of the United States.

**Answer:**

Respectfully Submitted,

By:

Nathan McGuire, Trustee
ALIAH TRUST
An Express Trust Organization
c/o 607 Boylston Street Suite 175
Boston, Massachusetts near {02116}
without the United States
Non-Domestic, Non-Assumpsit
(857) 939-7547